

Neurotech Solutions

10 Glenlake Parkway, Suite 130
Atlanta, GA 30328

770-595-3020 (p)
678-222-3401 (f)

## COMPREHENSIVE SPEECH-LANGUAGE IEE

Name: J REDACTED Y REDACTED P REDAC
Address: REDACTED

Evaluation Dates: 06/07, 06/13, & 06/15/2019
Date of Birth: REDACTED
Age: 7 years, 0 months

### REASON FOR REFERRAL

J REDACTED was seen for a Fulton County Schools Speech-Language Comprehensive Independent Educational Evaluation (IEE) in accordance with the Individuals with Disabilities Education Act and Georgia special education law to assess J REDACTED's current functioning in the areas of speech, language, and related academic, emotional, and behavioral functioning.

Mr. Craig Goodmark, Special Education Attorney, and Ms. J REDACTED A REDACTED, J REDACTED's mother, provided 377 pages of educational, medical, and developmental history documents that were thoroughly reviewed by this examiner.

### MEDICAL AND DEVELOPMENTAL HISTORY

Prenatal history is positive for inconsistent fetal movement at the end of the 3rd trimester that necessitated pitocin-induced labor and delivery at 41 weeks gestation. J REDACTED weighed 6 pounds at birth. Subsequent medical history includes difficulty nursing and tolerating formula as well as feeding problems when transitioning from bottle to stage 1-3 baby foods (had difficulty with texture). J REDACTED was diagnosed with GERD and continues to have feeding difficulties at the present time. Ms. A REDACTED indicated that he is very close to being underweight and that she gives him Ensure to boost his calorie intake. Current prescribed medications include Concerta 37 mg. and Clonidine .1 mg.

J REDACTED has been seen and is followed by numerous professionals and has been diagnosed with the following:
- Astigmatism and amblyopia (wears glasses)
- Insomnia/difficulty with sleep maintenance
- Sensory Processing Disorder (includes behavioral/emotional modulation)
- Attention Deficit Hyperactivity, Combined Type
- Central Auditory Processing Disorder, Provisional

Early motor developmental milestones were achieved as expected. However, J REDACTED did not produce single words until 18 months or use phrases until 24 months of age. Ms. A REDACTED reported that J REDACTED's *difficulty communicating has continued throughout the years.*

*Currently,* Ms. A REDACTED indicated that J REDACTED:
- Becomes very frustrated when he can't communicate and will repeat the same information over and over while he is trying to collect his thoughts
- Has trouble following directions and has some difficulty listening in a group conversation and in a noisy environment
- Is behind in reading
- Avoids or is dysregulated by loud noises and shocking (unsuspected) noises
- Is dependent upon routines, has difficulty with transitions, and is reluctant to try new things
- Is defiant, has excessive tantrums, and is destructive
- Is friendly, outgoing, and perfectionistic

Ms. A REDACTED reported that any important transition or change in J REDACTED's development has been very difficult for him. Ms. A REDACTED stated that as he gets older, she worries about J REDACTED having the proper skills with which to cope. At home, Ms. A REDACTED and Mr. A REDACTED M REDACTED (J REDACTED's step father) do not see the violence and



PETITIONER'S
EXHIBIT
69

# EXHIBIT 1

elopement that reportedly occurs at school. J█████'s mother indicated that she usually is able to calm J█████ down by counting and breathing. Recently, J█████ has become defiant and usually just wants to be alone to calm down.

With respect to this evaluation, Ms. A█████ expressed that she would like to understand what is causing J█████'s frustration and how they can help J█████ cope.

**EDUCATIONAL HISTORY** *(obtained from October 2017 - April 2019 records)*
J█████ attended Dolvin Elementary for kindergarten in Fulton County Schools (FCS). On 10/27/2017, J█████ was eligible and was enrolled in Special Education Services under the primary category of Significant Developmental Delay for emotional and behavioral development. Special Education Services included all academic areas in the special education classroom. J█████ received collaborative services in math and consultative services for Specials. A paraprofessional was assigned to assist J█████ from arrival to dismissal. He participated in general education for lunch, specials, and indoor recess with same age peers.

On 10/12/2017, a FCS Psychoeducational testing was performed and J█████'s intellectual functioning was noted to appear to be in the ***high (average) range*** as determined by the results of the Differential Ability Scales-2.

On 10/24 and 10/25/2017, a FCS Speech-Language Evaluation was performed. J█████ achieved a standard score of 103 on the Goldman-Fristoe Test of Articulation-3 *Sounds in Words Subtest.* Substitution errors included w/r, l/y, d/voiced th, and f/voiceless /th/ and were noted to be developmental and did not impact intelligibility. It was stated that J█████'s ability to hear differences between correct and incorrect sound productions was good and fair for hearing differences in his own speech. Oral structure/motor function, strength, and mobility were within normal limits. Voice and fluency also were judged to be within normal limits.

The CELF-5 Pragmatics Profile rating scale was completed by J█████'s teacher to identify verbal and non-verbal pragmatic deficits that may negatively influence social and academic communication. J█████ achieved a scaled score of 1 indicative of difficulty establishing relationships with peers and adults in a variety of social contexts. W***eakness in all areas of pragmatic language were reported and included: rituals and conversational skills; asking for, giving, and responding to information; and nonverbal communication.***

It was stated in this 10/24 and 10/25/2017, FCS Speech-Language Evaluation report that J█████ understands appropriate social rules but does not follow them in the school setting. J█████*'s **language skills were reported to be age appropriate*** as he could: follow multi-step directions, produce grammatically correct sentences in conversation, ask and answer wh-questions, and maintain the topic of conversation.

As per the 08/16/2017 FCS Language Checklist (Kindergarten), J█████ was *'approaching expectations'* for using pronouns "I" and "me" and *'below expectations'* for following 1-step directions with repetition for daily routines and expressing feelings through appropriate gestures, actions, and language

It was stated in the 01/12/2018 IEP that J█████ ***recognized 18/26 sounds***, generated "concrete" rhyming words, ***identified 4/32 sight words (kindergartners should know 50 sight words), identified 18/26 upper case letters*** and ***recognized 13/26 lower case letters.*** It was noted that J█████ required intensive support in Reading/ELA.

As per this 01/12/2018 IEP, it was noted that J█████ wants to complete tasks his way or becomes hesitant when he fears he will be wrong. He stays on task for 5 out of 20 minutes in co-taught math, asks for breaks frequently when required to complete academic tasks, and ***requires intensive support*** from his teacher due to difficult behaviors. It also was stated that J█████ becomes overwhelmed with presentation of materials and will engage in undesired behaviors, has difficulty communicating his needs when frustrated with tasks, will not ask for help, and may engage in behaviors suggesting he is frustrated with an assignment he is required to complete.

According to the 02/22/2018 FCS Occupational Therapy Structured Observation/Informal Assessment and Standardized Assessments documents, it was stated that J█████ exhibits inconsistent attention, requires 2 staff members to work with him, and occasionally follows verbal and visual 1-step directions. J█████ has the most

difficulty transitioning from preferred to non-preferred activities and may demonstrate verbal and physical aggression. It was noted that he has difficulty regulation his emotions that may be responses to over-stimulation with visual and auditory stimuli, J▮▮▮ covers his ears when sound is too loud for him, shies away from being touched, and demonstrates a ***high level of arousal*** most of the time.

The Sensory Processing Measure (SPM) scores indicated there to be a ***definite dysfunction with social participation*** at school and his educational needs included self regulation/modulation with deficits in emotional regulation. In the 03/16/2018 FCS IEP, when this information was reviewed, it was stated that ***"according to the results of the evaluation, concerns are not seen across all areas.*** There could be medical or environmental factors that are causing sensory needs; however, they ***are not having an educational impact."***

Additionally, it was reported that ***academic task avoidance*** involved decoding, letter identification, reading sight words,  computer reading, copying and writing words, counting, sorting, and classifying objects, adding and subtracting and repeating after the teacher. It was stated that J▮▮▮ refused to remain in the cafeteria during lunch, did not respond or engage appropriately with peers, played by himself, did not share, and became physically aggressive when he did not get his way.

In this 03/16/2018 FCS IEP, accommodations were listed that included: chunking/scaffolding assignments, extended time, 1-2 step instructions (and repeating them), offering choices of which activity to complete first, and checking for understanding.

At this IEP meeting, it was determined that J▮▮▮ would be moved to FCS New Prospects GNETS (Ga Network for Educational and Therapeutic Support) without accommodations, *despite Ms. A▮REDACTED▮'s verbal and written objection.* After J▮▮▮ began attending the GNETS program, Ms. A▮REDACTED▮ indicated that J▮▮▮ ***was not progressing academically, although he was capable of learning.***

On April 1, 2, and 5, 2019, Dr. Tyler Whitney, Licensed Clinical Psychologist and Adjunct Processor of Psychiatry and Behavioral Sciences at Emory University School of Medicine, saw J▮▮▮ for an Individual Education Evaluation (IEE). At that time, Ms. A▮REDACTED▮ reported that J▮▮▮ who is bright, was frustrated in his current GNETS placement. Ms. A▮REDACTED▮ stated that he had difficulties communicating and connecting with others when overstimulated, which occurred multiple times per day.

Dr. Whitney indicated that J▮▮▮ demonstrated low average to average intellect as measured by the Comprehensive Test of Nonverbal Intelligence-2 (CTONI-2). Subtests of the Clinical Evaluation of Language Fundamentals-5 (CELF-5) were given and J▮▮▮ exhibited above average index scores for receptive language, average index scores for language content, and below average index scores for expressive language and language memory.

