## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FULTON COUNTY SCHOOL DISTRICT, <br><br>     Plaintiff, <br><br> v. <br><br> J.F., a minor by and through his parent and next friend J.A., and J.A., <br><br>     Defendants. | Civil Action No. 1:20-cv-01675-ELR |

## <u>DECLARATION OF PATRICIA GILLAND</u>

I, Patricia Gilland, hereby state, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the factual statements contained herein are made of my personal knowledge and are true and correct.

1.    My name is Patricia Gilland.  I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct.  I am over the age of eighteen and am competent to execute this Declaration. I make this Declaration for all lawful purposes in the above-styled action.

2.    At all times pertinent to this action, I have served as the Director of Services for Exceptional Children for the Fulton County School District ("FCSD").

# EXHIBIT 2

3.      I am familiar with the current public health emergency caused by the novel Coronavirus pandemic and its effects on the operations of FCSD schools and FCSD personnel, including especially within FCSD's special education programs.

4.      In response to the pandemic, FSCD had to shut down its on-site operations and transition to a remote work and educational delivery model. Across the board, FCSD began providing both regular and special educational instruction and services virtually under a remote learning contingency plan. Unfortunately, it was impossible to provide direct face-to-face services under these circumstances.

5.      On or about December 14, 2018, J.A. and J.F. (the "Family") initiated a due process hearing in Georgia's Office of State Administrative Hearings ("OSAH"). (Doc. 18-2.) On January 21, 2020, the Administrative Law Judge ("ALJ") issued its Final Decision in the proceeding. (Doc. 18-1.)

6.      Over the next month, FCSD attempted to schedule an IEP meeting with J.A. to discuss the specifics of the ALJ's order and amendments to J.F.'s IEP, including his transition out of the GNETS program at New Prospect Elementary School.

7.      On or about February 25, 2020, FCSD convened an IEP meeting. Approximately 12-14 individuals attended the meeting, including J.A. and her counsel. Despite meeting for a full work day, the IEP team was unable to agree on

how to resolve all of the issues set forth in the ALJ's Final Decision. The IEP team (including J.A. and her counsel) agreed that the best course of action was for FCSD to send J.A. a draft IEP for comment, feedback, or proposed revision.

8.     FCSD then circulated a draft and specifically requested J.A.'s attorneys to "redline" their proposals and requested changes to the document. Under this draft IEP, J.F. was placed in a co-taught setting, and he was receiving 450 minutes of SLP services and 150 minutes of OT services each week. (*See* 02.25.20 IEP Draft, attached hereto as **<u>Exhibit A</u>**, at 20-23.)

9.     In response, the Family requested a couple of substantive changes that FCSD then included in the IEP document. Unfortunately, however, the Family never circulated a revised or redlined draft of the remaining contents of the IEP document. Consequently, FCSD was unable to finalize the IEP, and it remained in draft form.

10.     During the summer, FCSD had to "lock" the IEP document to preserve it while FCSD transitioned to a new electronic IEP platform. FCSD explained to the Family, however, that this was only done as a matter of form, and the IEP was understood to be only a draft.

11.     On April 15, 2020, FCSD's counsel sent the Family's counsel an email proposing the following arrangement for compensatory education services for J.F.: "Regarding compensatory services we previously proposed the following: You

3

choose a provider for tutoring for 3 hours per week. The District will vet the provider's credentials and reimburse accordingly. Same goes for Speech/Language (1 hour per week) and OT (1 hour per week)."

12.    On May 8, 2020, J.A. sent me an email requesting compensatory education services, but she did not address the previous proposal.

13.    On May 15, 2020, I sent J.A. an email explaining that, because of the COVID-19 pandemic, FCSD could not provide direct, face-to-face services to students. I also asked if J.A. would be agreeable to receiving compensatory education services virtually.

14.    On May 21, 2020, J.A. responded that she objected to virtual compensatory services.

15.    On May 28, 2020, I sent J.A. an email reiterating FCSD's proposal for compensatory education services.

16.    On May 29, 2020, J.A. responded to me that she thought five hours per week was insufficient. She then explained that she objected to any of her selected outside providers being subject to FCSD approval: "I can proceed to identify private providers for speech and a tutoring service, but these would only satisfy the District's obligation to provide ESY to [J.F.]. If that is the District's position, I can initiate the services of the providers as I am unaware of any process that requires 'vetting' by

the District. As a courtesy, I will let the District know the identity of the providers as vendors that can receive payment from the District, but I do not agree that the District can disqualify any provider for unknown criteria."

17.    On June 1, 2020, I sent J.A. an email again trying to arrange a time to discuss the details of how J.F. would receive his court-ordered compensatory services: "The court ordered the District to provide 18 months of compensatory education – which we have yet to agree upon a number of hours per week. I hope we are able to do this this week. You have also shared that you feel [J.F.] is entitled to additional compensatory hours for the time following the court order and through the period of remote learning."

18.    Later that day, J.A. responded, "Yes, I think we are entitled to additional compensatory services for several reasons: Fulton's delay after the Court's Order which was based at first on the time [J.F.] was held in GNETS but that this continued, and additionally on the inadequacy of the Covid-19 services to meet his transition and instruction. Compensatory services delivered this way are also not really compensatory and not really helpful." She did not propose a weekly hour total.

19.    On June 16, 2020, I emailed J.A. explaining that FCSD personnel were available for an IEP meeting on July 29, 30, or 31, 2020 and asking if she was

available on those dates. On July 13, 2020, after receiving no response from J.A., I sent J.A. a follow-up email asking her to advise whether she was available on those dates.

20.    On July 13, 2020, J.A. responded, asking if FCSD could hold the IEP meeting on the week of August 10, 2020.

21.    FCSD officials and counsel then blocked off several dates in August for an anticipated IEP meeting with J.A.

22.    On August 3, 2020, I sent J.A. and email explaining that FCSD was only conducting IEP meetings virtually because of the pandemic and that FCSD wanted the Family to meet J.F.'s teachers at Dolvin Elementary School before school began on August 17, 2020. At that time, Dolvin was J.F.'s home school because he was no longer in the GNETS program.

23.    On August 4, 2020, J.A. sent me and email objecting to a virtual meeting: "With COVID and IEP disagreements so far, I am concerned about not having a face to face meeting."

24.    On August 5, 2020, I responded that the IEP team was available for a virtual meeting on August 7, 2020.

25.     On August 6, 2020, J.A. responded that she would not attend the August 7 IEP meeting. She further stated that she did not agree to an IEP meeting taking place without her being present.

26.     On August 7, 2020, I sent J.A. an email explaining that FCSD was not planning to hold an IEP meeting without her in attendance and that it had cancelled the meeting scheduled for that day. I also asked J.A. when she was available to discuss J.F.'s compensatory education services. J.A. did not respond to the request about compensatory services.

27.     At 3:55 PM on Friday, August 14, 2020, J.A. sent me an email advising for the first time that she would be moving to Fairburn, Georgia before September and requesting that FCSD change J.F.'s school location to his new home school in that area. At that time, J.F.'s current home school was Dolvin, though J.A. had not yet withdrawn him from New Prospect and enrolled him at Dolvin. After moving, his new home school would be Liberty Point Elementary School. Hence, J.A. waited until after business hours one business day before school started to request a new change in J.F.'s school location.

28.     I did not have authorization to grant school transfers.

29.     Accordingly, at 8:38 AM on Monday, August 17, 2020 (the first day of school), I responded that J.A. would need to contact the Area Superintendent for the

new school zone to request the transfer. Later that day, I also emailed J.A. a link providing directions for enrollment at J.F.'s new home school. In the meantime, J.A. still had not enrolled J.F. at Dolvin.

30.    To accommodate J.A.'s eleventh-hour request, FCSD re-assigned and even hired additional personnel to ensure that J.F.'s new home school was equipped to implement his IEP. J.F. was able to attend Liberty Point virtually by Wednesday of the following week.

So sworn this 7th day of October 2020.

*/s/ Patricia Gilland*

_____

PATRICIA GILLAND



**Fulton County School District**
6201 Powers Ferry Road
Atlanta, GA 30339
Phone:  470-254-3600

## SERVICES FOR EXCEPTIONAL CHILDREN
### Individual Education Program (IEP)

**Meeting Date:** 02/25/2020

| Student:<br>J██████ F██ | Student ID #:<br>██████ | Birthdate:<br>██████ | Age:<br>█ | Grade at Meeting:<br>2nd Grade |
|---|---|---|---|---|
| **Attending School:**<br>New Prospect Elementary | **Home School:**<br>Dolvin Elementary | **Case Manager:**<br>Gilberto M Rodriguez | | **Proposed School:**<br>New Prospect Elementary |

**Meeting Purpose:**     Annual Review

**IEP Implementation Date:** 02/26/2020          **IEP Ending Date:** 02/24/2021
**Primary Eligibility Date:** 02/25/2020          **Psychological Testing Date:** 10/12/2017

**Primary Exceptionality:** Significant Developmental Delay          **Secondary Exceptionalities:** Other Health Impairment

**Tertiary Exceptionalities:**   Speech/Language Impairment          **Additional Exceptionalities:**

**Relationship to Student:**  Mother
**Name:** ██████
**Address:** ██████████████
**Home Phone:** ████████          **Work Phone:**          **Cell Phone:**

**Relationship to Student:** ████
**Name:** █████████████████
**Address:** █████████████
**Home Phone:** ████████          **Work Phone:**          **Cell Phone:**

---

### IEP Meeting Participants

The following individuals attended the IEP Committee Meeting and participated in the development of this Individualized Education Program:

| Name | Title | Signature |
|---|---|---|
| ██████ | **Parent/Guardian** | _____ |
| ██████ | **Parent/Guardian** | _____ |
| | **Father** | _____ |
| Amy Booms Lemons | **School Administrator** | _____ |
| Aron N Pollack | **Occupational Therapist** | _____ |
| Attorney for family | **Other** | _____ |
| Emily Z Lamos | **Related Service Lead** | _____ |

## EXHIBIT A



**Fulton County School District**
6201 Powers Ferry Road
Atlanta, GA 30339
Phone: 470-254-3600

| | | |
|---|---|---|
| General Education Teacher | **General Education Teacher/General Education Teacher** | _____ |
| Gilberto M Rodriguez | **Case Manager/Special Education Teacher/IST** | _____ |
|  | **Mother** | _____ |
| Jennifer Alexander, Comprehensive Behavioral Change | **Other** | _____ |
| Patricia E Gilland | **LEA/SEC Admin** | _____ |
| Rafael Jordan | **Special Education Teacher** | _____ |
| Robert W Abernathy | **Coordinator** | _____ |
| School Administrator | **School Administrator** | _____ |
| Shelly S Howman | **Related Service Lead** | _____ |
| Sherry M Johnson | **Related Service Lead** | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Parental Rights Given:** 02/25/2020   **Parental Rights Explained by:** Mr. Knight **on** 03/25/2020



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J_____ F__          **DOB:** _____          **Date of Meeting:** 02/25/2020
**Student ID#:** _____          **School:** New Prospect Elementary          **Grade at Meeting:** 2nd Grade

---

### Impact of the Disability and Parental Input

---

**Summarize the student's current educational performance:** J____ is 7 years old and currently being served in the GNETS PROGRAM at New prospect Elementary School, Alpharetta. He is currently eligible for Significant Developmental Delay (SDD) for emotional and behavior development. He is currently receiving special education services in all academic areas in the special education classroom. J____ also has a categorical paraprofessional from arrival to dismissal. J____ participates in the general education setting during specials with same age peers.

**Parental concerns regarding their child's education:** _____ shared the following parental concerns:

1.  We are concerned that everyone working on the IEP and placement may not have read the Final Order and may not understand why many claims raised by the District were rejected, nor understand the significant impact of an inappropriate placement and inadequate plans and services over the past 19 months.