The Autism Diagnostic Observation Schedule-Module 3 (ADOS-G, Module 3) was administered to obtain standard observations of J▮REDACTED▮'s social and behavioral style. Dr. Whitney emphatically reported that J▮REDACTED▮'s scores ***were not*** indicative of Autism. Dr. Whitney stated that from a review of J▮▮▮s FCS and private evaluations, ▮▮▮ had ***very significant sensory issues*** that been reported to be present at school (except one), but ***have not been addressed to date.***

Dr Whitney indicated that due to consistent variability throughout J▮▮▮'s standardized testing, it was clear that J▮▮▮ had ***difficulty processing verbal information***, that was further exacerbated by his distractibility. J▮▮▮ presented with deficient ability to focus, shift, and maintain attention particularly during transitions.

In addition, J▮▮▮ exhibited weaknesses in the areas of cognitive processing and working memory as the ***amount of time it takes to process, store, and retrieve information limits J▮▮▮'s ability to learn in school.*** In addition, Dr. Whitney reported that ***Jamir's profile suggested a central auditory processing disorder,*** which is a part of the larger family of Sensory Processing Disorders.

Dr. Whitney ***strongly disagreed*** with J▮▮▮'s current GNETS placement as J▮▮▮ was making observable and measurable progress toward his behavior goals when Jamir was at Dolvin Elementary. Dr. Whitney rendered the following diagnoses:

1. ***Sensory Processing Disorder***, specifically a ***central auditory processing disorder, provisional,*** *pending confirmation through further assessment.*
2. ***Attention Deficit Hyperactivity Disorder, Combined Type***

Recommendations to ensure FAPE included placement in an IRR room as well as one-to-one teaching and a BIP to replace counter productive behaviors with more appropriate ones. Please see Dr. Whitney's IEE report for continued recommendations for behavioral, Speech-Language, and Occupational Therapy needs.

On 04/16/2019, Kimberlee Wing, OTR/L, Licensed Occupational Therapist saw J█████ for an Occupational Therapy IEE. Reportedly, J█████ attended well to all tasks presented, was somewhat cautious, needed to predict his success with tasks, and disliked being timed during testing. J█████ followed 2-3 step instruction with minimal redirection or explanation. He did, however, present with ***slow processing speed, fleeting eye contact, and did not initiate conversation.***

Weaknesses involved vestibular processing that had negatively impacted J█████'s reflex integration, muscle tone, balance, ocular motor control, finger skills, processing speed, and internal organization and regulation. These deficits also impacted the development of higher level behavior, attention, and social participation skills.

Ms. Wing explained in detail how J█████'s sensory dysrgulation impacts his emotional reaction and increases his need for predictability. When J█████ becomes overwhelmed, frustrated, or uncertain, ***he moves into a state of "fright," "flight, and fight" as a method of self preservation.*** Numerous recommendations were made that involved both individual and group Occupational Therapy, a specific sensory diet, and consultation with school personnel to assist with █████'s programming.

## OBSERVATIONS DURING TODAY'S EVALUATION

J█████, a delightful student, was seen on 3 separate days for a total of 7.5 hours. This evaluation was conducted in small increments due to J█████'s sensory processing needs, awareness when tasks were difficult, and reported low frustration tolerance. During this evaluation, J█████ was ***eager to please, very polite, and worked extremely hard.***

Due to J█████'s Sensory Processing Disorder and this examiner's awareness of his emotional needs during testing, █████ was allowed breaks and given various types of sensory input *as needed.* At times, J█████ worked for 15 minutes and then needed a 5-minute break. At other times, he worked as long as 30 minutes.

At all times throughout the evaluation, J█████, a bright young student, worked extremely hard, was polite, and completed all tasks asked of him. It was quite evident to this examiner that J█████ wanted to perform to the best of his ability. This clinician showed J█████ items and activities from which to choose during breaks (to provide sensory input and to ease cognitive fatigue).

To assist J█████ in his ability to stay well-regulated during this evaluation, he was allowed to sit on a large sensory ball or move a swivel chair back and forth at the table. This examiner cued him each time she presented test stimuli (pointed to options and said "look") and watched his eyes to be sure he scanned visual information or listened when presented with auditory information. J█████ typically stopped moving when having to listen carefully or respond.

During sensory breaks, J█████ sat and bounced on a large sensory ball or laid on his stomach to reach forward to put his hands on the floor to bear weight on them (for vestibular and proprioceptive sensory input). J█████ brought his own soft stuffed animal for comfort and was given a squishy toy and the opportunity to blow bubbles (which is calming).

J█████ responded well to praise and when he knew what to expect (e.g., "Let's work until the end of this page [examiner's booklet]). █████ was given notice ahead of time when it was time to return to the table and there was no difficulty with transition.

When needed, this clinician held J███████'s hand while we entered a larger lobby of the building to go across the hall to the restroom. Again, when told what the expectations were prior to leaving the testing room and what to expect, J██████ was quite agreeable and cooperative. He was sweet and well-mannered at all times.

## TESTING
The following tests were administered and results judged to be a valid estimate of J██████'s functioning: selected subtest of the Goldman-Fristoe-3 Test of Articulation, Test of Auditory Comprehension of Language-4, Test of Expressive Language, selected subtests of the Clinical Evaluation of Language Fundamentals-5, Test of Word Finding-3 (Primary Form), selected subtests of the SCAN-3 for Children, Tests for Auditory Processing Disorders, Comprehensive Test of Phonological Processing-2, Test of Early Reading-4, and informal assessment.

When interpreting test results, one must not *only* look at the individual scores and any significant discrepancies that may exist among them, but *also* look at the quality of performance and the degree of effort to obtain those scores. Various types of scores are provided for the assessments used in this evaluation. The following is an explanation of the types of scores used in this report:

Standard Scores and Scaled Scores – are basically raw scores (the number correctly answered on a test) that have been translated using a conversion table provided with the test so that a student's performance can be compared to others of the same age or grade level. Both scores are expressed in standard deviation units on a normal curve and are comparable across tests.

Percentile Ranks – are scores that represent a student's standing as compared with students his exact age. For example, a student who scored at the 88th percentile, performed better than 88% of students his exact age.

Grade and Age Equivalent Scores – are *estimates* that are used to describe a student's score in terms of a grade or age level in which the student is functioning. These scores must be interpreted cautiously as the statistical properties are not as rigorous as the above types of scores.

Diagnoses should never be based on a single test. Even when tests are carefully designed, standardized thoroughly, and researched extensively, they ***don't reveal why*** a student performed as he or she did. We must remember that ***tests don't diagnose an individual, well-trained professionals do*** (Reid, Hresko, Hammill, 2018).

## Oral Motor Examination
Informal procedures were used to assess range of movement and strength of the articulators (i.e., lips, tongue, cheeks, and jaw) relative to using facial expressions and producing intelligible speech. Informal procedures were used to avoid anxiety and student fatigue. A formal assessment should be performed in the future to add to the information obtained during this evaluation.

J██████ presented with a tongue forward, open mouth resting position. Lips (upper and lower) and tongue (lateral margins and tongue tip) were judged to be weak as seen by visual inspection, observation, and analysis of J██████'s sound production in words and in connected speech.

During the evaluation, J██████ "slurped" his saliva at times. When eating chips, he overstuffed his mouth and a delayed activation of his swallow was observed. J██████ stated," I'm choking again" and then began drinking his juice. Thereafter, he said, "ok."

No overt signs of choking were observed but both oral sensation and the oral phase of swallowing are of concern. J██████'s eyes did not watery nor did his voice sound "wet" when swallowing (which could be a predictor of penetration and aspiration of food or liquid accidentally entering your airway or lungs). During the session, it was noted that his cough sounded strong, which is important in the event of aspiration.

## Articulation
The Goldman-Fristoe Test of Articulation-3 (GFTA-3) *Sounds in Words* subtest was administered to systematically assess J██████'s articulation of the consonant and consonant clusters of Standard American English to provide information about his speech sound production. He scored as follows:

| Subtest | Standard Score* | Percentile | Age Equivalent** |
|---|---|---|---|
| Sounds in Words | 87 | 19 | 5;6 - 5;7 |

\* Mean for Standard Score = 100; Standard Deviation = 15
\*\* Chronological Age = 7 years, 0 months (7;0)

The *Sounds in Words* subtest and informal assessment throughout the evaluation were used to assess speech sound production in single words. J[REDACTED] was shown pictures and asked to produce single words. As seen by the above, J[REDACTED] scored in the *low average* range. The following represents his errors:

**Error Type**                                    **Example**
   Substitutions
   f /th (voiceless)                        "teef" for "teeth"
   d/th (voiced)                            "dat" for "that" & "brudder" for "brother"

   Omissions
   /r/ as in "gi affe" for "giraffe"

   Consonant Cluster Reduction
   /b/ for /br/ as in "zeba" for "zebra"

   Distortions
   Weak prevocalic /r/ as  in "ring"

   Vowels*
   /ih/ for /ah/ as in "crayin" for "crayon"*

     *atypical error

When provided with simple pictures on the GFTA-3, J[REDACTED] had *much difficulty retrieving the words* he wanted to say. Examples include:

| J[REDACTED]'s Response | Picture |
|---|---|
| That's a... that's a uh... watch | watch |
| It's it it it's a spider | spider |
| That's a... that's a... that's a thing...that's a drum | drum |
| It is... it is a slide | slide |
| It is a... it is a...**sl...swing** | swing |
| That's a... that's a lion | lion |
| That's a... that's a chair | chair |
| That's a... that's that's a... that's soap that's soap | soap |
| That's that's... tiger | tiger |
| It is... it's a... elephant | elephant |
| That's... that's a shovel | shovel |
| The.. that is this is a teacher | teacher |

| J[REDACTED]'s Response | Picture |
|---|---|
| Uh… uh… that's a zebuh | zebra |
| Um… uh… uh… um brushing | brushing |
| That's… that's a truck | truck |
| That is… that is… red | red |

Intelligibility of single words was fair with pictures given. However, various factors interfered with this trained listener's understanding of what J[REDACTED] was saying. He exhibited mild dysarthria (imprecise production of speech sounds) in connected speech as well as much difficulty retrieving the words he was attempting to say. In addition, numerous auditory misperceptions were observed that negatively impacted the intelligibility of J[REDACTED]'s speech with and without contextual information given.