2.  We are concerned with the inadequacy of the planning and first drafts of the proposed IEP and apparent failure to take this seriously. Now we are concerned with may aspects of the second draft. Some examples is that the Impact statement is based on behavior, ignores the failure to identify and serve and conflicts with the Court's Final Order.

3.  We are concerned with the difficulty in obtaining data and now with references in the IEP of assessments which we never saw or which were withheld by the District or GNETS. This has to end.

4.  We are concerned with the lack of adequate progress monitoring and the absence of a real team approach to the program, with the Parents as equal members of the Team. This too has to end.

5.  Our concerns with the placement and program for J____ continue, even with the FINAL ORDER. FCSD's response to promptly and comprehensively altering the placement and providing the stay-put under the Court's Final Order was not adequate and we are now meeting a month after the Order. 6. We have significant concerns with the ability and willingness of FCSD to implement the FINAL ORDER. The FINAL ORDER at 22-23 requires transition, i.e., a transition plan and its implementation, back into a co-taught environment, in speech/language, 1 hour a day/5 days a week of Fast ForWord, SLP therapy 1.5 hrs a day/5 days a week, specialized specific academic instruction, 1 hr a day/5 days a week, integrated sensory processing services, collaboration with Team, (p.23-24 of Cohen Report), in OT 2 30 minutes sessions of individual therapy, 2 30 minute group therapy sessions a week, 1 30 minute consult a week, a sensory regulation program, a social skills group, 18 months (as of January 21, 2020) (now 19 months, see calculation in n. 8) of compensatory education services ("to close the achievement gap."), including ESY.

7.  We have progress reports and data which show mastery of the IEP goals and objectives throughout this school year. This shows there was no behavior that would have allowed or required continued GNETS placement, but no effort was made even after trial in the documents to show attempts at appropriate, remedial or grade level academics. This should have led both GNETS and FCSD to tell both us and the Court there was no basis for continued GNETS placement, but this did not happen.

8.  One of our initial concerns was that the GNETS placement would fail J____ on his academic instruction. This has proved to be true and he has had instruction at a lower level than appropriate for 19 months. This has intentionally caused him harm.

9.  We have sought to promptly implement the Court's Order but have had additional roadblocks created against this. We have no documents which reflect any planning, or proposal, or that any thought other than "business as usual" be applied to J____ unique situation.

10. We asked for options to consider for placement as Ordered by the Court, and have been told that the sole option was Dolvin E.S. This is outrageous and shows a disregard for J____, his needs, the actions there when staff washed their hands of

---



### Fulton County School District
### Services for Exceptional Children

| | | |
|---|---|---|
| **Student:** J██████ F█ | **DOB:** ████████ | **Date of Meeting:** 02/25/2020 |
| **Student ID#:** ████████ | **School:** New Prospect Elementary | **Grade at Meeting:** 2nd Grade |

J███, and Abernathy said nothing there existed for him. Perhaps the latest notice and additional staff show that this position has changed. As we have identified without objection or alternative authority, this matter fits the category where location is a consideration as to FAPE and LRE.

11. J████ was harmed at and by his placement at Dolvin, which he remembers, his Family remembers and likely students in his classroom at the time remember. The Dolvin environment is not a place of safety, trust or stability for J███ and cannot be in good faith offered that as an appropriate location for his placement.

12. We have not seen an effort to ensure that J███ is promptly and timely reassigned and that the transition is implemented, including his emotional and behavioral needs. These changes will be difficult for J███, and the draft IEPs do not begin to address this issue.

13. The prior BIP was not appropriate and is no longer appropriate. Perhaps if J███ had been provided actual BCBA services at GNETS or actual behavioral supports, we could use that to redesign the plan, but this was not done.

14. FCSD failed to collaborate or address movement out of the GNETS since last spring, including during the delay in the case, and at mediation, or at trial. It knew that GNETS was no longer justified months ago and transition services should have already been completed. The GNETS/North Metro criteria for release into the LRE – attainment of the behavioral goals and objectives, see North Metro and GNETS Manual, case P- 52, were met months ago. All goals were mastered in October, if not earlier. Heading into this meeting, we asked and understand from Ms. Lewis that nothing has been done. This is outrageous and will be the cause of further harm and delay.

15. GNETS failed to provide FAPE to J███. We are concerned that this is permitted by FCSD. It has also violated its own rules and procedures with J███, also something FCSD has permitted.

16. We are concerned that FCSD has maintained throughout this litigation that data is the basis by which all decisions are made, yet FCSD has done nothing in light of data that shows J███ should be fully integrated into a traditional educational environment, and with adequate services and supports.

17. We are concerned that FSCD will fail to create an appropriate plan or fail to implement any plan with the expectation that J█████ behaviors will recur and somehow justify FCSD's now defunct position that J████ needed GNETS services.

18. We are concerned that FCSD alter its claims and services so that a full continuum of available services including itinerant, then co-taught, then IRR, then supported instruction, and supports are available rather than relying on moving a child into a GNETS program.

19. We are concerned with being able to safely and appropriately provide J████ all the compensatory services and specialized instruction he requires.

**Impact of the disability on involvement and progress in the general education curriculum (for preschool, how the disability affects participation in appropriate activities):** J█████ Significant Developmental Delay in emotional and behavior development are characterized by his inability to control his behavior. He displays physical aggression and property destruction inside the classroom. The severity, frequency, & intensity of student's problem behavior directly impacts his ability to safely and effectively participate and progress in the general education curriculum. J████ requires specialized instruction (BIP) from his special education teacher and staff throughout the day.

---

### Present Levels of Performance and Educational Needs

---

**Fulton County School District Individualized Education Program**

| **Distribution:** | **Central Office** | **Parent/Guardian** | **Student File** | **General Education Teacher** |
|---|---|---|---|---|

**Page: 4**



## Fulton County School District
## Services for Exceptional Children

**Student:** J▊▊▊▊▊ F▊▊

**Student ID#:** ▊▊▊▊▊

**DOB:** ▊▊▊▊▊

**School:** New Prospect Elementary

**Date of Meeting:** 02/25/2020

**Grade at Meeting:** 2nd Grade

### PSYCHOLOGICAL

**Present Level of Performance based on the recent evaluation results and current functioning:**

Academic Achievement: The Kaufman Test of Educational Achievement, Third Edition (KTEA-3) was designed to measure school achievement of children enrolled in Grades 1-12. The Comprehensive Form also provides criterion-referenced assessment data to analyze the students' errors in each subtest content area. Additionally, all standard scores in both forms are set at a mean of 100, with a standard deviation of 15, to allow for comparisons between the KTEA-3 and previously obtained standard IQ scores. J▊▊▊ 2/8/19 KTEA-3 results were as follows: J▊▊▊ performance on Math Concepts and Applications yielded a standard score of 106, which fell within the Average range. This subtest required J▊▊ to orally respond to items that require applications of mathematical principles to real life situations. J▊▊ performance on Letter & Word Recognition yielded a standard score of 87, which fell within the Below Average range. J▊▊ was required understand phonemes presented. J▊▊▊ performance on Math Computation yielded a standard score of 107 which fell within the Average range. This subtest required J▊▊ to write answers to as many math calculation problems as possible. J▊▊ performance on Reading Comprehension yielded a standard score of 89, which fell within Below Average range. J▊▊ was required to read symbols, words, sentences, and passages appropriate to his grade level, and then respond to comprehension questions. J▊▊▊ performance on Written Expression yielded a standard score of 75, which fell within the Low range. J▊▊ heard a story presented with pictures in a booklet and completed the story by writing letters, words and sentences. J▊▊ performance on Spelling yielded a standard score of 88, which fell within the Below Average range. J▊▊ wrote single letters and spelled words dictated by the examiner.

On March 15, 2019 Mr. Jordan completed the SDQ. The results are as follows: Overall Stress: 19(Very High), Emotional Distress: 4 (Slightly Raised), Behavioral Difficulties: 4 (High), Hyperactivity and Concentration: 6 (Slightly Raised), Difficulties getting along with other children: 5 (High), Kind and Helpful Behavior: 4 (Low), Difficulties on Child's Life: 5 (Very High).

The Behavior Assessment System for Children, Third Edition (BASC-3) was administered on 10/30/2018. Mr. Jordan completed the BASC-3 Teacher Rating Scale, which resulted in the following profile: Externalizing Problems: 54 (Average), Internalizing Problems: 40 (Average), School Problems: 44 (Average), Behavioral Symptoms: 47 (Average), and Adaptive Skills: 48 (Average).

During the last comprehensive evaluation which was completed in June 2018, J▊▊ was administered the Wechsler Preschool and Primary Scales of Intelligence, Fourth Edition (WPPSI-IV). The WPPSI-IV is used to measure the general thinking and reasoning skills of children aged 2 to 7 years. J▊▊ Full Scale IQ score, a measure of overall intellectual ability, was in the Average range compared to other children who are 5 years and 11 months old (FSIQ = 104). J▊▊▊ performance on various subtests of the WPPSI-IV suggested a pattern of cognitive strengths and weakness. Difficulties in the areas of working memory, attention and concentration may have contributed to J▊▊ performance weaknesses on some of the subtests. In addition, administration of the Kaufman Test of Educational Achievement, Third Edition (KTEA-3) placed J▊▊ in the Below Average range on the Academic Skills Battery Composite. The Behavior Assessment System for Children, Third Edition (BASC-3) was also completed by two teachers, along with J▊▊ mother and his caregiver. All profiles completed placed J▊▊ either in the Clinically Significant or At-Risk range in the areas of overall Behavioral Symptoms Index, Aggression, Internalizing and Externalizing Problems.

On the 5/18/18 completion of the Vineland Adaptive Behavior Rating Scales, Third Edition (Vineland-3) by J▊▊ mother suggested that while J▊▊ overall adaptive behavior is in the Average range, he demonstrated significant maladaptive behaviors such as harming himself or wandering away without regard for safety.

On 4/5/19 Tyler Whitney, Psy.D. evaluated J▊▊. At that time J▊▊ nonverbal IQ on the CTONI-2 fell within the average range. At that time J▊▊ fell within the non-autistic range on the ADOS-G.



## Fulton County School District
## Services for Exceptional Children

**Student:** J███████ F██    **DOB:** ████████    **Date of Meeting:** 02/25/2020
**Student ID#:** ████████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

---

### ACADEMIC

**Present Level of Performance based on the recent evaluation results and current functioning:**

The most recent i-Ready diagnostic test (12-3-19) shows J█████ reading scores as follows: Overall: Grade K 418 (Scale Score) -Phonological Awarenesss: Max Score 486 (scale score)- Phonics: Grade K 410 (scale score)- High frequency words: Grade K 375 (scale score )- Vocabulary: Grade K 394 (scale score)- Comprehension Literature: Grade K 408 (scale score)- Comprehension Informational Text: Grade 1 441 (scale score).

The most recent Fountas & Pinnell Benchmark Assessment Systems (BAS) to determine the student's independent and instructional reading levels was done on 12-17-19. He score at a instructional Level E (Grade 1) and a independent Level D (Grade 1). His previous 1/31/19 Fountas & Pinnell levels were at the Kindergarten range (Independent level A and Instructional level B).

The most recent fluency evaluation was done on 2-21-2020. J████ is reading at 28 CWPM.

The most resent i-Ready diagnostic test (12-12-19) shows J█████ Math scores as follows:  Overall Grade 1 427 (scale score) -Numbers and operations: Grade 1 407(scale score)- Algebra and Algebraic Thinking: Early 2 436 (scale score)- Measurement and Data: Early 2 433 (scale score)- Geometry: Mid 2 437 (scale score).