### Receptive Language, Working Memory, and Verbal Expression
The Test of Auditory Comprehension of Language-4 (TACL-4) was administered to assess understanding of vocabulary, grammatical morphemes (i.e., the smallest units of words that change meaning), and phrases and sentences of increased length and complexity, given pictures as a guide. J[REDACTED] scored as follows:

| Subtest | Scaled Score* | Percentile | Age Equivalent** | Type of Stimuli |
|---|---|---|---|---|
| Vocabulary | 13 | 84 | 10;0 | auditory & visual |
| Grammatical Morphemes | 13 | 84 | 9;6 | auditory & visual |
| Elaborated Phrases & Sentences | 13 | 84 | 9;0 | auditory & visual |

*Mean Scaled Score = 10; Scaled Score; Standard Deviation = 3
**Chronological Age = 7 years, 0 months (7;0)

The *Vocabulary* subtest was administered to assess J[REDACTED]'s ability to understand the literal and most common meanings of word classes, such as nouns, verbs, adjectives, and adverbs. J[REDACTED] was asked to listen to a *single word* and then find the picture that represented what was said.    J[REDACTED] scored in the *above average* range of performance.

The *Grammatical Morphemes* subtest was given to measure J[REDACTED]'s understanding of the grammatical morphemes such as function words (e.g., prepositions, pronouns, determiners) and inflections (e.g., tense, noun-verb agreement, and derivational suffixes). He achieved *above average* scores.

The *Elaborated Phrases and Sentences* subtest was used to assess J[REDACTED]'s comprehension of syntactically based word relations and elaborated phrase and sentence constructions that included: interrogative and negative sentences, active and passive voice, embedded sentences, and conjoined sentences.

As seen by the above, J[REDACTED] scored in the *above average* range. When the sentences presented were longer and more complex, J[REDACTED] *repeated either the end of the sentence or the entire sentence* in an apparent effort to hold the information in working memory.

It should be noted that J[REDACTED] demonstrated consonant cluster reduction when speaking as in "pahcorn" for "popcorn" and "buhder's" for "brother's."

The Test of Expressive Language was given to measure J[REDACTED]'s ability to verbally express specified lexical and grammatical forms. The following represents his scores:

| Subtest | Scaled Score* | Percentile | Age Equivalent** | Type of Stimuli |
|---|---|---|---|---|
| Vocabulary | 9 | 37 | 5;9 | auditory & visual |
| Grammatical Morphemes | 8 | 25 | 5;9 | auditory & visual |
| Elaborated Phrases & Sentences | 11 | 63 | 7;0 | auditory & visual |

\* Mean for Scaled Score = 10; Standard Deviation = 3
\*\* Chronological Age = 7 years, 0 months (7;0)

The *Vocabulary* subtest measured J█████'s use of the literal and most common meanings of word classes. J█████ scored in the *average* range. Again, *significant word retrieval* was noted when J█████ was required to fill in the last word of a sentence produced orally, with visual information presented as well. Examples include:

| J█████'s Response | Target Word |
|---|---|
| On… on… my uh… uh… uh… on my calendar | calendar |
| Is um… is…  is um… it's round too | oval |
| Is… is to… is to… is to… um.. um.. play pretend | pretend |
| Is call…. is called a … is called a cap | cap |

The *Grammatical Morphemes* subtest was used to measure the use of morphemes such as prepositions, nouns, number, and cases. J█████ obtained scores in the *average* range.

The *Elaborated Phrases and Sentences* subtest measured J█████'s use of elaborated sentence construction, including single and combined structured embedded in sentences. J█████ scored in the *average* range.

It important to note that when the examiner gave an example with an accompanying picture and showed J█████ a similar picture and gave him a sentence with which to fill in the correct response, he had more difficulty with word retrieval and verbal formulation in general. In other words, J█████ had to listen to short sentences and hold them in working memory, compare the pictures and what was said, and respond.

When comparing the results of the TACL-3 and the TEXL, there was a statistically significant difference between J█████'s scores on the *Vocabulary* and *Grammatical Morphemes* subtests as J█████'s scores were *at least 1 standard deviation lower* on the TEXL documenting a meaningful difference in scores.

Three subtests of the Clinical Evaluation of Language Fundamentals-5 (CELF-5) were administered to assess working memory and verbal formulation. It should be noted that on page 2 of the examiner's manual, the test authors state that the *CELF-5 provides the efficiency and the flexibility of administering only the tests needed* to answer the referral questions for assessment and evaluation. J█████ scored as follows:

| Subtest | Scaled Score* | Percentile | Age Equivalent** | Type of Stimuli |
|---|---|---|---|---|
| Linguistic Concepts | 9 | 37 | 6;6 | Visual & auditory |
| Understanding Spoken Paragraphs | 9 | 37 | n/a | Auditory |

| Subtest | Scaled Score* | Percentile | Age Equivalent** | Type of Stimuli |
|---|---|---|---|---|
| Formulated Sentences | 7 | 16 | n/a | Visual & auditory |

\* Mean for Scaled Score = 10; Standard Deviation = 3
\*\* Chronological Age = 7 years, 0 months (7;0)

The *Linguistic Concepts* subtest was administered to assess J■■'s ability to interpret spoken directions that contain basic concepts, given visual information, that require understanding of the following: inclusion and exclusion, spatial, quantity, sequence, conditional, and temporal concepts. J■■ achieved scores in the *average* range.

The *Understanding Spoken Paragraphs* subtest was given to evaluate J■■'s ability to: a) sustain attention and focus while listening to spoken paragraphs, b) create meaning from oral narratives and text, c) answer questions about the content, and d) use critical thinking strategies for interpreting beyond the given information. He performed in the *average* range.

The *Formulated Sentences* subtest, J■■ was required to produce semantically and grammatically correct sentences of increasing length and complexity, given a target word or phrase and picture as a guide. Jamie achieved **below average** scores. Examples of his verbal formulation difficulty is as follows:

| Target Word(s) | J■■'s Response |
|---|---|
| in | The cat goes in the fishbowl to **eat cae.. eat the fish.**\* |
| finally | **I... I... fai...I finally** will finish my homework and I give it.... **I give** it to the teacher the next day. |
| quickly | We quickly eat **we quickly eat** our breakfast and **bring** the apple to the teacher. |
| best | We won the best...**we won the best** ones in the play. |
| and | We.. I will find **and I and I** have 2 pets.\*\* I want I want Bendi. |
| before | Before.. before I.. I check out my food, I always check always check **much it price.** |
| because | **Bec.... I... I help I help** the people walking **down** the road because I don't want them to get hurt.\*\*\* |
| although | **I... I...** do ride bikes although I... I.. before a skateboard.\*\*\*\* |
| if...then | I didn't know a sentence with if **them.**\*\*\*\*\* |
| even… though | **Even... even... even.... even... no even** though **I don't... I don't** have any shirts to look in the mirror, I'm still  going to go. |

\* *Cat was putting its paw in the fishbowl not the entire cat going in the fishbowl.*
\*\* *Pictured scene included a man and a woman working in the vegetable garden while a cat and dog were running through the garden.*
\*\*\* *A police office was stopping traffic so that pedestrians could walk across the street.*
\*\*\*\* *Boy with broken arm (that was in a cast) who had been riding a skateboard stopped to speak to a boy who had been riding a bike.*
\*\*\*\*\**Misperceived what examiner said (though examiner said "them" for "then")*

As seen above, J■■ also had difficulty **using words in the correct word order** in sentences (syntax) as well as **retrieving the specific words** he wanted to say.

It should be noted that J▮▮▮▮ had *inconsistent difficulty* expressing the following morphological forms (smallest meaningful units of language) during testing and conversational speech:

- Articles "a," "an"
- Verb forms
    - Copular "is" and "are"
    - Regular past tense (e.g., wash/washed)
    - Irregular past tense (e.g., eat/ate)
    - Future tense (e.g., will ____)
    - Personal pronouns (e..g, we, they)

The Test of Word Finding-3, Primary Form, (TWF-3) was given to assess the ability to retrieve words that satisfy *specific semantic constraints* imposed by a context. A comprehension analysis was performed to determine if J▮▮▮▮'s errors were a result of word-finding problems or due to poor comprehension. *Jamir demonstrated 100% comprehension of the words he had difficulty naming.* The TWF-3 does not provide standardized scores for each subtest, but an overall total score, as follows:

| Test of Word-Finding-3 | Standard Score* | Percentile | Word-Finding Profile |
|---|---|---|---|
| Word Finding Index | 76 | 5 | Weak |

*Mean for Standard Score = 100; Standard Deviation = 15. Mean standard score is based upon age.