Reading/Language Arts: J████ is currently receiving instruction using a combination of Fountas & Pinnell Leveled Literacy Intervention System (LLI) and Orton Gillingham. Within the LLI Program, J████ is currently reading on an Instructional Level F (grade level equivalent 1) and Independent Level E (grade level equivalent 1). Based on i-Ready assessment data, and classroom observations and data, J████ can read 20/20 Grade/Stage K sight words, 40/41 Grade/Stage 1 sight words and 7/55 Grade/Stage 2 sight words. He is also able to read beginning and ending blends, vowel endings, and decode regularly spelled one-syllable words with short vowels. J████ is currently working on reading comprehension, and with support he can identify cause-and-effect relationships. J████ is currently working on writing sentences that retell an event from a story.

Math: J████ is following the general curriculum for 2nd grade math utilizing accommodations and modifications. J████ can read and write numbers up to 1,000 using number words, standard form, and expanded form. He understands place value for numbers up to 3 digits. J████ can skip count by 5, 10, & 100 and compare 3-digit numbers using greater than/less than/equal to symbols. J████ is also able to create and analyze picture graphs, bar graphs, and line plots for 4 categories of data. J████ can also add and subtract three digit numbers with regrouping. Currently J████ is working on recognizing and drawing shapes with specified attributes, such as a given number of angles or a given number of equal faces. He is also working on Identifing triangles, quadrilaterals, pentagons, hexagons, and cubes.

Science: J████ is following the general curriculum for Science with accommodations and modifications. So far this year J████ has learned about the properties of matter and the property changes that can occur. He is currently working on the phases moon, the stars, the sun, day and night and seasons.

Social Studies: J████ is following the general curriculum for Social Studies utilizing accommodations and modifications. So far this year, J████ has learned about the topographical features of Georgia and the Georgia regions and rivers. We will be introducing next the lives and contributions of Jackie Robinson, Juliet Gordon and Jimmy Carter.

**Student needs including most recent evaluation results and current functioning:**

Reading/Language Arts: Based on most recent assessments and classroom data, J████ needs to continue working to increase the number of sight words he is able to identify and read and continue working to improve his academic and domain specific vocabulary.



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J_____ F____        **DOB:** _____        **Date of Meeting:** 02/25/2020
**Student ID#:** _____        **School:** New Prospect Elementary        **Grade at Meeting:** 2nd Grade

---

**COMMUNICATION/SPEECH LANGUAGE**

**Present Level of Performance based on the recent evaluation results and current functioning:**

The classroom teacher, Mr. Jordan, completed the Fulton County language checklist (11-7-2019). The checklist rates J____ ability to understand and use spoken language in the classroom when compared to his same-age peers. He demonstrates the following skills as meeting or exceeding expectations: demonstrates understanding of curriculum vocabulary, states common opposites when prompted, determines the meaning of multiple-meaning words within the context of a sentence/story presented orally, states one similarity and one difference when presented with two pictures/words, asks and answers factual questions about text or information presented orally, retells familiar stories in sequence to include beginning, middle, and end, identifies the topic and two key details of a text presented orally with prompting and support, identifies effect when given a cause related to material presented orally with prompting and support, identifies effect when given a cause related to material presented orally, predicts what will happen next when provided with a 3-picture or 3-sentence sequence presented orally, uses frequent occurring irregular plural nouns (e.g., feet, children, teeth, mice, fish) and verbs (e.g., sat, hid, told) when speaking, uses sentence structures when speaking that incorporate prepositions, conjunctions or adjectives, follows oral 2-step directions related to daily routines with one repetition, asks and answers questions during conversation, chooses appropriate topic for the setting/situation, responds to speaker while maintaining the same topic. The following skill was checked as approaching expectations: request help when needed. Mr. Jordan completed the Fulton county social language checklist. Skills are rated as below expectations, approaching expectations, meets expectations, and exceeds expectations. J____ demonstrates the following skills as meeting expectations: may interrupt or blurt out infrequently, will stop with one cue, demonstrates moderate awareness of level of interest and can change or end topic with assistance from an adult, can understand indirect language with some explanation from an adult or peer, can understand jokes, irony and sarcasm with some explanation from an adult or peer. The following skills were rated as exceeding expectation: will initiate with others independently, extends conversation (turn-taking) by asking relevant questions or making appropriate comments, remains on topic during conversation/discussions, consistently provides relevant information when answering a question, can accept the opinion of another person, even if it differs from their own, can restate or clarify independently. According to the IEE (speech evaluation) conducted by Mindy Cohen, SLP (6/2019), J____ strengths were noted in the following areas. J____ vocal pitch, loudness, and vocal quality were reported as appropriate. The Goldman Fristoe Test of Articulation-Third Edition (GFTA-3) was administered, and J____ received a standard score of 87, which is within the average range. The Test of Auditory Comprehension of Language -4 (TACL-4) was administered, and he received above average scores in the areas of Vocabulary (SS 13), Grammatical Morphemes (SS 13), and Elaborated Phrases and Sentences (SS 13). The Test of Expressive Language was given and J____ scored within the average range in the areas of Vocabulary (SS 9), Grammatical Morphemes (SS 8), Elaborated Phrases & Sentences (SS 11). Portions of the Clinical Evaluation of Language Fundamentals Fifth Edition (CELF-5) were administered. He scored within the average range in the areas of Linguistic Concepts (SS 9), Understanding Spoken Paragraphs (SS 9). The IEE evaluator administered the SCAN-3 for Children-Test for Auditory Processing, and J____ received scaled scores within the average range on the following subtests: Filtered Words (SS 8) and Auditory Figure Ground (SS 11).

**Student needs including most recent evaluation results and current functioning:**

According to the IEE (speech evaluation) conducted by Mindy Cohen, SLP (6/2019), J____ needs were noted in the following areas. The GFTA-3 revealed the following articulation errors: f/th(voiceless- teef/teeth, d/th (voiced-dat for that), omission of /r/ (gi affe for giraffe), consonant cluster reduction b/br (zeba/zebra), vowels (crayin/Crayon). The Test of Word Finding-3 (TWF-3) was administered and J____ obtained a standard score of 76, which is below the average range. He received below average scaled scores on two subtests from the SCAN-C: Competing Words (SS 1) and Competing Sentences (SS 1). The IEE evaluator gave the Comprehensive Test of Phonological Processing-2 (CTOPP-2). J____ received below average scores in the areas of Phonological Awareness (Composite Score 71) and Phonological Memory (Composite Score



## Fulton County School District
### Services for Exceptional Children

**Student:** J███████ F█    **DOB:** ███████    **Date of Meeting:** 02/25/2020
**Student ID#:** ███████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

79). A Rapid Symbolic Naming composite score from the CTOPP-2 was not obtained due to J███ having difficulty naming written letters. The Test of Early Reading Ability-4 (TERA-4) was administered and J███ obtained below average scores in the areas of Alphabet (SS 3) and Meaning (SS 6). The formulated sentences subtest from the CELF-5 was administered. He received a scaled score of 7, which is reported as being below the average range.

---

## VISION

**Present Level of Performance based on the recent evaluation results and current functioning:**

Student wears glasses.

---

## HEALTH/MEDICAL

**Present Level of Performance based on the recent evaluation results and current functioning:**

According to the social history on February 3rd 2019, J███ is currently taking concerta and clonidine.

---

## SENSORY/MOTOR

**Present Level of Performance based on the recent evaluation results and current functioning:**

J███ is sensitive to loud sounds, but successfully uses noise cancelling headphones independently.

**Student needs including most recent evaluation results and current functioning:**

From Private OT evaluation 04/16/2019 Sensory regulation presents as problematic for J███, demonstrating both a high and low threshold for input within the home environment. This is an environment where he feels safe, and more likely to demonstrate all aspects of his regulation. With the high threshold for input J███ is likely to have low tone and fatigue easily, have difficulty finding things from a busy environment, notice all that is going on around him, distractibility, jump from one thing to another, and have a strong preference for certain foods. The low threshold J███ experiences appears to be more significant, noted by his cautiousness, avoidance, sensitivity to input, emotional reactions, heed for predictability, and tendency to quickly mover through, "fright, flight and fight". When he becomes overwhelmed, frustrated or uncertain, he will over react as a method of self preservation. Based on the School Companion, it appears that overtime teachers have learned to understand J███ triggers and have been able to adapt the environment, tasks and situations to allow him to predict outcomes more successfully as well as to implement strategies for improved behavioral responses, such as the reward system in conjunction with self regulatory strategies. The dysregulation J███ demonstrates, with a low threshold for input, appears to be due to his need for external organization, predictability and routine. When things don't go as he expects he will likely over react, such as with transitions, new situations, changes in his routine, etc. He appears to be a "perfectionist", needing to predict his success and control over his environment. It will be important for those working with J███ to understand his need for the external organization and to provide it for him in various ways so that he is able to predict outcomes. Teaching himstrategies to deal with unexpected situations will be helpful so that he has a predictable



## Fulton County School District
### Services for Exceptional Children

**Student:** J⬛⬛⬛⬛⬛F⬛⬛          **DOB:** ⬛⬛⬛⬛⬛          **Date of Meeting:** 02/25/2020
**Student ID#:** ⬛⬛⬛⬛⬛          **School:** New Prospect Elementary          **Grade at Meeting:** 2nd Grade

manner to explore the unpredictable. The aggressive and impulsive behaviors he is reported to demonstrate at school appears to be due in part to the discrepancy between his cognitive potential and the inefficient organization of his body for motor output, resulting his frustration and learned behaviors to avoid the tasks and situations which he finds to be threatening. In order for J⬛⬛ to feel "safe" and to predict his environment, he has developed a repertoire of learned behavioral reactions to avoid the potential for the threatening situations. It appears that his teachers have learned to "read" his body language and to prepare J⬛⬛ and the environment for predictability and success. amir demonstrates several residual reflexes which are likely to interfere with his motor patterns, efficient motor actions, posture, crossing his midline, anxiety, and behavior. He was observed to use an inefficient motor approach to writing, using bottom up and segmentation, which will impact his control and autornaticity for writing. The residual reflexes J⬛⬛ demonstrates impact the volitional control of movement patterns. His Moro and Tendon Guard Reflexes will result in him being "on guard" especially with tasks which he perceives as difficult or unfamiliar, and at times resulting in avoidance either verbally or physically as well as a need for control. In conjunction with his vestibular based weakness, J⬛⬛ will tend to be in a state of "fright, flight or fight" in order to feel safe and have his world predictable. The discrepancy between J⬛⬛ apparent perceptual and cognitive potential and his fine motor precision and manual dexterity, is likely to result in frustration and avoidance. He will tend to seek out what feels good to him and avoid that which is difficult.