As seen by the above, J▮▮▮▮ achieved an overall *Word Finding Index* score that was in the *significantly below average range.* It should be noted that *3-5 second delays* in responding frequently were observed, indicative of J▮▮▮▮'s difficulty expressing himself and the *effort expended* retrieving specific, single words. In addition, he exhibited sound perception (auditory discrimination) difficulty as well. Examples of J▮▮▮▮'s word retrieval and auditory perception difficulty are as follows:

| Subtest | J▮▮▮▮'s Response | Target Word |
|---|---|---|
| **Picture Naming: Nouns** | | |
| | luhma | llama |
| | hoof | horseshoe |
| | gloo | igloo |
| | those called **nakulerz** | **b**inoculars |
| | boat | submarine |
| **Sentence Completion Naming** | | |
| | e**n**brella* | **um**brella (*auditory misperception) |
| | **g**uggles | **g**oggles (*auditory misperception) |
| | e**h**mahmeter | **th**ermometer (*auditory misperception) |
| **Picture Naming: Verbs (present progressive & past tense words)** | | |
| | tall | measure |
| | finished.... finished sharpening... sharpened | sharpened |

| Picture Naming: Categories | J▨'s Response | Target Word |
|---|---|---|
| | That's that's chest | checkers |
| | bezhuhbulhs (*sound misperception & sound deletion) | vegetables |
| | **that's... that's... um... that's um...that's um... knee** | knee |

Response analysis revealed J▨ to have difficulty with noun and verb naming accuracy category member naming accuracy, and *speed of word retrieval.*

As seen by the above examples, informal conversation, and documented responses during other tasks during this assessment, J▨ exhibited *significant difficulty retrieving words accurately and quickly.* It should be noted that most tests do not provide information as to the time it takes a student to process information or retrieve the words he wants to say.

Students with word finding difficulties often present with secondary characteristics that often reveal a learner's knowledge of a target word's meaning and/or a target word's form. Secondary characteristics observed included J▨'s *use of extra verbalizations* when attempting to find the words he wanted to say.

## Social Language
The *Pragmatics Profile* from the CELF-5 was used to identify verbal and nonverbal pragmatic deficits that may negatively influence social and academic communication. Ms. J▨ A▨, J▨'s mother,

| Scaled Score* | Percentile | Age Equivalent** |
|---|---|---|
| 7 | 16 | < 3;0 |

completed this profile. The following represents  J▨'s  scores:
  ** Mean for Scaled Score = 10; Standard Deviation = 2
  *** Chronological Age = 9 years, 4 months (9;4)

Based upon  Ms. A▨'s responses, J▨ scored in the  *below average* range. Areas  of  pragmatic language  difficulty that  J▨ has  difficulty with are  as  follows:

Rituals  and  Conversational  Skills
Ms. A▨ responded that J▨ 'never or almost never' demonstrates culturally appropriate use of language when:
  • Avoiding use of repetitive/ redundant information

Ms. A▨ responded that J▨ 'sometimes' demonstrates culturally appropriate use of  language when:
  • Maintaining eye contact/gaze
  • Maintaining topics using typical responses (e.g., nods, responds with "hmmm")
  • Making relevant contributions to a topic during conversation/discussion
  • Telling/ understanding jokes/ stories that are related to the situation
  • Showing a sense of humor during communication situations
  • Joining or leaving an ongoing communicative interaction
  • Participating/interacting in unstructured activities
  • Responding to introductions and introducing others
  • Using strategies for getting attention
  • Using strategies for responding to interruptions and interrupting others

Asks For, Gives, and Responds to Information

Ms. A[REDACTED] responded that J[REDACTED] 'never or almost never' demonstrates culturally appropriate use of language when:
- Agreeing and disagreeing
- Responding to teasing, anger, failure, disappointment

Ms. A[REDACTED] responded that J[REDACTED] 'sometimes' demonstrates culturally appropriate use of language when:
- Giving/ asking for the time of events
- Asking others for permission when required
- Reminding others/responding to reminders
- Asking others to change their actions /states (e.g., please move, stop tapping)
- Apologizing/accepting apologies
- Offering/responding to expressions of affection, appreciation

Nonverbal Communication Skills

Ms. A[REDACTED] responded that J[REDACTED] 'sometimes' demonstrates appropriate use of the following nonverbal support:
- Body language/gestures
- Adjusts body distance (sits/ stands) according to the situation

During brief, informal conversation with this examiner, in a quiet environment, numerous elements of J[REDACTED]'s ability to use language socially were observed and noted below:

I.  Communicative Intentions
    On the first testing session, J[REDACTED] greeted this examiner with a prompt from Mr. Muhammed. However, on subsequent sessions, J[REDACTED] responded with a greeting when greeted but did not always use adequate eye gaze nor did he move his body to face the examiner.

    J[REDACTED] demonstrated shared attention for structured and unstructured tasks, commented, and answered questions. However, J[REDACTED] inconsistently generated requests (to perform an action, or to gain information). J[REDACTED] *often made a statement as to what he wanted to do* but did not consistently use an appropriate grammatical form (e..g, "Can I...?) or a polite request form (e.g., Is it ok if .....?).

    In addition, J[REDACTED] *did not express his physical state (e.g., hungry, thirsty, tired) nor his emotional state (e.g., frustrated, upset, pleased), he just requested what he wanted* (e.g., asked for his snack). J[REDACTED]'s ability to gain attention (either verbally or nonverbally), compliment, persuade, or negotiate was not observed. When complimented by this examiner ("You are very creative"), he replied, "Thank you."

II. Conversational Management
    J[REDACTED] maintained topics of conversation for 4-5 turns (a 5-6 year old skill) introduced by the examiner. Although he introduced topics independently, they often *were not related* to the task at hand. Turn allocation (well-balanced communicative exchange) was good for clinician-introduced topics but reduced when J[REDACTED] introduced unfamiliar topics as he provided no referent nor did he use topic shading (e.g., "That reminds me of...").

    *Given how hard it was for J[REDACTED] to retrieve the words he wanted to say and verbally express himself, communication breakdown occurred* during informal conversation, of which J[REDACTED] was unaware. In addition, grammatical and syntactic errors also made it difficult at times for this listener to fully grasp what J[REDACTED] was trying to convey.

·   J[REDACTED] *did not repair any conversational breakdowns* that occurred even when the clinician used exaggerated facial expression to show him she didn't understand. This is *not unexpected given how hard it was for Jamir to express himself particularly in contextually-bound situations and how hard he persevered to communicate.* J[REDACTED] was polite and respectful and used language appropriate when speaking with this adult.

III. Nonverbal Language

J[REDACTED] used adequate appropriate prosody *(properties of the speech signal that modulate and enhance meaning). Facial expression was not varied and gestures were not used to augment communication.*

Eye gaze was inconsistent as was physical proximity. Due to J[REDACTED]'s increased need for proprioceptive and vestibular input, he needed to move in a swivel chair, sit on a bouncy ball, or stand at times.

## Listening Accuracy and Phonological Processing

SCAN-3 for Children, Tests for Auditory Processing Disorders (SCAN-C) was administered to assess J[REDACTED]'s ability to attend to, discriminate, recognize, remember, and/or comprehend information presented in various listening conditions (e.g., in noise, distortion of the stimuli, competing information). The following represents his scores:

| Subtest | Scaled Score* | Percentile |
|---|---|---|
| Filtered Words | 8 | 25 |
| Auditory Figure Ground | 11 | 63 |
| Competing Words | 1 | 0.1 |
| Competing Sentences | 1 | 0.1 |

\*Average Scaled Score = 10; Standard deviation = 3

The *Filtered Words* subtest was given to assess J[REDACTED]'s ability to understand distorted speech. Single words were presented in the right ear for 20 trials and he was asked to state the word he heard and then the same for the left ear. J[REDACTED] achieved *low average* scores.

The *Auditory-Figure Ground* subtest was used to measure J[REDACTED] ability to understand words in the presence of background noise. He scored in the *average* range.

The *Competing Words* subtest was administered to assess J[REDACTED]'s ability to understand competing speech signals. Different words simultaneously were presented in each ear and he was asked to repeat what he heard in the right ear, and then left for 15 trials (and then vice versa for 15 trials). J[REDACTED] had much difficulty with this task as seen as he achieved *significantly below average* scores.

The *Competing Sentences* subtest was given to determine higher-level auditory maturation as well as hemispheric dominance for language. On this subtest, J[REDACTED] was required to listen to two different sentences (one in each ear) simultaneously presented and repeat *only* the sentence he heard in the right ear for 15 trials and then *only* the one he heard in the left ear for 15 trials. Again, this task was extremely challenging for J[REDACTED] as he scored in the *significantly below average* range.

It should be noted that J[REDACTED]'s scores on the *Competing Words* and *Competing Sentences* subtests were *2-3 standard deviations lower* than his scores on the *Filtered Words* and *Auditory Figure Ground* subtests. This represents a *meaningful statistically significant difference.*

It should be noted that J[REDACTED] exhibited numerous auditory misperceptions during administration of the SCAN-C. Examples are as follows:

| J[REDACTED]'s Response | Target Word |
|---|---|
| hap | hat |
| fip | fit |
| path | pass |

| J[REDACTED]'s Response | Target Word |
|---|---|
| meep | meet |
| dake | date |
| wabe | wade |
| barge | large |
| dage | day |
| say | save |
| ee | bee |
| hend | end |
| beh | best |
| em | am |

It should be emphasized that J[REDACTED] *persevered through the administration* of the <u>SCAN:3</u> without complaint. He did hold on to a squishy fidget during the first subtest. In addition, when he first heard a word presented in the midst of background noise, *he was startled and jumped up in his chair.* This response is an example of *his sensitivity to noise* and the physical and emotional impact sudden, unpredictable noise appears to have on J[REDACTED].