---

### EMOTIONAL/SOCIAL/BEHAVIORAL

**Present Level of Performance based on the recent evaluation results and current functioning:**

J⬛⬛ comes in every day ready to learn. He has made friends and engages with same aged peers. He is currently following a very structured work break schedule and he is very invested in our classroom token economy. J⬛⬛ has made progress with all of his behavioral objectives. He is following directions with one verbal prompt at an average 93% of the time and he is responding appropriately to peers 97% of the time. J⬛⬛ has exhibited physical aggression/property destruction an average of 12 times per day from 1/06/2020 to 2/13/2020. From Private OT evaluation 04/16/2019 Interpretation of Results: J⬛⬛ was referred for an independent occupational therapy evaluation due to concerns with his behavior at school. He presented as a wonderful young man during the two hour evaluation. He attended well to all tasks presented, with good focus and posture. He was observed to be somewhat cautious, needing to predict his success with tasks, and verbalizing his dislike of being timed. He was able to easily follow 2-3 step instructions with minimal redirection or explanation. J⬛⬛ demonstrated slow processing speed, requiring more time to complete tasks at the level he expects of himself. He transitioned well from one task to the next throughout testing, but noted to need closure to tasks. J⬛⬛ eye contact was fleeting and he did not tend to initiate conversation. The classroom observation was completed over a 2 ½ hour period. During that time it was observed that there was predictable structure and routine in the classroom, which J⬛⬛ sought out and responded well to. He received 1:1 as well as srnall group instruction. He demonstrated good insight and understanding of the material, beyond what his classmates exhibited. His processing speed for written work appeared somewhat slow, due to his need for "perfection" as well as closure. J⬛⬛ demonstrated some frustration when he noted the discrepancy between the schedule on the board with words. and pictures and the responses of the other boys, but was able to obtain closure when Mr. Jordan noted that the pictures were inaccurate. He also was frustrated with the boy to his right when working in the group, as the boy appeared to impinge on J⬛⬛ space and need for predictability with the colored pencils. This was easily addressed by having the other boy move further to the right.

**Student needs including most recent evaluation results and current functioning:**

J⬛⬛ can be easily angered and/or frustrated when things don't go his way or he perceives that things are too hard. When this happens, he can engage in work refusal, active defiance, property destruction and physical aggression. J⬛⬛ needs to continue working on reducing the frequency of aggressive behaviors and property destruction. According to the results of the functional analysis, J⬛⬛ problem behavior (physical aggression and property destruction) is maintained by (a) negative



**Fulton County School District**
**Services for Exceptional Children**

Student: J_____ F____    DOB: _____    Date of Meeting: 02/25/2020
Student ID#: _____    School: New Prospect Elementary    Grade at Meeting: 2nd Grade

reinforcement in the form of escape from demands, (b) negative reinforcement in the form of escape from interruption of ongoing activities, and (c) positive reinforcement in the form of access to preferred items/activities.

---

### PHYSICAL (FINE/GROSS MOTOR)

**Present Level of Performance based on the recent evaluation results and current functioning:**

Current classroom writing samples show adequate spacing, maintenance of horizontal line even without drawn lines, legibility to an unfamiliar reader, and overall neatness. Student is able to draw a person with substantial detail including laugh lines, a variable hairline, reciprocal arm and leg movement with predictive sequencing for the next step and perspective. He is able to write words in the appropriate space in a quote box when drawing. Student writes from bottom to top.

**Student needs including most recent evaluation results and current functioning:**

From Private OT evaluation 04/16/2019 Fine motor skills were observed to be problematic for J____, as noted with manual dexterity, strength, bilateral coordination, and motor accuracy. He appears to know what the outcome needs to be, but considerable difficulty organizing his hands for an efficient approach and control to produce what he expects, and requiring more processing time to complete the task at the level he is capable. When writing he was also noted to use an inefficient approach toletter formation, with formation bottom up, which may cause difficulty as the writing tasks increase. The school assessment stated appropriate letter formation, however, J____ demonstrates a bottom up approach to writing most of his letters, which is inefficient, especially when more writing will become expected of him. The bottom up approach also indicates lack of reflex integration and interhemispheric organization.Recent classroom work samples show handwriting formation errors which impact individual letter legibility for the lower case letters a, o,g b,d,n,r and numbers 6,9, 8. He reversed the lower case h three times on one work sample.

---

### Present Level of Performance - Consideration of Special Factors

**Does the student have behavior which impedes their learning or the learning of others?**   Yes
   **If yes, consider the appropriateness of developing a Behavior Intervention Plan.**
   **Is a Behavior Plan Developed?** Yes

**Does the student have Limited English Proficiency?**   No

**Is the student blind or visually impaired?**   No

**Does the student have communication needs?** Yes
   **If yes, consider the communication needs and describe:** J____ speech/language needs will be addressed
through the speech/language program

**Is the student deaf or hard of hearing?**   No

**Does the student need assistive technology devices or services?**   No

---



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J_____ F_   **DOB:** _____   **Date of Meeting:** 02/25/2020
**Student ID#:** _____   **School:** New Prospect Elementary   **Grade at Meeting:** 2nd Grade

**If yes, describe the type of assistive technology and how it is used. If no, describe how the student's needs are being met in deficit areas.** J___ is currently able to access the curriculum with standard based classroom tools.

**Does the student require alternative format for instructional materials?** No

**Does the student require special transportation?** Yes

    **Description of the type of specialized transportation needed:** Special Transportation is needed

**What type of physical education does the student require?** Regular

**Graduation Diploma:** High School Diploma

**Does the student have any health/medical issues that impedes learning?** No

**Will the student be following the alternative math sequence?** Not Applicable
**If yes, complete the document, Math Matrix.**



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J████████ F████     **DOB:** ████████     **Date of Meeting:** 02/25/2020
**Student ID#:** ████████         **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

---

**Measurable Annual Goals and Short Term Objectives**

---

**Area of Need:** *Emotional/Social/Behavioral*
**Position(s) Responsible:** Special Education Teacher
**Annual Goal 1:** *J████ will improve behavior skills from present levels of performance to criteria listed in objectives*
**Goal/Objective Review Dates:**
Progress on goals and objectives will be reported on the same schedule as performance reporting for all students.

| Objectives/Benchmarks: | |
| --- | --- |
| *1) J████ will reduce aggressive behaviors to 0 incidents per day for 6 consecutive weeks.* | |
| **Method of Evaluation** | **Performance Criteria** |
| Data Collection : Daily | 0 incidents per day for 6 consecutive weeks |

| Objectives/Benchmarks: | |
| --- | --- |
| *2) J████ will reduce property destruction to 0 incidents per day for 6 consecutive weeks.* | |
| **Method of Evaluation** | **Performance Criteria** |
| Data Collection : Daily | 0 incidents per day for 6 consecutive weeks |

| Objectives/Benchmarks: | |
| --- | --- |
| *3) J████ will accurately identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when in a regulated state 2 times each day.* | |
| **Method of Evaluation** | **Performance Criteria** |
| Data Collection : Daily | 2 times each day |

| Objectives/Benchmarks: | |
| --- | --- |
| *4) J████ will identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when behavior escalates, 80% of trials during observable opportunities.* | |
| **Method of Evaluation** | **Performance Criteria** |
| Data Collection : Daily | 80% of trials during observable opportunities. |

| Objectives/Benchmarks: | |
| --- | --- |
| *5) J████ will select a strategy to self regulate, with two teacher prompts when his behavior escalates, 80% of trials during observable opportunities.* | |
| **Method of Evaluation** | **Performance Criteria** |
| Data Collection : Daily | 80% of trials during observable opportunities. |

| Objectives/Benchmarks: | |
| --- | --- |
| *6) After selecting a strategy for self regulation when his behavior escalates, J████ will implement strategy with no more than two verbal prompts, 80% of trials during observable opportunities* | |



**Fulton County School District**
Services for Exceptional Children

**Student:** J_____ H___    **DOB:** _____    **Date of Meeting:** 02/25/2020
**Student ID#:** _____    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Daily | 80% of trials during observable opportunities |

---

**Area of Need:** *Academic*
**Position(s) Responsible:**
**Annual Goal 1:** *J___ will improve academics skills from present levels of performance to criteria listed in objectives*
**Goal/Objective Review Dates:**
Progress on goals and objectives will be reported on the same schedule as performance reporting for all students.

**Objectives/Benchmarks:**
*1) J___ will read 32 additional sight words at his instructional level using an appropriate reading program.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Week | 32 sight words |

**Objectives/Benchmarks:**
*2) When provided with 5 new words weekly, from an appropriate instructional material, J___ will define the word with fill in the blank or multiple-choice format.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Weekly , Work Sample : | 80% accuracy for 9 consecutive weeks |

**Objectives/Benchmarks:**
*3) When presented with a reading passage at his instructional level, J___ will independently read and answer multiple choice comprehension questions related to the passage.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Work Sample : Twice a Week | 80% accuracy for 9 consecutive weeks |

**Objectives/Benchmarks:**
*4) When provided with a reading passage at his instructional level, J___ will improve his reading fluency from a baseline of 28 correct words per minute (CWPM) to 40 CWPM*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Each Nine Weeks | 40 correct words per minute |

**Objectives/Benchmarks:**
*5) When provided with a list of 10, one and two syllable words, J___ will decode and read each word.*

| Method of Evaluation | Performance Criteria |
|---|---|



**Fulton County School District**
Services for Exceptional Children

**Student:** J          F          **DOB:** ███████          **Date of Meeting:** 02/25/2020
**Student ID#:** ███████          **School:** New Prospect Elementary          **Grade at Meeting:** 2nd Grade

| Data Collection : Weekly | 90% accuracy for 9 consecutive weeks |
|---|---|

---

**Area of Need:** *Communication-Speech Language*
**Position(s) Responsible:** SLP

**Annual Goal 1:** *J███ will improve his communication skills from present levels of performance to mastery of objectives.*
**Goal/Objective Review Dates:**
Progress on goals and objectives will be reported on the same schedule as performance reporting for all students.

**Objectives/Benchmarks:**
*1) When presented with a social scenario or short story with a problem, J███ will verbally identify the problem.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*2) When presented with a social scenario or short story with a problem, J███ will provide one plausible solution to the problem.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*3) J███ will maintain the topic of conversation over 3 conversational loops with a peer by asking a question and making a comment.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*4) J███ will orient his body toward the speaker and/or listener using whole body listening (e.g., body in group, body facing speaker, looking toward the speaker, thinking about what is said) in a conversation or structured speech activity.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 3/4 observable opportunities each reporting period |

**Objectives/Benchmarks:**
*5) When presented a picture of a social scenario or story, J███ will make a smart guess about what the person might be thinking, feeling, or saying (e.g., reading verbal/non-verbal cues–facial expressions) given verbal and visual prompts.*

| Method of Evaluation | Performance Criteria |
|---|---|



Fulton County School District
Services for Exceptional Children

**Student:** J_____ F__    **DOB:** _____    **Date of Meeting:** 02/25/2020
**Student ID#:** _____    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

| | |
|---|---|
| **Objectives/Benchmarks:** | |

*6) When given a graphic organizer, J____ will describe objects using 4 descriptors (e.g., category, function, parts, and appearance).*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

*Proposed*

| | |
|---|---|
| **Objectives/Benchmarks:** | |

*7) J____ will retell a short story including beginning, middle, end and provide 3 key details.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

| | |
|---|---|
| **Objectives/Benchmarks:** | |

*8) J____ will answer cause and effect questions from a passage read aloud with 1 verbal and 1 visual cue.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy across 3 sessions |

**Area of Need:** *Communication-Speech Language*
**Position(s) Responsible:** SLP
**Annual Goal 2:** *J____ will improve his articulation skills from present levels of performance to mastery of objectives below stated*
**Goal/Objective Review Dates:**
Progress on goals and objectives will be reported on the same schedule as performance reporting for all students.

| | |
|---|---|
| **Objectives/Benchmarks:** | |

*1) J____ will produce correctly produce the /r/ phoneme in all word positions at the sentence level with a model and 1 verbal cue (placement).*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy over 3 sessions |

| | |
|---|---|
| **Objectives/Benchmarks:** | |

*2) J____ will correctly produce /r/ blends in all positions of words at the sentence level.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy over 3 sessions |

| | |
|---|---|
| **Objectives/Benchmarks:** | |



Fulton County School District
Services for Exceptional Children

**Student:** J████████ F███
**Student ID#:** ██████
**DOB:** ████████
**School:** New Prospect Elementary
**Date of Meeting:** 02/25/2020
**Grade at Meeting:** 2nd Grade

*3) J████ will correctly produce the /th/ sound in all word positions at the sentence level with a model and 1 verbal cue (placement)*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy over 3 sessions |

**Objectives/Benchmarks:**
*4) J████ will produce grade level multi-syllabic words in isolation and phrases with a model and 1 verbal cue.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : Twice a Month | 80% accuracy over 3 sessions |

**Area of Need:** *Sensory/Motor*
**Position(s) Responsible:** Special Education Teacher, Occupational Therapist
**Annual Goal 1:** *Student will demonstrate improved legibility of handwriting from present levels of performance to mastery of objectives.*
**Goal/Objective Review Dates:**
Progress on goals and objectives will be reported on the same schedule as performance reporting for all students.