Additional examples of J[REDACTED]'s significant difficulty perceiving sounds were noted through the evaluation. These examples not only demonstrate how hard it is for J[REDACTED] to process orally presented information but also how it negatively impacts his ability to communicate socially as the listener has difficulty understand what J[REDACTED] is trying to say. Examples include:

| J[REDACTED] Produced | Intended Word |
|---|---|
| unlu<u>ss</u>* | unle<u>ss</u> |
| the<u>m</u>* | the<u>n</u> |
| a<u>sh</u>ully | a<u>ctu</u>ally |
| mi<u>n</u>gled | ma<u>n</u>gled |
| <u>u</u>ksluhmayshun | <u>e</u>xclamation |
| <u>o</u>pposed | <u>su</u>pposed |
| des<u>to</u>y | des<u>tro</u>y |
| wi<u>t</u> | wi<u>th</u> |

*produced on multiple occasions

The <u>Comprehensive Test of Phonological Processing-2 (CTOPP-2)</u> was administered to assess phonological awareness, phonological memory, and rapid naming. The following represents J[REDACTED]'s performance:

| Core Subtests | Scaled Score* | Percentile | Age Equivalent** | Grade Equivalent*** |
|---|---|---|---|---|
| Elision | 7 | 16 | 6;0 | 1.0 |
| Blending Words | 6 | 9 | 5;6 | K.4 |
| Phoneme Isolation | 3 | 1 | < 4;0 | < K.0 |
| Memory for Digits | 6 | 9 | 4;6 | < K.0 |
| Nonword Repetition | 7 | 16 | 4;9 | < K.0 |
| Rapid Digit Naming | 6 | 9 | 4;9 | K.2 |
| Rapid Letter Naming | *Could not administer* | | | |

\*Mean for Scaled Score = 10; Standard Deviation = 3
\*\* Age = 7 years, 0 month (7;0)
\*\*\*Grade Equivalent = 2nd grade, 0 months (2;0)

The *Elision* subtest was given to assess the ability to remove phonological (sound) segments from spoken words to form other words. J█████ achieved *below average* scores. *2-3 second delays* in responding were observed.

The *Blending Words* subtest was used to assess J█████'s ability to synthesize sounds to form words. He scored in the *significantly below average* range.

On the *Phoneme Isolation* subtest, J█████ was required to isolate and name a specific sound he heard in a spoken word. J█████ again achieved scores in the *significantly below average* range.

The *Memory for Digits* subtest was administered to determine how well J█████ could repeat a series of numbers that ranged in length from two to eight digits. He scored in the *significantly below average* range. It should be noted that J█████ appeared to need vestibular input as he swiveled around in his chair. This examiner allowed J█████ to get the sensory input he needed and then he appeared better regulated and focused on the test items.

The *NonWord Repetition subtest* was given to assess J█████'s ability to repeat non-words that ranged in length from 3-15 sounds.  He achieved scores in the  *below average* range. It should be noted that J█████ appeared to have difficulty perceiving sounds, as he said: long o/oi, long a/oi, swah/shrul, and n/ng.

The *Rapid Digit Naming* subtest was given to measure J█████'s ability to quickly name *written* numbers. He achieved *significantly below average* scores.

The *Rapid Letter Naming* subtest is used to measure a student's ability to quickly name *written* letters. To move ahead with administration of this subtest, the student is presented with 6 written letters to name and if he does so correctly, the *Rapid Letter Naming* subtest is given. *When presented with the 6 written letters to name, J█████ named 2 out of 6.* Of the remaining 4 letters, he either skipped a letter or attempted to produce the sound the letter represented instead. Per test protocol, this subtest could not be administered.

Composite scores can be derived from the CTOPP-2 subtest scores to represent the three constructs that comprise phonological processing (phonological awareness, phonological memory, and rapid naming). J█████ achieved the following composite scores:

| Composite | Composite Score* | Percentile | Descriptive Term |
|---|---|---|---|
| Phonological Awareness | 71 | 3 | poor |
| Phonological Memory | 79 | 8 | poor |
| Rapid Symbolic Naming | *Could not be derived due to difficulty naming written letters.* | | |

*Average Composite Score = 100; Standard Deviation = 15

As seen by the above, J[REDACTED] had significant difficulty with phonological awareness tasks that measured his awareness and access to the phonological (sound) structure of oral language, listening accuracy, and phonological (sound) memory tasks that required him to encode information for temporary storage in working or short-term memory.

The rapid naming tasks are designed to assess a student's retrieval of phonological information from *long-term memory* in order to quickly name *written symbols*. Given J[REDACTED] only was able to complete the *Rapid Digit Naming* subtest and not the *Rapid Letter Naming* subtest, a composite score could not be derived as J[REDACTED] named 2 out of 6 letters presented in written form as a prerequisite to administering this subtest.

## READING
The Test of Early Reading Ability-4 (TERA-4) was developed to assess the abilities that are known to be ***essential to reading.*** According to the test authors, the TERA-4 has numerous purposes that include: a) identifying students who have significant problems in reading development and determine their degree of difficulties; b) recognizing reading strengths and weaknesses; c) help qualify students for special interventions; d) documenting and monitoring progress as a consequence of intervention programs; and e) accompanying other assessment techniques, both standardized and informal.

| Subtests | Scaled Score* | Percentile | Age Equivalent** |
|---|---|---|---|
| Alphabet | 3 | 1 | 5;0 |
| Conventions | 7 | 16 | 5;9 |
| Meaning | 6 | 9 | 5;6 |

* Mean Scaled Score = 10; Standard Deviation = 3
** Chronological Age = 7 years, 0 months (7;0)

The *Alphabet* subtest was administered to measure J[REDACTED]'s knowledge of letters by: a) distinguishing letters and non letters; b) matching letters; c) recognizing letters that appear in different fonts; d) associating letters with particular speech sounds; e) identifying initial and final sounds in printed words; e) counting sounds and syllables in printed words; and f) reading pseudowords.

J[REDACTED] identified the following upper case letters: B, D, PQR, & T.

He did not accurately identify upper case D.

J[REDACTED] named the following upper case letters: A, E, O, H,  J, & Z

He identified by pointing the following lower case letters: pp. He did not accurately identify lower case e.

J[REDACTED] named the following lower case letters: r, t,  p, o, y, & y (2 seconds to name).

When asked to produce the first or last sound when presented with a written word, J▮▮▮ exhibited *delays in responding* and demonstrated *inconsistent knowledge of sound-symbol correspondence.* For example, he produced the sounds for /b, f, h, s, t, v, & w/ but not for /g or h/.

As seen by the above, J▮▮▮'s performance was comparable to a child *5 years, 0 months of age (2 years below current age).*

The *Conventions* subtest was given to measure a student's familiarity with the common orthographic rules governing the English writing system, including book handling skills, which encompass the following: a) knowing the correct orientation of a book; b) knowing where to begin reading; c) knowing where the top and bottom of a page is located; and d) knowing common pictographs, logos, numerals, abbreviations, special symbols (e.g., +), punctuation marks, and spelling.

J▮▮▮ was able to identify the front, back, and title of a book. He opened the book as instructed and showed where to start reading. J▮▮▮ knew when to turn the page to point to the next line of text, pointed to the first letter of a word, page number, capital letter, question mark, and author. However, he *did not identify a period or comma.* In addition, J▮▮▮ said "uksluhmayshun mark" for "exclamation mark."

With respect to symbols, J▮▮▮ did not know the symbol for cents or musical note. *When asked to read words without accompanying pictures (such as "find"), he could not do so.*

As seen by the above, J▮▮▮'s performance was comparable to a child *5 years, 9 months of age ( > 1 year below current age).*

The *Meaning* subtest was administered to measure the ability to name the letters of the alphabet, master basic sight words, and comprehend meaning of printed words, sentences, and paragraphs. This subtest contained items that measure sentence construction and paraphrasing.

J▮▮▮ identified and answered questions about logos and pointed to and read a word (given a choice of 3) that matched a given picture (such as car, green, blue). When asked to name the letter the examiner pointed to, J▮▮▮ had difficulty with lower case 'd' as he said 'b.' When given a word and asked to point to 2 words that are associated with a written word, J▮▮▮ had much difficulty. Words he had difficulty reading included: apple, milk, car, and bus.

As seen by the above, J▮▮▮'s performance was comparable to a child *5 years, 6 months of age ( > 1 year below current age).*

## Fluency
Frequent, pauses, extensive use pause fillers (e.g., um, uh), and sentence revisions were noted but judged to be due to significant verbal formulation difficulty not a stuttering disorder.

## Voice
Vocal pitch, loudness, and quality were appropriate when speaking in a quiet room.

## Resonance
Oral-nasal resonance appeared to be well balanced.

## Hearing
A pure-tone audiometric hearing screening was not administered as Ms. A▮▮▮ reported (and medical records confirmed) that J▮▮▮'s hearing has been evaluated by his pediatrician and found to be within normal limits.

## DISCUSSSION
J▮▮▮, a delightful student, was seen for this 7.2 hour Comprehensive Speech-Language-IEE to assess J▮▮▮'s current functioning in the areas of speech, language, and related academic, emotional, and behavioral functioning.