**Objectives/Benchmarks:**
*1) J████ will form lower case letters a,o,g,b,d,n,r with top down formation*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : , Work Sample : Twice a Week | 80% of trials for each letter |

**Objectives/Benchmarks:**
*2) J████ will form numbers 6,8,9 with top down formation*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection : , Work Sample : Twice a Week | 80% of trials for each letter |



**Fulton County School District**
**Services for Exceptional Children**

| | | |
|---|---|---|
| **Student:** J⬛⬛⬛⬛ F⬛ | **DOB:** ⬛⬛⬛⬛ | **Date of Meeting:** 02/25/2020 |
| **Student ID#:** ⬛⬛⬛⬛ | **School:** New Prospect Elementary | **Grade at Meeting:** 2nd Grade |

## Student Supports

To advance appropriately toward attaining annual goals; to be involved and progress in the general curriculum; to be educated and participate with other children in academic, non-academic, and extracurricular activities, the following accommodations, supplemental aids and services, and/or supports for school personnel will be provided:

**Instructional Accommodations:**
Chunk assignment/scaffolding provide rewards/praise for completion of each part of assignment
Extended time
1 or 2 step instructions
Reduced length of assignments
Check for understanding
Clarify instructions/directions with simplified directions
Task directed checklists or visual schedule
Preferential seating to allow movement and support
Graphic organizers for reading and math
Frequent breaks to allow for movement
Instruction provides guided practice that fades to teach independence
Use of math manipulatives
Use of visual aids (number line, use of highlighter)
Identification use and implementation of quiet place for to use for J⬛⬛ to cool down
Use of sensory strategies as outlined by the Occupational Therapist
Use of social stories for transitions, prepare student for transitions
Establish peer buddies
Give classroom jobs and responsibilities around the classroom
Use warm eye contact and welcoming relaxed body language
Use warm tone of voice when speaking with student
Positive, gentle touch, such as a touch on the arm, to redirect or get attention
Use of proximity when giving directions
Use clear, simple words
Give choices when giving directives
Debrief with J⬛⬛ after behavioral incidents

**General Classroom Testing Accommodations:**
Extended time - 50% on tests and in class quizzes
Frequent monitored breaks
Small group
Preferential seating
Allow use of noise canceling headphones
Repetition of directions (in English only)

**Supplemental Aids and Services** (those services and personnel needed by the child or on behalf of the child in order to participate in the general curriculum or educational programs):
A 1:1 paraprofessional will work with J⬛⬛ in all academic areas, transitions, lunch, recess, and grade level activities to assist J⬛⬛ with accessing the curriculum, maintain behavior, and/or participate safely.



Fulton County School District<br/>Services for Exceptional Children

**Student:** J█████████ F█    **DOB:** █████████    **Date of Meeting:** 02/25/2020
**Student ID#:** █████████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

Follow BIP
Use of sensory strategies as outlined by the Occupational Therapist
Use of a daily check-in/check-out system
Monthly team meetings to include parent, case manager, behavior interventionist and at least one academic teacher with data provided to parent prior to the meeting.
Review accommodations for training and in use during transitions

**Supports for School Personnel:**
A 1:1 paraprofessional will work with J████ in all academic areas, transitions, lunch, recess, and grade level activities to assist J████ with accessing the curriculum, maintain behavior, and/or participate safely. Training on Behavior Intervention Plan, training for data collection and review data quarterly by BCBA.



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J_____ F_    **DOB:** _____    **Date of Meeting:** 02/25/2020
**Student ID#:** _____    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

**Assessment Determination for District and Statewide Assessments for Grades K-12**

a) The student will participate in all required assessments WITHOUT accommodations:  Yes

Tests the student will participate in without accommodations:

b) The student will participate in required assessments WITH accommodations:  No

c) The student will participate in the Georgia Alternate Assessment (GAA): No
If yes, provide a statement of why the child cannot participate in regular assessment.



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J█████████ F██    **DOB:** ███████    **Date of Meeting:** 02/25/2020
**Student ID#:** ████████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

## Placement Options Considerations

| | | |
|---|---|---|
| General Education Setting Only | Rejected | J███ requires more support than a General Education Setting provides. This setting does not provide the type of intensity, support or specially designed instruction necessary to address goals and objectives to the maximum extent appropriate. |
| General Education with Consultative Services | Rejected | J███ requires more support than a General Education setting with Consultative Services provides. This setting does not provide the type of intensity, support or specially designed instruction necessary to address goals and objectives to the maximum extent appropriate. |
| General Education setting with Supportive Instruction | Accepted | J███ will receive 1:1 (categorical) paraprofessional in specials outside of the GNETS setting. He has recess, lunch, transitions (including arrival and dismissal) and grade level activities during the school day within the GNETS setting.<br><br>2 weeks after the IEP is locked J███ will have lunch with Supportive Instruction outside of the GNETS setting.<br><br>2 weeks after he has lunch with Supportive Instruction outside of the GNETS setting, J███ will receive Supportive Instruction |



Fulton County School District
Services for Exceptional Children

**Student:** J███████ H██     **DOB:** ████████     **Date of Meeting:** 02/25/2020
**Student ID#:** ████████     **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

| | | |
|---|---|---|
| General Education setting with Collaboration | Rejected | J███ requires more support than a Collaborative setting provides. This setting does not provide the type of in-tensity, support or specially designed instruction necessary to address goals and objec-tives to the maximum extent appropriate. |
| General Education setting with Co-teaching | Accepted | J███ will receive support in a Co-Taught setting for Read-ing and Language arts. His 1:1 categorical paraprofes-sional will also provide ser-vices in this setting as well. This setting provides the type of intensity, support and spe-cially designed instruction necessary to address goals and objectives.<br><br>2 weeks from the time the IEP is locked, J███ will tran-sition to adding the co-taught setting of Science and Social Studies.<br><br>2 weeks after the co-taught setting of Science and So-cial Studies is added, Math will be taught in a co-taught setting. |
| Special Education Setting | Accepted | J███ will receive support in the Special Education Set-ting for Speech, Math and Science and Social Studies as this setting provides the type of intensity, support and specially designed instruction necessary to address goals and objectives. 2 weeks af-ter the co-taught setting of Science and Social Studies is added, Math will be taught in a co-taught setting. |

*Proposed*



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J_____ F___          **DOB:** _____          **Date of Meeting:** 02/25/2020
**Student ID#:** _____     **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

| | | |
|---|---|---|
| | | J___ will receive speech/language services in a separate class for 1.5 hours per day/5 days a week. |
| Alternative Placement | Rejected | This is too restrictive of an environment and does not provide J___ support in the least restrictive environment. |
| Related Services | Accepted | Individual occupational therapy services for two thirty-minute sessions per week, group occupational therapy for two thirty-minute sessions per week, one 30 minute OT consult each week and a sensory regulation program. |

---

## SPECIAL EDUCATION and RELATED SERVICES

School Year: 2019-2020
*Instructional Services in the General Education Classroom:*

| Options Considered | Service Name | Frequency | Initiation of Services | Anticipated Duration | Provider Title | Content/Specialty Area(s) | School |
|---|---|---|---|---|---|---|---|
| X | Co-teach | 300 min(s) / week | 02/26/2020 | 05/22/2020 | Special Education Teacher | Reading | New Prospect Elementary |
| X | Co-teach | 300 min(s) / week | 02/26/2020 | 05/22/2020 | Special Education Teacher | Language Arts | New Prospect Elementary |
| X | Co-teach | 225 hr(s) / week | 03/11/2020 | 05/22/2020 | Special Education Teacher | Science/Social Studies | New Prospect Elementary |
| X | Co-teach | 300 hr(s) / week | 03/25/2020 | 05/22/2020 | Special Education Teacher | Math | New Prospect Elementary |

*Related Services in the General Education Classroom:*

| Options Considered | Service Name | Frequency | Initiation of Services | Anticipated Duration | Provider Title | Content/Specialty Area(s) | School |
|---|---|---|---|---|---|---|---|
| X | Occupational Therapy | 150 min(s) / week | 02/26/2020 | 05/22/2020 | Occupational Therapist | fine motor sensory regulation | New Prospect Elementary |
| X | Transportation | 5 hr(s) / day | 02/26/2020 | 05/22/2020 | Related Service Provider | Transportation | New Prospect Elementary |

*Instructional Services Outside the General Education Classroom:*

| Options Considered | Service Name | Frequency | Initiation of Services | Anticipated Duration | Provider Title | Content/Specialty Area(s) | School |
|---|---|---|---|---|---|---|---|



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J███████ F███    **DOB:** ████████    **Date of Meeting:** 02/25/2020
**Student ID#:** ████████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | Separate Class | 300 min(s) / week | 02/26/2020 | 03/25/2020 | Special Education Teacher | Math | New Prospect Elementary |
| X | Separate Class | 225 min(s) / week | 02/26/2020 | 03/10/2020 | Special Education Teacher | Science/Social Studies | New Prospect Elementary |
| X | Separate Class-Speech/Language | 450 min(s) / week | 02/26/2020 | 05/22/2020 | Speech/Lang Pathologist | Speech/Language | New Prospect Elementary |

*Related Services Outside the General Education Classroom:*    None

Proposed



# Fulton County School District
## Services for Exceptional Children

**Student:** J████████ F███    **DOB:** ████████    **Date of Meeting:** 02/25/2020
**Student ID#:** ████████    **School:** New Prospect Elementary    **Grade at Meeting:** 2nd Grade

School Year: 2020-2021

*Instructional Services in the General Education Classroom:*  None

*Related Services in the General Education Classroom:*   None

*Instructional Services Outside the General Education Classroom:*   None

*Related Services Outside the General Education Classroom:*   None

This IEP will be implemented on days public school programs and the servicing school are in operation during the regular school year. Scheduled IEP services, despite any other statement in the IEP to the contrary, are not delivered on, or made up on or for, days the District or servicing school closes for any reason, such as inclement weather, holidays, partial days, professional learning days, early release days, and summer unless specified in the Extended School Year section of the IEP.



**Fulton County School District**
Services for Exceptional Children

| | | |
|---|---|---|
| **Student:** J_____ F_____ | **DOB:** ▪▪▪▪▪▪ | **Date of Meeting:** 02/25/2020 |
| **Student ID#:** ▪▪▪▪▪▪ | **School:** New Prospect Elementary | **Grade at Meeting:** 2nd Grade |

**Extended School Year Summary**

**A)**    **Are extended school year services necessary?**  Yes

The recommendation was based on the following data sources/considerations:
This decision was based on input from ▪▪▪▪▪▪, private providers and information from a recent court order.

Indicate the date on which the IEP made the ESY eligibility decision:
On 2/25/2020, the IEP determined that Extended School Year Services would be provided
Provide the IEP Team's rationale for the students ESY: This decision to provide extended school year was also based on the nature and severity of the student's disability.