As previously stated, this examiner thoroughly reviewed the 377 pages of educational, medical, and developmental history documents. It was extremely important to review *not only* the present concerns raised by J███████'s parents and numerous professionals but to *understand the history of J███████'s difficulties that have been documented in his FCS educational records since October 2017.*

It is confounding to this examiner that throughout the 2017-2019 FCS educational records, much conflicting information is found. It was *clearly stated* numerous times that J███████ had *difficulty with early pre-reading skills* (phonological awareness, letter recognition, and sound-symbol association), *following oral directions, and social (pragmatic) language difficulty* that was documented by the CELF-5 Pragmatics Profile teacher rating scale (standard score of 1) and numerous professional comments. Early on, grammatical forms that should have been mastered by age 3 (e.g., pronouns such as "I" and "me") were still inconsistently used on kindergarten and never addressed.

*Numerous red flags in the area of language and subsequent early academics were documented* but also appear to have been overlooked. It is well known that children who have difficulty with spoken language in the early years are at risk for developing reading problems. Children typically make occasional language errors while learning to speak but *if a child has difficulty with language comprehension, producing spoken language, and/or has not progressed as expected, the chances for reading difficulty are increased* (Sousa, 2005).

Private evaluations and FCS Evaluations have documented J███████'s ability to learn and have specifically outlined his strengths and *the reasons for the behaviors* with which he presents in the school setting.

In the 2017-2019 FCS educational records, it was stated that J███████ was *overwhelmed* when he was given too much work that had to be completed (although there was an accommodation for chunking/scaffolding assignments). He had *difficulty communicating his needs and did not (or could not) ask for help.* It was noted that J███████ refused to comply with teacher requests. Multiple statements were made indicating J███████'s *difficulty following directions, using correct grammar, and acquiring foundational reading skills (phonological awareness and sound-symbol awareness).*

It was noted that J███████ was in a *constant state of high arousal,* whether it be the work required or exposure to auditory and visual stimuli that was extraordinarily overwhelming. However, *it does not appear that appropriate techniques nor interventions have been put into place for J███████ to be successful, particularly since he has been at GNETS. All of the red flags indicative of a language disorder were disregarded.*

J███████'s *behaviors appear to be those of self-preservation* as he did not nor does he now *have a means to communicate* to ask for help or express his physical or emotional state *especially* when in a high state of arousal. It was stated that J███████ "understands appropriate social rules but does not follow them in the school setting." If that is the case, then it is the Speech-Language Pathologist's job to help J███████ use social language and have supports in place (e.g., visual aids to help J███████ request help, ask for a break, let others know he is overwhelmed and/or how he feels emotionally or physically) in the school setting *before he goes into a state of 'fright, fight, or flight.'*

Many students, such as J███████, struggle to regulate their emotions and behaviors *in response to sensory stimulation.* These students have trouble maintaining a calm, alert, or positive state. They become easily upset, often lose their temper, have difficulty adapting to change, and are overly sensitive. A negative, defiant, and hypersensitive child may be uncooperative, stubborn, controlling, and will often do the opposite of what is asked or expected. Students such as J███████ may be *slow to engage in new experiences, be aggressive when provoked, and exhibit compulsiveness and perfectionism* (Miller, L. et al, 2012).

As a result, students such as J███████, find themselves in a state of *intense emotions  (as stated in FCS and private evaluations),* are impulsive, exhibit rigid responses, lack in self-reflection, and are unable to consider another point of view. *It is our job as educators* to *recognize J███████'s increasingly dysregulated state* and *help J███████ achieve an appropriate state of arousal in which to learn.*

The term *'restful alertness'* has been coined to describe an *optimal state of arousal* that is necessary *for J███████ to access and benefit fully from the FCS curriculum.* J███████ must be able to remain in this state of

arousal so that his pre-frontal cortex *executive functions are engaged* and the subcortical *'fright, fight, or flight' areas of the brain are disengaged.*

As evidenced by ████'s significant number of elopements, refusal to participate in academic activities, aggressive behavior, and fear of failure, he often appears to progress to a *'reactive' state* that leads to 'fright, fight, or flight.' 'Fright, fight, or flight' can be described as the *autonomic nervous system 'taking control'* and the more *'thinking' part of the brain* in which executive functions reside *becoming 'disengaged' or 'shut down.'*

One must view J████ as a young, capable student with an *undiagnosed language disorder* (which I will document and describe in the next session) as opposed to a student with *just a behavioral problem.* We have to understand that J████'s responses appear to be related to his undiagnosed Speech-Language Disorder, untreated Sensory Processing Disorder, and maladaptive behaviors that have been learned due to his often being in a state of 'fright, fight or flight.' When this physiological response occurs, J████ *cannot access the language to consistently, accurately, or appropriately* express how he feels so that professionals can help him reach an optimal state of arousal.

As professionals, we must work together to present tasks that are not too difficult or too easy, but those that offer "just the right" challenge for J████ to be successful.

Our role as educators is to help children learn. If something is not working, then it is important to analyze the task *not just from a behavioral perspective* but from a developmental acquisition and mastery of skills, auditory processing, language comprehension, verbal expression (including verbal and nonverbal social language), and emotional    perspective to ensure that a student "feels safe" and is in an optimal state of arousal to learn. It is this clinician's professional opinion that J████ has the capability to be a happy, successful learner if professionals working with him are willing to think about the whole child and know that students do not wake up in the morning wanting to fail.

A student's parents know him better than anyone. Given that both J████'s parents are educators, their input should not be dismissed as they are part of the IEP team. It is important to re-state Ms. A████'s concerns about J████ at the end of the 2018-2019 school year, as follows:

- Becomes very *frustrated when he can't communicate*

- Will *repeat the same information over and over* while he is trying to collect his thoughts

- Has *trouble following direction,* has some *difficulty listening in group conversations and in a noisy environment*

- Is *behind in reading*

- *Avoids or is dysregulated by loud noises* and shocking (unsuspected) noises

- Is *dependent upon routines,* has difficulty with transitions, and is reluctant to try new things

- Is defiant, has excessive tantrums, and is destructive

Ms. A████ stated that as J████ gets older, she worries about him having the proper skills with which to cope. At home, J████'s parents *do not see the violence and elopement that reportedly occurs at school.* J████'s mother indicated that she usually is able to calm J████ down by counting and breathing. Recently, J████ has become defiant and usually just wants to be alone to calm down.

With respect to this Speech-Language and Related Academic IEE, Ms. A████ expressed that she would like to understand what is causing J████'s frustration and how they can help J████ cope in all environments.

## SUMMARY AND INTERPRETATION

Based on the results of this extensive 7.5 hour Speech-Language IEE, J████ presents with the following complex profile:

**I.** ***Speech Sound Disorder*** secondary to difficulty processing auditory information, oral hypotonia (reduced muscle tone of the oral mechanism), and retention of early developing phonological processes. Sound substitution, omission, and distortion errors are present as well as initial and final consonant deletion, cluster reduction, and syllable deletion. Vowel errors are noted as well.

According to Bowen (1988), final consonant deletion is ***no longer present*** in a child's speech by ***age 3 years, 3 months.*** Cluster reduction and syllable deletion are ***no longer present*** by age 4.

J████'s speech sound errors related to auditory processing difficulty include atypical vowel production (e.g., "enbrella" for "umbrella," "guggles" for "goggles," "mingled" for "mangled," "uksluhmayshun" for "exclamation," "lluma" for "llama"), cluster reduction (e.g., "pahcorn" for "popcorn"), syllable deletion (e.g., "nakulerz" for "binoculars"), and sound omission (e.g.,"say" for "save," "ee" for "bee"). Difficulty with weak prevocalic /r/ is attributed to reduced strength of the lateral margins and the tip of the tongue.

Intelligibility of single words is fair with pictures given. However, various factors interfere with J████'s speech intelligibility. He exhibits mild dysarthria (imprecise production of speech sounds typically due to reduced muscle tone) in connected speech as well as much difficulty retrieving the words he is attempting to say. In addition, numerous auditory misperceptions further reduce J████'s speech intelligibility, with and without contextual information given.

Research has shown that auditory processing and sound discrimination are essential for communication (Attoni, Quintas, & Mota, 2010). With respect to speech sound disorders, it is important to look closely at how children develop and master the sounds of our language. There are certain errors or phonological (sound) processes that initially are evident as a young child is developing speech but as the child masters speech sound production, are no longer present. When atypical errors are present, ***underlying causes must be considered and not overlooked.***

During the evaluation, ████ "slurped" his saliva at times. When eating chips, he overstuffed his mouth and a delayed activation of his swallow reflex was observed. J████ stated," I'm choking again" and then began drinking his juice. Thereafter, he said, "ok." No overt signs of choking were observed but both oral sensation and the oral phase of swallowing are of concern. J████'s eyes did not appear watery nor did his voice sound "wet" when speaking (which can be indicative of food or liquid accidentally entering the airway or lungs). During the session, it was noted that J████'s cough sounded strong which is important in case of any aspiration. However, follow-up should occur to rule-out oral any difficulty with the oral and pharyngeal stages of swallowing.

**II.** ***Significant Mixed Receptive-Expressive Language Disorder*** as seen by deficits in the areas of semantic, morphologic, syntactic, and pragmatic language. Much of J████'s difficulty appears to be secondary to ***difficulty processing orally presented information quickly and accurately,*** which negatively impacts auditory working memory, comprehension, language organization and verbal formulation, social language use, and related academics.