**B)**    **Goals to be extended or modified:**

**Measurable Annual Goals and Short Term Objectives/Benchmarks for ESY**

**Area of Need:** *Academic*
**Position(s) Responsible:**
**Annual Goal 1:** *J____ will improve academics skills from present levels of performance to criteria listed in objectives*

**Objectives/Benchmarks:**
*1) J____ will read 32 additional sight words at his instructional level using an appropriate reading program.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 32 sight words |

**Objectives/Benchmarks:**
*2) When provided with 5 new words weekly, from an appropriate instructional material, J____ will define the word with fill in the blank or multiple-choice format.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection , Work Sample | 80% accuracy for 9 consecutive weeks |

**Objectives/Benchmarks:**
*3) When presented with a reading passage at his instructional level, J____ will independently read and answer multiple choice comprehension questions related to the passage.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Work Sample | 80% accuracy for 9 consecutive weeks |

**Objectives/Benchmarks:**



**Fulton County School District**
Services for Exceptional Children

**Student:** J_____ F_____     **DOB:** _____     **Date of Meeting:** 02/25/2020
**Student ID#:** _____     **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

*4) When provided with a reading passage at his instructional level, J____ will improve his reading fluency from a baseline of 28 correct words per minute (CWPM) to 40 CWPM*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 40 correct words per minute |

**Objectives/Benchmarks:**
*5) When provided with a list of 10, one and two syllable words, J____ will decode and read each word.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 90% accuracy for 9 consecutive weeks |

**Measurable Annual Goals and Short Term Objectives/Benchmarks for ESY**

**Area of Need:** *Communication-Speech Language*
**Position(s) Responsible:** SLP
**Annual Goal 1:** *J____ will improve his communication skills from present levels of performance to mastery of objectives.*

**Objectives/Benchmarks:**
*1) When presented with a social scenario or short story with a problem, J____ will verbally identify the problem.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*2) When presented with a social scenario or short story with a problem, J____ will provide one plausible solution to the problem.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*3) J____ will maintain the topic of conversation over 3 conversational loops with a peer by asking a question and making a comment.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy across 3 sessions |

**Objectives/Benchmarks:**
*4) J____ will orient his body toward the speaker and/or listener using whole body listening (e.g., body in group, body facing speaker, looking toward the speaker, thinking about what is said) in a conversation or structured speech activity.*

| Method of Evaluation | Performance Criteria |
|---|---|
|  |  |



### Fulton County School District
### Services for Exceptional Children

**Student:** J_____ F_____   **DOB:** _____   **Date of Meeting:** 02/25/2020
**Student ID#:** _____   **School:** New Prospect Elementary   **Grade at Meeting:** 2nd Grade

| Data Collection | 3/4 observable opportunities each reporting period |
| --- | --- |

| Objectives/Benchmarks: |
| --- |
| *5) When presented a picture of a social scenario or story, J_____ will make a smart guess about what the person might be thinking, feeling, or saying (e.g., reading verbal/non-verbal cues–facial expressions) given verbal and visual prompts.* |

| Method of Evaluation | Performance Criteria |
| --- | --- |
| Data Collection | 80% accuracy across 3 sessions |

| Objectives/Benchmarks: |
| --- |
| *6) When given a graphic organizer, J_____ will describe objects using 4 descriptors (e.g., category, function, parts, and appearance.).* |

| Method of Evaluation | Performance Criteria |
| --- | --- |
| Data Collection | 80% accuracy across 3 sessions |

| Objectives/Benchmarks: |
| --- |
| *7) J_____ will retell a short story including beginning, middle, end and provide 3 key details.* |

| Method of Evaluation | Performance Criteria |
| --- | --- |
| Data Collection | 80% accuracy across 3 sessions |

| Objectives/Benchmarks: |
| --- |
| *8) J_____ will answer cause and effect questions from a passage read aloud with 1 verbal and 1 visual cue.* |

| Method of Evaluation | Performance Criteria |
| --- | --- |
| Data Collection | 80% accuracy across 3 sessions |

| Measurable Annual Goals and Short Term Objectives/Benchmarks for ESY |
| --- |

**Area of Need:** *Communication-Speech Language*
**Position(s) Responsible:** SLP
**Annual Goal 2:** *J_____ will improve his articulation skills from present levels of performance to mastery of objectives below stated*

| Objectives/Benchmarks: |
| --- |
| *1) J_____ will produce correctly produce the /r/ phoneme in all word positions at the sentence level with a model and 1 verbal cue (placement).* |

| Method of Evaluation | Performance Criteria |
| --- | --- |
| Data Collection | 80% accuracy over 3 sessions |

| Objectives/Benchmarks: |
| --- |



Fulton County School District
Services for Exceptional Children

**Student:** J_____ F____          **DOB:** _____          **Date of Meeting:** 02/25/2020
**Student ID#:** _____          **School:** New Prospect Elementary          **Grade at Meeting:** 2nd Grade

*2) J____ will correctly produce /r/ blends in all positions of words at the sentence level.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy over 3 sessions |

| Objectives/Benchmarks: |
|---|

*3) J____ will correctly produce the /th/ sound in all word positions at the sentence level with a model and 1 verbal cue (placement)*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy over 3 sessions |

| Objectives/Benchmarks: |
|---|

*4) J____ will produce grade level multi-syllabic words in isolation and phrases with a model and 1 verbal cue.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% accuracy over 3 sessions |

| **Measurable Annual Goals and Short Term Objectives/Benchmarks for ESY** |
|---|

**Area of Need:** *Emotional/Social/Behavioral*
**Position(s) Responsible:** Special Education Teacher
**Annual Goal 1:** *J____ will improve behavior skills from present levels of performance to criteria listed in objectives*

| Objectives/Benchmarks: |
|---|

*1) J____ will reduce aggressive behaviors to 0 incidents per day for 6 consecutive weeks.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 0 incidents per day for 6 consecutive weeks |

| Objectives/Benchmarks: |
|---|

*2) J____ will reduce property destruction to 0 incidents per day for 6 consecutive weeks.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 0 incidents per day for 6 consecutive weeks |

| Objectives/Benchmarks: |
|---|

*3) J____ will accurately identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when in a regulated state 2 times each day.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 2 times each day |

| Objectives/Benchmarks: |
|---|



**Fulton County School District**
**Services for Exceptional Children**

| Student: J_____ F | DOB: | Date of Meeting: 02/25/2020 |
| Student ID#: | School: New Prospect Elementary | Grade at Meeting: 2nd Grade |

*4) J____ will identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when behavior escalates, 80% of trials during observable opportunities.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% of trials during observable opportunities. |

**Objectives/Benchmarks:**
*5) J____ will select a strategy to self regulate, with two teacher prompts when his behavior escalates, 80% of trials during observable opportunities.*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% of trials during observable opportunities. |

**Objectives/Benchmarks:**
*6) After selecting a strategy for self regulation when his behavior escalates, J____ will implement strategy with no more than two verbal prompts, 80% of trials during observable opportunities*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection | 80% of trials during observable opportunities |

**Measurable Annual Goals and Short Term Objectives/Benchmarks for ESY**

**Area of Need:** *Sensory/Motor*
**Position(s) Responsible:** Special Education Teacher, Occupational Therapist
**Annual Goal 1:** *Student will demonstrate improved legibility of handwriting from present levels of performance to mastery of objectives.*

**Objectives/Benchmarks:**
*1) J____ will form lower case letters a,o,g,b,d,n,r with top down formation*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection , Work Sample | 80% of trials for each letter |

**Objectives/Benchmarks:**
*2) J____ will form numbers 6,8,9 with top down formation*

| Method of Evaluation | Performance Criteria |
|---|---|
| Data Collection , Work Sample | 80% of trials for each letter |

| Recommended Extended School Year Services | | | | | |
|---|---|---|---|---|---|
| Services | Frequency | Initiation Date | Anticipated Duration | Provider Title | Location |
| Separate Class | 70 hr(s) per reporting period | 06/03/2020 | 06/25/2020 | Special Education Teacher | Special Education |



Fulton County School District
Services for Exceptional Children

**Student:** J████████ F██     **DOB:** ██████     **Date of Meeting:** 02/25/2020
**Student ID#:** ████████     **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

| | | | | | |
|---|---|---|---|---|---|
| Occupational Therapy | 225 min(s) per re-porting period | 06/03/2020 | 06/25/2020 | Occupational Therapist | Inclusion/Pull-out |
| Separate Class-Speech/Language | 360 min(s) per re-porting period | 06/03/2020 | 06/25/2020 | Speech/Lang Pathologist | Special Education |

Proposed



Fulton County School District
Services for Exceptional Children

**Student:** J████████ F█      **DOB:** ████████      **Date of Meeting:** 02/25/2020
**Student ID#:** ████████      **School:** New Prospect Elementary      **Grade at Meeting:** 2nd Grade

---

### Documentation of Prior Written Notice of IEP Meeting

| | Date | Method of Notification | By Whom |
|---|---|---|---|
| **1st Notification** | 02/01/2020 | [X] Invitation<br>[X] Phone Call<br>[ ] In Person<br>[ ] Reminder Notice<br>[ ] Other | Samad Knight |
| **2nd Notification** | | [ ] Invitation<br>[ ] Phone Call<br>[ ] In Person<br>[ ] Reminder Notice<br>[ ] Other | |
| **3rd Notification** | | [ ] Invitation<br>[ ] Phone Call<br>[ ] In Person<br>[ ] Reminder Notice<br>[ ] Other | |



**Fulton County School District**
**Services for Exceptional Children**

**Student:** J⬛⬛⬛ F⬛     **DOB:** ⬛⬛⬛2     **Date of Meeting:** 02/25/2020
**Student ID#:** ⬛⬛⬛     **School:** New Prospect Elementary     **Grade at Meeting:** 2nd Grade

---

**Parent Participation in the IEP Process**

---

[ ]  Parent/Guardian attended the IEP meeting.  My signature below indicates that I was invited to participate in the IEP preparation and that I understand its content.  I have had explained to me the due process rights and procedures and have received a copy of the following documents:

[ ]  Parental Rights in Special Education
[ ]  Individual Education Program (IEP) and Meeting Minutes
[ ]  Eligibility Report(s) (Initial or Reevaluation)
[ ]  Evaluation Report(s) (Initial or Reevaluation)


[ ]  Parent/Guardian was unable to attend the IEP meeting.

[ ]  Parental Rights in Special Education
[ ]  Individual Education Program (IEP) and Meeting Minutes
[ ]  Eligibility Report(s) (Initial or Reevaluation)
[ ]  Evaluation Report(s) (Initial or Reevaluation)

On _____(date) the documents were
[ ]  Mailed
[ ]  Given in person
[ ]  Sent via student
[ ]  Other:_____

School personnel responsible for forwarding documents to parents:  Gilberto M Rodriguez, Case Manager

**Follow-up Contacts:**

| Date | Method | Result |
|------|--------|--------|
|      |        |        |
|      |        |        |


Parent/Guardian Signature: _____    Date: _____

**Signature/Special Education Teacher:** _____    **Date:** _____



**Fulton County School District**
**6201 Powers Ferry Road**
**Atlanta, GA 30339**
**Services for Exceptional Children**

The following staff members appear on the invitation
but were unable to attend the meeting in part or in full for J▮▮▮▮▮ F▮▮:

| Name | Title |
|------|-------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

 In order to be in compliance with the law, your agreement to continue the IEP meeting in the absence of these individual(s) is required. Please note your agreement or disagreement below.

_____    I agree to allow the IEP Committee to convene in the absence of the aforementioned staff member(s).

_____    It is my desire to reschedule the IEP Committee meeting so the aforementioned staff member(s) can be in attendance.

_____          _____
          Parent/Guardian                                    Date



---

**IEP Meeting Minutes**

---

**MEETING PURPOSE:**    Annual Review

**The Committee convened with introductions.**

**The purpose of the meeting was to develop an IEP for J███████ F██.**

**Present Levels of Academic Achievement and Functional Performance were reviewed.**
i-Ready and BAS assessments (reading) were reviewed. J████ current independent reading level is grade one. His fluency is lower than what is expected of a typical 2nd grade (should be at least 90 CWPM).