J████'s auditory processing difficulties ***permeate all areas of instruction and must be addressed.*** It is this clinician's professional opinion that J████'s ***lack of progression in academics*** is directly correlated with his deficits in listening accuracy and speed of processing. These skills are critical as they lay the foundation for a student's ability to comprehend orally presented information, have access to and benefit from classroom instruction, learn to read, and ultimately learn by reading various subject matter.

Much has been written about deficits in speech perception (Ziegler, Pech-Goergel, George, et al, 2005; Nicol and Kraus, 2004; Temple, Deutsch, and Poldrak, 2003) in recent years and a *positive correlation with language processing and reading difficulties* has been documented. There is evidence that those with specific language impairment have limitations in verbal working memory and difficulty processing rapidly changing sounds. In addition, the coexistence of specific language impairment and reading disability is relatively common (approximately 40-50%).

During this evaluation, J[REDACTED] exhibited numerous sound misperceptions and had significant difficulty perceiving sounds accurately. His performance on the SCAN-3 for Children, Tests for Auditory Processing Disorders (SCAN-C) documented *significant difficulty* perceiving brief orally presented information when competing information is present. He achieved *scaled scores of 1 (0.1 percentile)* on the *Competing Words* and *Competing Sentences* subtests.

Given delays in processing and formulating his thoughts, it is not surprising that J[REDACTED]'s difficulty perceiving orally presented information accurately and quickly may be *misinterpreted as his not complying to teacher requests or instructions.* It also is not surprising that J[REDACTED] *does not want to eat in the lunchroom* (a noisy environment) *due to sound sensitivity* (noted in Ms. Wing's Occupational Therapy Evaluation and during this assessment) and his *extreme difficulty understanding what is said when competing information is present.*

The ability to perceive sound differences, that includes changes in pitch, duration, and loudness, is a critical component of language comprehension and use. It is important to remember that *auditory information is transitory and fleeting and does not allow for additional time to be processed.* If it takes too much time to interpret what is said, the information is "lost" (i.e., no longer held in working memory), resulting in incomplete and/or incorrect information stored into a more permanent type of memory (Merzenich, 2004).

Due to J[REDACTED]'s auditory processing difficulty, his ability to participate and learn in the classroom, formulate his thoughts, and interact with others is hindered when visual information is not provided and/or he is not given time to process orally presented information and formulate his thoughts.

J[REDACTED] *has significant difficulty verbally formulating his thoughts,* as seen by extensive delays, word repetitions, and pause fillers. His *word retrieval difficulty* was documented by his performance on the Test of Word Finding-3, for which he achieved a *standard score of 76 (5th percentile).*

J[REDACTED] also has difficulty consistently using the following morphological forms (smallest meaningful units of language):

- Personal pronouns (e.g, we, they) - mastered between 31 and 34 months of age (Haas & Owens, 1985)
- Articles "a," "an" - mastered between 35-40 months (Brown, 1973)
- Verb forms
    - Irregular past tense (e.g., eat/ate) - mastered between 31 and 34 months of age (Brown, 1973)
    - Regular past tense (e.g., wash/washed) - mastered between 35 and 40 months of age (Brown, 1973)
    - Copular "is" and "are" - mastered between 41 and 46 months of age (Brown, 1973)
    - Future tense (e.g., will ____ ) - mastered between 4 and 5 years of age (Paul, 2007)

During conversational exchanges or when required to use contextually specific language, J[REDACTED] has much difficulty retrieving information and holding it in working memory in order to *connect ideas and simultaneously focus on the mechanics of grammar, syntax, and the social context.*

Being able to hold information in working memory also is critically important in language development (Gathercole & Baddeley, 1993) and in reading (Breznitz & Share, 1992). Working memory is important in higher-order thinking, learning, and being able to use language socially. Processing speed directly impacts working memory, as when processing speed is decreased, working memory is less effective. (Baddeley, 1975; Conrad and Hull, 1968).

***III. Social Communication Disorder*** as seen by J[REDACTED]'s difficulty using language for different purposes (e.g., communicative intent), poor conversational management, and compromised ability use nonverbal language. Conversational discourse should include adequate turn-taking (turn balance), topic introduction, and topic maintenance. It is important to understand that a conversation consists of more than just asking and answering questions.

The *Pragmatics Profile* of the Communication Evaluation of Language Fundamentals-5 (CELF-5) (completed by Ms. A[REDACTED]), was used to identify verbal and nonverbal pragmatic deficits that may negatively influence social and academic communication, J[REDACTED] achieved a scaled score of 7 (16th

percentile). Some areas of difficulty observed at home and in the community include difficulty with communicative intent and nonverbal communication.

During interaction with this examiner, J[REDACTED] greeted and responded to the examiner's greeting (on the 2nd day of testing, without prompt), demonstrated mutual attention, commented, and asked and answered questions. However, J[REDACTED] did not consistently generate requests (to perform an action, or to gain information). J[REDACTED] often makes a statement as to what he wants to do but does not consistently use an appropriate grammatical form (e..g, "Can I...?) nor a polite request form (e.g., Is it ok if....?").

J[REDACTED] *does not express his physical state (e.g., hungry, thirsty, tired) nor his emotional state (e.g., frustrated, upset, pleased),* he just requests what he wants (e.g., asks for a snack by making a statement). J[REDACTED]'s ability to gain attention (either verbally or nonverbally), compliment, persuade, or negotiate was not observed. When complimented by this examiner ("You are very creative"), he replied, "thank you."

J[REDACTED] *maintained clinician-initiated topics of conversation for 4-5 turns (which is a 5-6 year old skill).* Although he introduces topics independently, they often *are not related* to the task at hand nor do they have a referent. Turn allocation (well-balanced communicative exchange) is good for clinician-introduced topics but is reduced when J[REDACTED] introduces unfamiliar topics. Since J[REDACTED] does not provide a frame of reference , it can be difficult for his communicative partner to understand. In addition, he does he *use topic shading* (e.g., "yes, that is like what happened to ...") or topic shifting *(e.g., "That reminds me of...").*

Given how hard it was during the evaluation for J[REDACTED] to retrieve the words he wanted to say and verbally express himself, *communication breakdown occurred during informal conversation, for which J[REDACTED] was unaware. Grammatical and syntactic errors* also made it difficult for this listener to fully grasp what J[REDACTED] was trying to convey.

J[REDACTED] was polite and respectful and used language appropriately when speaking with an adult. He used adequate prosody *(properties of the speech signal that modulate and enhance meaning).* However, facial expression was not varied and gestures were not used to augment communication.

Eye gaze was inconsistent as was physical proximity. This may in part be due to J[REDACTED]'s increased need for proprioceptive and vestibular input, as moved in a swivel chair, sat on a bouncy ball, or stood at times during the assessment.

It is important to note that language interpretation, formulation, and use in social situations must operate in "real time," *without any delays in processing auditory information.* J[REDACTED]'s difficulty processing auditory information and expressing himself in a timely manner *negatively impacts his ability to participate in the classroom as well as socialize with peers.*

*IV. Reading Disorder* as J[REDACTED] *lacks the fundamental auditory processing and phonological awareness skills* necessary to accurately map sounds to letters. It should be noted that our language has 44 sounds and 26 letters. Thus, it is critical that these early developing, foundational skills become solidified and automatic in nature. It is well accepted that *phonological awareness skills are early indicators of reading success (Robertson & Salter, 2012.)* It goes without saying that J[REDACTED] must be able to *quickly retrieve letters from long term memory and name them* to be able to read.

On the Comprehensive Test of Phonological Processing-2 (CTOPP-2) J[REDACTED] had significant difficulty with the foundational skills that must be mastered to learn to read. He achieved an *index standard score of 71 (3rd percentile)* for phonological awareness and listening accuracy as seen by his *difficulty isolating, manipulating, and blending sounds.*

J[REDACTED] achieved an *index score of 79 (8th percentile)* due to his *difficulty with phonological (sound) memory tasks* that required him to encode information for temporary storage in working or short-term memory.

The rapid letter naming subtest could not be administered and a rapid naming index score could not be derived. When J[REDACTED] was *presented with 6 written letters to name, he only named 2 out of 6.* Of the remaining 4 letters, he either skipped the letter or attempted to produce the sound the letter represented instead. Per test protocol, this subtest was not administered.

On the <u>Test of Early Reading Ability-4 (TERA-4)</u>, J[REDACTED] achieved a ***scaled score of 3 (1st percentile)*** for distinguishing, matching, and recognizing letters; associating letters with the sounds they represent; identifying initial and final sounds in printed words; counting sounds and syllables in printed words; and reading pseudowords.

J[REDACTED] earned a ***scaled score of 7 (16th percentile)*** for book handling skills, naming symbols and the location of letters, and naming punctuation. He did not identify a period or a comma but pointed to the first letter in a word and found a page number, capital letter, and question mark.

When required to ***name letters, read basic sight words, and comprehend the meaning of printed words,*** sentences, and paragraphs, J[REDACTED] achieved a ***scaled score of 6 (9th percentile).***

As seen by the results of this evaluation, J[REDACTED], ***who is 7 years old,*** has not developed the ability blend segmented syllables, typically developed between ages 4 and 5 (Wilson and Katz, 2009). He has difficulty identifying beginning, middle, and ending sounds of words he hears and cannot identify or read all of the letter of the alphabet.

Between the ages of 5 and 7, students count sounds in words, identify and delete sounds, substitute sounds, and spell phonetically. In addition, print awareness is increased as students use previously mastered letter knowledge and phonological awareness skills to decipher the alphabetic principle (i.e., can change the word "cat" to "hat," "bat" etc.). Words that were once recognized as visual gestalts may now be "read" by attending to the beginning and ending letters and the knowing the sounds they represent. During this time, children begin to read on their own, develop the motivation to read independently, identify with characters, and acquire preferred genres.