Special education teacher communicated he is trained in Orton Gillingham, although not certfied. It was communicated educators can be trained and not certified to use the program. The teacher uses Orton Gillingham approximately 25 minutes daily. This is a multi-sensory program that provides J███ opportunities for movement and address some sensory concerns.

Teacher would like to include new goals for reading (site words and fluency).

Parent voiced concern was how long J███ has received Orton Gillingham and on Level D.

It was communicated J███ has received this instruction for the duration of the school year. It was also communicated J███ has been at Level D since Decemeber, 2019. His progress has been slow. The teacher determined it was necessary to remain on Level D because he was not ready to move forward. The books are more complex as the levels increase; comprehension also becomes more difficult. J████ academic concerns are in the area of basic reading (phonics and fluency). He reads aloud with teacher and comprehends what is read on his independent reading level.

Parent voiced communicated concerns with J████ having the ability to read to himself.

It was communicated reading to self does not begin until a higher reading level. J███ experiences more difficulty with reading due to decoding and fluency weaknesses.

Parent concerns in math with grade level standards being provided to J███.

Present levels were reviewed. It was communicated J███ receives the same GA standards as non-disabled peers in second grade.

Parent voiced concerns about J███ being provided assistance with spelling for math tasks.

It was communicated J███ is provided a word bank or assistance from the teacher. This is also consistent with sneeds of students in general education classrooms for second grade.

Parent voiced concerns for science and social studies trajectory.

It was communicated J███ is on target for receiving the same instruction in the areas of science and social studies as non-disabled peers.

Parent concerns with accommodations and supports/standardized assessments – how will the team address his inconsistency in performance on assessements (his performance in comparison to his true academic ability)? What is the team considering to address math current levels of performance:

FCS team will look into paper/pencil and one-to-one adminstration for iReady and to determine if paper/pencil can be implemented. The district recommends iReady as the Universal Screening. It was also communicated FCS team will determine if there is another tool the district recommends to determine current levels of performance in the area of math.

It was communicated there are standard accommodations that can be provided to J███ There are non standard accommodations that can be put in place for classroom instruction, but these are not (necessarily) provided on standardized assessments.

**Parent input:**   addressed.
████████ is concerned with J███ being accepted in his new setting and how staff receives him.

It was communicated J███ is very much accepted at NPES and he is loved by all adults. It was also communicated the team has anxiety with the placement recommended in the court order due to the continuum of services (immediate co-taught placement) may not be the best placement for J███ to be successful.

A list of 19 parent concerns were read by Mr. Zimring and addressed by the IEP team. The list of parent concerns is as follows:

1. We are concerned that everyone working on the IEP and placement may not have read the Final Order and may not understand why many claims raised by the District were rejected, nor understand the significant impact of an inappropriate placement and inadequate plans and services over the past 19 months.

It was communicated all FCS members have had opportunities to review the order of the court.

2. We are concerned with the inadequacy of the planning and first drafts of the proposed IEP and apparent failure to take this seriously. Now we are concerned with may aspects of the second draft. Some examples is that the Impact statement is based on behavior, ignores the failure to identify and serve and conflicts with the Court's Final Order.

3. We are concerned with the difficulty in obtaining data and now with references in the IEP of assessments which we never saw or which were withheld by the District or GNETS. This has to end.

Data taken by staff is in collaboration with parent. Overall assessments will be identified and presented to parents.

Parent reading concerns: Fountas and Pinnell BAS, Orton Gillingham assessments, Fountas and Pinnell literacy reading intervention program. Parent communicated she cannot list the names because she is not aware of what has been administered. Baseline data will be useful to understand J███ present levels of performance.

Parent math concerns – Is there a baseline for baseline? Does iReady correlate the math standard. Is there a math curriculum being used/interventions? Parent is concerned that assessment information is inaccurate, and that J███ is performing at grade 1. The administration of the iReady test was presented to J███ twice within a couple of weeks.



Academic concerns overall: J███ academic needs have been ignored.

The team communicated assessments for reading are given to all students. BAS universal screening and reading interventions are provided to J███. Assessments are provided to parents during parent conferences to better provide an explanation of results. It is currently not common process to provide assessments to parents. Moving forward, overall assessment data (including baseline data) will be provided to parent. BAS data is collected 3 times/year (beginning, mid-year, and end-of year).

Math – It was communicated iReady is used as the baseline for math. iReady is a universal screener; data is collected 3 times/year (beginning, mid-year, and end-of year). Teachers use GA Standards of Excellence. There is not currently a math program used at New Prospect. Lessons are created according to student's needs. It was also communicated J███ performance on iReady is not indicative of his academic ability as demonstrated in the classroom; other assessments and tools are used to determine J███ academic needs. J███ is able to complete 2nd grade classwork and assessments. Assessments have been sent home and will continue to be sent home to parent.

The district disagrees with the statement J███ academic needs have been ignored; J███ has received appropriate academic instruction consistent with non-disabled peers. It was further explained there are many factors that cause inconsistency in performance; iReady is one tool to assist with determining the academic need. iReady assessments were given again due to J███ not performing at his true academic ability. Parents attorney asked for parent to be notified before re-take of iReady assessments; FCS attorney will review statues regarding notifying parent before re-administering assessments.

4. We are concerned with the lack of adequate progress monitoring and the absence of a real team approach to the program, with the Parents as equal members of the Team. This too has to end.

It was communicated parent is an equal member of the team.

5. Our concerns with the placement and program for J███ continue, even with the FINAL ORDER. FCSD's response to promptly and comprehensively altering the placement and providing the stay-put under the Court's Final Order was not adequate and we are now meeting a month after the Order.

6. We have significant concerns with the ability and willingness of FCSD to implement the FINAL ORDER. The FINAL ORDER at 22-23 requires transition, i.e., a transition plan and its implementation, back into a co-taught environment, in speech/language, 1 hour a day/5 days a week of Fast ForWord, SLP therapy 1.5 hrs a day/5 days a week, specialized specific academic instruction, 1 hr a day/5 days a week, integrated sensory processing services, collaboration with Team, (p.23-24 of Cohen Report), in OT 2 30 minutes sessions of individual therapy, 2 30 minute group therapy sessions a week, 1 30 minute consult a week, a sensory regulation program, a social skills group, 18 months (as of January 21, 2020) (now 19 months, see calculation in n. 8) of compensatory education services ("to close the achievement gap."), including ESY.

It was communicated the have been several attempts made to schedule a meeting with parent and her attorneys.

7. We have progress reports and data which show mastery of the IEP goals and objectives throughout this school year. This shows there was no behavior that would have allowed or required continued GNETS placement, but no effort was made even after trial in the documents to show attempts at appropriate, remedial or grade level academics. This should have led both GNETS and FCSD to tell both us and the Court there was no basis for continued GNETS placement, but this did not happen.



8.  One of our initial concerns was that the GNETS placement would fail J███ on his academic instruction. This has proved to be true and he has had instruction at a lower level than appropriate for 19 months. This has intentionally caused him harm.

9.  We have sought to promptly implement the Court's Order but have had additional roadblocks created against this. We have no documents which reflect any planning, or proposal, or that any thought other than "business as usual" be applied to J███ unique situation.

It was communicated it is best to meet collaboratively as a team, since the district has been accused of predetermining placement. The IEP team does not determine location; rather placement.

10.We asked for options to consider for placement as Ordered by the Court, and have been told that the sole option was Dolvin E.S. This is outrageous and shows a disregard for J███, his needs, the actions there when staff washed their hands of J███, and Abernathy said nothing there existed for him. Perhaps the latest notice and additional staff show that this position has changed. As we have identified without objection or alternative authority, this matter fits the category where location is a consideration as to FAPE and LRE.

It was communicated Dolvin is J███ homeschool. It was communicated to parent the IEP meeting would be held at New Prospect because FCS wanted to propose New Prospect as the school location during this school year, as not to interrupt J███ current educational program and plan.

11.J███ was harmed at and by his placement at Dolvin, which he remembers, his Family remembers and likely students in his classroom at the time remember. The Dolvin environment is not a place of safety, trust or stability for J███ and cannot be in good faith offered that as an appropriate location for his placement.

It was communicated Dolvin is J███ homeschool. It was communicated to parent the IEP meeting would be held at New Prospect because FCS wanted to propose New Prospect as the school location during this school year, as not to interrupt J███ current educational program and plan. Parent's attorneys are pleased New Prospect is being considered for his current educational location.

12.We have not seen an effort to ensure that J███ is promptly and timely reassigned and that the transition is implemented, including his emotional and behavioral needs. These changes will be difficult for J███, and the draft IEPs do not begin to address this issue.

13.The prior BIP was not appropriate and is no longer appropriate. Perhaps if J███ had been provided actual BCBA services at GNETS or actual behavioral supports, we could use that to redesign the plan, but this was not done.

Behavioral supports provided at GNETS through BCBA, which is outlined in the IEP. It was communicated there has been communication to meet with parent regarding behavior and academic goals. However, the team was not given the opportunity to do so but agrees both need to be developed.

14.  FCSD failed to collaborate or address movement out of the GNETS since last spring, including during the delay in the case, and at mediation, or at trial. It knew that GNETS was no longer justified months ago and transition services should have already been completed. The GNETS/North Metro criteria for release into the LRE – attainment of the behavioral goals and objectives, see North Metro and GNETS Manual, case P- 52, were met months ago. All goals were mastered in October, if not earlier. Heading into this meeting, we asked and understand from Ms. Lewis that nothing has been done. This is outrageous and will be the cause of further harm and delay.



It was communicated and agreed a meeting will be scheduled with ▮▮▮▮▮▮▮ to include general and special education teachers, and paraprofessional, to discuss present levels of performance (academics and behavior).

15.GNETS failed to provide FAPE to J▮▮. We are concerned that this is permitted by FCSD. It has also violated its own rules and procedures with J▮▮, also something FCSD has permitted.

16.We are concerned that FCSD has maintained throughout this litigation that data is the basis by which all decisions are made, yet FCSD has done nothing in light of data that shows J▮▮ should be fully integrated into a traditional educational environment, and with adequate services and supports.

17.We are concerned that FSCD will fail to create an appropriate plan or fail to implement any plan with the expectation that J▮▮▮ behaviors will recur and somehow justify FCSD's now defunct position that J▮▮ needed GNETS services.

18.We are concerned that FCSD alter its claims and services so that a full continuum of available services including itinerant, then co-taught, then IRR, then supported instruction, and supports are available rather than relying on moving a child into a GNETS program.

The court order requires Co-taught placements.

19.We are concerned with being able to safely and appropriately provide J▮▮ all the compensatory services and specialized instruction he requires.

Parent's attorneys are pleased New Prospect is being considered for his current educational location.

**Mastery level of previous goals was addressed.**
Prior to this IEP meeting J▮▮ only had behavioral IEP goals and objectives. Additional IEP goals and objectives were developed.

**Student remains eligible for special education services.**
Private IEE conducted by Dr. Tyler T. Whitney, PSY.D. on April, 2019 was reviewed. It was expressed to parent and the team to interpret CELF-5 scores with caution due to
testing administration errors and score calculation errors. He was given the Word Definitions subtests, which is not given to students until they are age 9, and he obtained a raw score above the maximum raw score of 21. Dr. Whitney did not administer enough subtests in order to generate the Core Language score, Receptive Language score, Expressive Language score, Language Content score and Language Memory score. There are other measures on the other evaluations to consider in regards to speech language concerns.