With respect to writing and spelling, students ***learn conventional spelling rules between 5 and 7 years of age.***

## RECOMMENDATIONS

The programming recommendations listed below are based upon this 7.5 hour Speech-Language IEE, extensive review of J[REDACTED]'s medical, therapeutic, and educational records, and additional data provided by Ms. A[REDACTED]. Given the scientific advances in our understanding of how the brain learns, how we are able to use peer-reviewed evidence-based technology to change the brain (brain plasticity), our knowledge of how speech sounds develop and are perceived, the impact of auditory processing on pre-reading and reading skills, how language is organized and retrieved, and social language, an intensive academic therapeutic program is recommended. The following recommendations are made to allow J[REDACTED], a delightful 7-year old student who is quite capable of learning, to receive therapeutic and academic instruction to close the gap between his current academic performance and potential and ensure that he receives FAPE.

I. ***Fast ForWord Auditory Processing and Reading Series (1 hour, 5 days / week)*** brain plasticity computer training, supervised by a Speech-Language Pathologist who is experienced in using this programming, to improve the ability to process orally presented information, quickly and accurately to improve working memory, language comprehension, verbal expression, phonological awareness, and early reading (decoding, sight-word recognition, spelling, and comprehension).

II. ***Speech-Language Therapy (1.5 hours / day, 5 days per week)*** to improve oral motor, articulation, language organization and verbal formulation, social language, and reasoning skills.

III. ***Specific, specialized academic instruction (1 hour daily)*** to improve phonological awareness, phonemic awareness, decoding, sight word recognition, fluency, spelling, and reading comprehension.

IV. ***Occupational Therapy,*** as recommended, to address sensory processing deficits that had negatively impacted J[REDACTED]'s reflex integration, muscle tone, balance, ocular motor control, finger skills, processing speed, and internal organization and regulation.

V.  Follow-up with J█████'s pediatrician about possible oral and pharyngeal phase swallowing difficulty and/ or reduced oral sensation. If necessary, a Modified Barium Swallow may be necessary to rule out any swallowing difficulties.

VI.  *Collaboration among professionals and Jamir's parents* to ensure that J█████'s programming is well coordinated, systematic, and comprehensive to address all of his auditory processing, language, articulation, oral motor, and academic needs. Due to J█████'s educational history, it is critical that he receive highly individualized, systematic instruction.

## THERAPEUTIC AND ACADEMIC INSTRUCTION GOALS

I.  **Fast ForWord Auditory Processing Programming**
   A.  Improve phonological accuracy, fluency, and memory by identifying and manipulating speech sounds in a quick and efficient manner (measured in milliseconds) with 80% accuracy, during 3 consecutive sessions.
   B.  Improve phonological fluency and memory as well as sustained attention by identifying changes in speech sounds with 80% accuracy, during 3 consecutive sessions.
   C.  Improve sequencing skills, sound processing, and working memory by differentiating between 2 speech sounds with 80% accuracy, during 3 consecutive sessions.
   D.  Improve the ability to recognize spoken words by using auditory and visual-spatial working memory to locate matching syllables with 80% accuracy, during 3 consecutive sessions.
   E.  Improve listening accuracy and word recognition by listening to phonetically similar and dissimilar words and identifying the matching picture with 90% accuracy, during 3 consecutive sessions.
   F.  Improve working memory, listening comprehension, and sequencing skills by following spoken directions with 80% accuracy, during 3 consecutive sessions.
   G.  Increase language comprehension skills by selecting illustrations to match increasingly complex spoken sentences with 80% accuracy, during 3 consecutive sessions.

II.  **Reading / ELA**
   A.  Improve the speed of automatic word recognition as well as vocabulary, and decoding, by sorting words into categories (e.g., semantic, phonologic, morphologic) with 80% accuracy, during 3 consecutive sessions.
   B.  Improve spelling, sensitivity to letter-sound correspondences, and phonemic awareness by inserting the missing part of a word (e.g., single letters, diphthongs, digraphs, etc.), following a progressive phonics-oriented sequence with 80% accuracy, during 3 consecutive sessions.
   C.  Improve vocabulary, grammar, and punctuation skills by completing sentences and identifying missing parts with 80% accuracy, during 3 consecutive sessions.
   D.  Improve reading comprehension of sentences of increasing length and complexity by matching pictures with sentences that best describe one aspect of a complex pictured scene with 80% accuracy, during 3 consecutive sessions.
   E.  Improve reading comprehension by identifying word pairs according to semantic (e.g., synonym, antonym and phonological (e.g., rhyme, homophone) relationships with 80% accuracy, during 3 consecutive sessions.
   F.  Improve sentence-level reading comprehension, given sentences that increase in complexity (i.e., simple declarative sentences to complex sentence with one or more relative clause structures) with 80% accuracy,, during 3 consecutive sessions.
   G.  Improve reading comprehension as well as working memory for passages when presented with grade-level fiction and non-fiction passages with 80% accuracy, during consecutive sessions.

IV.  **Speech-Language Therapy**
   A.  **Semantic, Morphologic, and Syntactic Language**
      1.  Identify and generate word associations in 90% of opportunities during three consecutive sessions.
      2.  Identify category names and express category members in 90% of opportunities during three consecutive sessions.

3.  Describe objects according to salient features (e.g., category, function, location, size, shape, etc.) 90% of opportunities during three consecutive sessions.
4.  Produce sentences of increasing length and complexity to express semantic relationships (i.e., Who does what to whom, when, how, etc.) by using age-appropriate grammar in 90% of opportunities during three consecutive sessions.
5.  Recall and sequence details given orally presented passages in 90% of opportunities during three consecutive sessions.
6.  Use reasoning skills to compare and contrast in 90% of opportunities during three consecutive sessions.
7.  Use reasoning skills to predict in 90% opportunities during three consecutive sessions.
8.  Use reasoning skills to infer in 90% opportunities during three consecutive sessions.

**B.  Social Language**
1.  Increase the use of the following communicative functions by using appropriate grammar and syntax in 5 out of 6 opportunities over 3 consecutive sessions:
    A.  Request
    B.  Gain Attention
    C.  Politely refuse
    D.  Persuade
    E.  Compliment
    F.  Negotiate
2.  Improve conversational management skills in 90% of opportunities during three  consecutive sessions.
    A.  Maintaining conversational topics for 6-7 turns.
    B.  Introducing and shifting conversational topics.
3.  Identifying/express emotional state in 90% of opportunities during three consecutive sessions.
4.  Identifying/express physical state in 90% of opportunities during three consecutive sessions.
5.  Identify problems in given social situations in 90% of opportunities during three consecutive sessions.
6.  Generate solutions to problems in given social situations in 90% of opportunities during three consecutive sessions.
7.  Improve non-verbal communication in 5 out of 6 opportunities over 3 consecutive sessions, given pictures, videos, and/or during peer interaction by:
    A.  Interpreting facial cues and expressions.
    B.  Expressing messages by using gestures or facial expressions.
    C.  Matching gestures/facial expressions and verbal messages.
8.  Improve non-verbal communication in 5 out of 6 opportunities over 3 consecutive sessions by
    A.  Interpreting/expressing facial cues and expressions.
    B.  Expressing messages by using gestures or facial expressions.

**V. Oral Motor and Articulation**
   **A.  Oral Motor**
      The Beckman Oral Motor Protocol should be given by a certified Speech-Language Pathologist to determine appropriate goals to support accurate individual speech sound production and overall intelligibility of conversational speech.

   **B.  Articulation**
      It is critical that Jamir participate in brain-plasticity training to improve his ability to perceive sounds accurately and discriminate among similar sounds in various contexts. Discrimination of accurate production vs. inaccurate production of a target sound should always occur and be mastered with 100% accuracy, over 3 consecutive trials prior to the student working on producing inaccurately produced speech sounds.

   1.  Produce /r/ in isolation and in all positions of words, words in phrases, words in sentences, and words in conversational speech with 90% accuracy over 3 consecutive trials.
   2.  Produce /r/ consonant clusters in words, words in phrases, words in sentences, and words in conversational speech with 90% accuracy over 3 consecutive trials.

3.  Produce voiced /th/ isolation and in all positions of words, words in phrases, words in sentences, and words in conversational speech with 90% accuracy over 3 consecutive trials.
4.  Produce voiceless /th/ in words, words in phrases, words in sentences, and words in conversational speech with 90% accuracy over 3 consecutive trials.
5.  Produce 4-5 syllable words in isolation, in phrases, in sentences, and in conversational speech with 90% accuracy over 3 consecutive trials.

It was a pleasure working with J[REDACTED]!


*Mindy Cohen, M.Ed., CCC-SLP*

Mindy Cohen, M.Ed., CCC-SLP
Founding Director of Neurotech Solutions
Licensed Speech-Language Pathologist
Invited Member of the Society for Neuroscience
Lindamood-Bell Training
Integrated Listening Systems, Advanced Certification
Integrative Metronome Certification
Beckman Oral Motor Protocol Certification
Member of the New York Academy of Sciences

cc: Ms. J[REDACTED] A[REDACTED] and Mr. A[REDACTED] M[REDACTED], parents
Fulton County Schools
Dr. Tyer Whitney, Licensed Clinical Psychologist
Ms. Kimberly Wing, OTR/L, Occupational Therapist
Mr. Craig Goodmark, Special Education Attorney