There was a diagnosis of Sensory Processing Disorder (central auditory processing disorder) and Attention Deficit Hyperactivity Disorder, combined type. Recommendations were reviewed.

The administrator Dr. Tyler T. Whitney, PSY.D. did not go further, due to knowledge of other evaluations that would be administered.



at 12:40 the IEP team reconvened with new participants joining the meeting: Mindy Cohen, SLP Private Evaluation, Kimberly Wing, OT, Private Evaluation.

Review of Private IEE Speech Language Evaluation: Mindy Cohen, SLP
Reviewed private speech-language evaluation, June, 7th, 13th, 15th, 2019.

There are concerns from the parent's attorney's with the statement in the Draft IEP Communication/Speech Language area. It was requested that the statement about the CELF-5 that states "However, according to Wing, Semel, Secord (2013), a scaled score of 7 is described as falling in the marginal/borderline/at-risk range" be removed from the present levels of performance section. It was also requested that the statement regarding the GFTA-3 that states "The error substitution of f/th and d/th are both considered a dialectal difference and not a disorder in the African American English Language (AAE) (ASHA, 1983; ASHA, 2008; Kester, 2014)" be removed as well.

There is a difference in interpretation of the court implementation and parent's attorney's would like this language removed from the IEP. The evaluation review continued and the team will address information in the IEP during that meeting.

Mindy Cohen, SLP communicated she has documentation in regards to data to support articulation difficulties as described in the report.

Clarification was asked for production of the /th/ sound. J███, although did not produce /th/ sound on Sounds in Words assessments, he is capable of producing the /th/ sound.

Clarification was asked how does J███ diagnosis play in results of the assessment. Mindy Cohen explained she made sure J███ focused and ADHD was not a factor during her assessment.

Clarification was asked in regards to J███ being able to identify letters. He was able to identify letters, November, 2018. Ms. Cohen communicated she recognized this discrepancy. The language disorder impacts his ability to read.

Eligibility Determination: The team agrees J███ remains eligible for Significant Developmental Delay (SDD). The team also agrees J███ is also eligible in new eligibility in the area of Other Health Impairment for diagnosis of Attention Deficit Hyper Activity Disorder, combined type; however, there are concerns with eligibility criteria in Speech-language impairment due to GA regulations (RTI interventions not being provided and whether there is educational impact). Parent is not in agreement to speech as a related service. The team will reconvene to discuss eligibility.

Parent concern can this discrepancy be the cause of his lack of progress. Ms. Cohen communicated language difficulties can be the cause of his slow progress on reading. He cannot visually recognize and pull from long-term memory, but he can recognize patterns. She suggests working on site word list or other methods to help assist J███ with progress in reading.

The results of the evaluation indicate a Speech Sound Disorder, Significant Mixed Receptive-expressive Language Disorder, Social Communication Disorder, Reading disorder (lacks fundamental auditory processing and phonological awareness).

Recommendations were also reviewed.



Clarification on follow-up with pediatrician. Parent communicated pediatrician stated his swallowing is fine. Parent does not notice difficulties with choking or aspiration. J███ has also not had any respiratory infections at this time.

Clarification on Dysarthria diagnosis. There is not a current medical diagnosis. Ms. Cohen communicated she used this term as a means to describe J███ needs.

Kimberly Wing reviewed her IEE OT evaluation which was conducted on 4/16/2019. J███ expressed being uncomfortable with timed conditions. He presented as being a perfectionist. He performed much better under untimed conditions.

Ms. Wing communicate it is important to note his reading ability maybe impacted by his inability to track, especially near-point.

Clarification for ADHD (anxiety) considered during evaluation. Ms. Wing communicated she did not observe ADHD and that his anxiety is related to difficulty with fine motor skills.

Ms. Wing stated on Page 8, first bullet point in the evaluation, "much more than others" should be changed and read, "more than others". Page 11 at 9:30, it should read, "One teacher and boy left the room...", not "One student and boy left the room..."

Results of the evaluation indicate weakness in vestibular processing, impacting the integration of primitive reflexes, muscle tone, balance, occular motor control, fine motor skills, processing speed, internal organization and regulation. These weakness appear to impact the development of higher level skills of attention, behavior, and social participation.

Recommendations were reviewed. It was further communicated by Ms. Wing, OT and SLP services can been conducted together.

**Goals and Objectives for the current IEP developed.**
additional goals addressing reading, speech language services, occupational therapy and behavior needs were developed.

**The Transition Plan and services are needed at this time and were discussed.**
At the 2/25/2020 IEP meeting it was discussed that a transition plan for J███ to transition from the GNETS setting to the cotaught setting was necessary and that this would be discussed with ███████ and J███ teachers and school staff including a behavior interventionist after the IEP meeting.



After the 2/25/2020 IEP meeting was concluded. On 3/4/2020 ███████ met with Gil Rodriguez, Jennifer Alexander, Emily Lamos, Samad Knight, Rafael Jordan, Laura Lamaster, Donna Paduano. At that time it was discussed that J██ will transition into the Co-Taught setting in three phases, 2 weeks at a time in each phase: (1) RE/LA and Specials (2)Sci/SS and Lunch (3) Math, Homeroom, recess and Dismissal. He already goes to General Ed Specials. The mother was concerned that J███ may not be successful if he transitions for writing in Phase 1, because writing has been a trigger for him in the past. Mr. Jordan explained that in the beginning of the year, he was less successful in writing, but that now he feels it is one of J████ stronger areas. Mr. Jordan and the General Ed teacher both explained the structure of the RE/LA block v. math instruction in their classes. The General Ed teacher explained that the RE/LA block is the most structured block. Mr. Jordan expressed concerns that J███ may have more behavioral problems in less structured times with more opportunities for triggering social interactions. We agreed that since he may have more difficulty in Recess, that transition would move to phase 3. We discussed when and how the transition would occur, the reinforcement systems in the different classrooms, and factors that still need consideration including possible future BIP changes and integrating Speech/OT. These elements were then agreed upon:

· Transition will begin as soon as the IEP is locked
· Phases will be 2 weeks each, except that J███ will not switch phases immediately after Spring Break
· J██ will go with his para to observe the classes that he will be joining for the Thursday and Friday prior to beginning that phase the following Monday
· The GNETS Social Worker (Ms. Kim) will help J███ process the transition
· J██ will receive a printout of his schedule with each change, to keep in his agenda
· J██ will begin to carry an agenda
· The point sheet/bucks system that was used in Mr. Jordan's class will continue to be in place during the transition. J███ para will review the point sheet with him and deliver the bucks contingent upon performance. J███ will continue to be able to cash in those bucks weekly for rewards, TBD, possibly including some time in Fun Friday at first with a plan to fade out.
· The General Ed teacher will also deliver her "dollars" to J███ and include him in her classroom reinforcement system.
· Mr. Jordan will consult with the new teachers to help facilitate a smooth transition (phrases used, how to manage behaviors)
· Dr. Alexander would like to review current data/performance on the point sheet to use to set initial goals for performance.
· Dr. Alexander would like to observe J███ before making any recommendations about changes to the BIP.

**Special Education and Related Services were discussed and both are necessary at the present.**
Special Education and Occupational Therapy as a related services are necessary at this time.

**Community-Based Instruction (CBI) not applicable**
J██ does not participate in Community-Based Instruction.

**Career Technology Instruction (CTI) was not applicable**
J██ does not participate in Career Technology Intervention.

**Specific Testing Accommodations discussed and will be administered with standard accommodations, consistent with the student's current classroom accommodations.**
Specific Testing Accommodations were discussed.



**The Behavior Intervention Plan (BIP) was discussed and will be developed.**
J███ currently has a Behavior Intervention Plan. This BIP will be implemented.

**Extended School Year (ESY) was discussed and is necessary this school year.**
It was discussed that J███ will be receiving Extended School Year services.

**Other comments/outcomes in the meeting:**
Team members were introduced:
████████, Parent, Rafael Jordan, Special Education Teacher, Laura LaMaster, General Education Teacher, Shelly Howman, Related Service Lead, Amy Booms Lemons, School Adminstrator, Jennifer Alexander, Comprehensive Behavior Change, Sherry Johnson, Related Service Lead, Emily Lamos, Related Service Lead, Kristal Madgett, Dolvin IST, Jaime, Uribe, Related Service Lead, Samad Knight, GNETS Site Coordinator, Samantha Lewis, Nelson Mullins, Attorney, Tris Giland, LEA, Gilberto Rodriguez, IST, Robert Abernathy, Coordinator, Aron Pollack, Occupational Therapist, Craig Goodmark and Jon Zimring, Attorneys for the family.

The purpose of this meeting is to review private IEE evalautions and determine eligibilty for special education services, review DRAFT Annual IEP, and implement the courts order.

Parent's attorneys expressed concerns about the court order being reviewed before discussing evaluations and IEP. They also communicated concerns for parent being considered as a member of the team.

FCS attorney communicated all FCS members have had opportunities to review the order of the court. Both parties requested mutual respect as the team moved forward with the meeting. Meeting agenda was presented; review of norms were reviewed. The agenda will be adjusted for members as they are available to attend.

The IEP meeting was recorded. Parent Rights were given to the parent. The parent declined a review of the Parent Rights. It was stated that the Parent Rights were complete and would be implemented.

This IEP was not finalized at the close of the IEP meeting held on 2/25/20. It is the intention of the district to continue to work with J███ family to plan for J███ transition from the GNETS program; however, additional collaboration/planning is needed as the transition has been unable to happen due to schools being closed since March 13. On 5/27/20 the district is switching electronic IEP platforms from Easy IEP to Infinite Campus. Due to this change in systems, the 2/25/20 IEP must be locked in the system or it will not be saved in the system.

**Involvement in the Regular Education Program:**

**Regular Education Classes**
J███ transition back from a GNETS special education setting was discussed. It was discussed that J███ requires a plan that will provide opportunities to communicate with J███ about new class changes, as well as J███ having clear expectations communicated (i.e. schedule, class room teachers, peers, etc.).

Clarification was needed for proposal for settlement that includes transition items that would be necessary to resolve the case.



J___ has received appropriate instruction within his current setting. His current teacher(s) will communicate with new staff about present levels of performance and other necessary information for J___ to be successful in his new placement.

Parent's attorney are asking for all meeting moving forward to include _____. Who is in charge of transition, who will collect data, expectations and management of behaviors, acceptable and boundaries of behavior, identify daily communication, academic transitions smooth, changes to accommodations for new classroom setting and teachers. Participation of Dr. Alexander to assist with BIP.

It was communicated a meeting will be scheduled with _____ to include general and special education teachers, and paraprofessional, to discuss present levels of performance (academics and behavior). Current special education teacher explained how he will communicate new changes to J___ and allow J___ to express his feelings in the class. Social worker and a graduation from the program are typically involved. The team will be able to discuss what transition will look like (over the course of the month) for J___ during this meeting. J___r will not be told about he transition until after the meeting is held. The team will communicate with parent 02/20/2020 to schedule a meeting. Parent will communicate with attorney the meeting time.

The team agrees to have further on-going communication about proposed goals and objectives and BIP. Dr. Alexander communicated she will need to observe J___ before providing recommendations.

_____ is concerned with J___ being accepted in his new setting and how staff receives him.

It was communicated J___ is very much accepted at NPES and he is loved by all adults. It was also communicated the team has anxiety with the placement recommended in the court order due to the continuum of services (immediate co-taught placement) may not be the best placement for J___ to be successful.

**Methods for notifying parents of progress (at least as often as for students without disabilities)**
Student progress will be shared with the parent through progress reports and on a regular basis.

**The IEP written today will be implemented on 02/26/2020.**
**The IEP will remain in effect until 02/24/2021. Parent was in attendance and agreed to have completed IEP sent home by the case manager. Gilberto M Rodriguez.**