## INDIVIDUALIZED EDUCATION PROGRAM (IEP)

Fulton County
6201 Powers Ferry Road NW
Atlanta, GA 30339
(404)768-3600

### SPECIAL EDUCATION INFORMATION

**Type of Meeting:** Annual Review

| | | | |
|---|---|---|---|
| **Meeting Date:** | 09/24/2020 | **IEP Implementation Date:** | 09/24/2020 |
| **IEP End Date:** | 02/24/2021 | **Most Recent Eligibility Date:** | 02/25/2020 |
| **Home School:** | Liberty Point Elementary School | **Service School:** | Liberty Point Elementary School |

**Plan Comments**

| Primary Exceptionality | Eligibility Date | Re-Evaluation Date |
|---|---|---|
| 8: Significant Development Delay | 02/25/2020 | 02/25/2023 |
| **Secondary Exceptionality** | **Eligibility Date** | **Re-Evaluation Date** |
| Y: Other Health Impairment | 02/25/2020 | 02/25/2023 |
| **Secondary Exceptionality 2** | **Eligibility Date** | **Re-Evaluation Date** |
| 3: Speech/Language Impairment | 02/25/2020 | 02/25/2023 |

### STUDENT INFORMATION

| Student's Name | Grade | Gender | DOB | GTID# |
|---|---|---|---|---|
| J███████ F███ | 03 | M | ████ | ████ |

| Street Address, City, State, Zip |
|---|
| ████████████ |

| School of Enrollment | School Telephone | Providing District # | Resident District # |
|---|---|---|---|
| Liberty Point Elementary School | (470)254-3510 | 660 | 660 |

### PARENT(S)/GUARDIAN(S)

| Parent's/Guardian's Name | Work Phone | Cell Phone |
|---|---|---|
| ████████ | | |
| **Email** | **Relationship to Student** | |
| ████████████ | Mother | |
| **Street Address, City, State, Zip** | | **Home Phone** |
| ████████████ | | ████ |

| Parent's/Guardian's Name | Work Phone | Cell Phone |
|---|---|---|
| ████████ | | ████ |
| **Email** | **Relationship to Student** | |
| ████████████ | Father | |
| **Street Address, City, State, Zip** | | **Home Phone** |
| , , | | ████ |

# EXHIBIT 3

F███, J████████                                                                                    IEP Implementation Date: 09/24/2020

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
|---|

**Results of initial or most recent evaluation and results of state and district assessments:**

February 2020:
Academic Achievement: The Kaufman Test of Educational Achievement, Third Edition (KTEA-3) was designed to measure school achievement of children enrolled in Grades 1-12. The Comprehensive Form also provides criterion-referenced assessment data to analyze the students' errors in each subtest content area. Additionally, all standard scores in both forms are set at a mean of 100, with a standard deviation of 15, to allow for comparisons between the KTEA-3 and previously obtained standard IQ scores.

J████ 2/8/19 KTEA-3 results were as follows: J████ performance on Math Concepts and Applications yielded a standard score of 106, which fell within the Average range. This subtest required J████ to orally respond to items that require applications of mathematical principles to real life situations. J████ performance on Letter & Word Recognition yielded a standard score of 87, which fell within the Below Average range. J████ was required understand phonemes presented. J████ performance on Math Computation yielded a standard score of 107 which fell within the Average range. This subtest required J████ to write answers to as many math calculation problems as possible. J████ performance on Reading Comprehension yielded a standard score of 89, which fell within Below Average range. J████ was required to read symbols, words, sentences, and passages appropriate to his grade level, and then respond to comprehension questions. J████ performance on Written Expression yielded a standard score of 75, which fell within the Low range. J████ heard a story presented with pictures in a booklet and completed the story by writing letters, words and sentences. J████ performance on Spelling yielded a standard score of 88, which fell within the Below Average range. J████ wrote single letters and spelled words dictated by the examiner.

On March 15, 2019 Mr. Jordan completed the SDQ. The results are as follows: Overall Stress: 19(Very High), Emotional Distress: 4 (Slightly Raised), Behavioral Difficulties: 4 (High), Hyperactivity and Concentration: 6 (Slightly Raised), Difficulties getting along with other children: 5 (High), Kind and Helpful Behavior: 4 (Low), Difficulties on Child's Life: 5 (Very High).

The Behavior Assessment System for Children, Third Edition (BASC-3) was administered on 10/30/2018. Mr. Jordan completed the BASC-3 Teacher Rating Scale, which resulted in the following profile: Externalizing Problems: 54 (Average), Internalizing Problems: 40 (Average), School Problems: 44 (Average), Behavioral Symptoms: 47 (Average), and Adaptive Skills: 48 (Average).

During the last comprehensive evaluation which was completed in June 2018, J████ was administered the Wechsler Preschool and Primary Scales of Intelligence, Fourth Edition (WPPSI-IV). The WPPSI-IV is used to measure the general thinking and reasoning skills of children aged 2 to 7 years. J████ Full Scale IQ score, a measure of overall intellectual ability, was in the Average range compared to other children who are 5 years and 11 months old (FSIQ = 104). J████ performance on various subtests of the WPPSI-IV suggested a pattern of cognitive strengths and weakness. Difficulties in the areas of working memory, attention and concentration may have contributed to J████ performance weaknesses on some of the subtests. In addition, administration of the Kaufman Test of Educational Achievement, Third Edition (KTEA-3) placed J████ in the Below Average range on the Academic Skills Battery Composite. The Behavior Assessment System for Children, Third Edition (BASC-3) was also completed by two teachers, along with J████ mother and his caregiver. All profiles completed placed J████ either in the Clinically Significant or At-Risk range in the areas of overall Behavioral Symptoms Index, Aggression, Internalizing and Externalizing Problems.

On the 5/18/18 completion of the Vineland Adaptive Behavior Rating Scales, Third Edition (Vineland-3) by J████ mother suggested that while J████ overall adaptive behavior is in the Average range, he demonstrated significant maladaptive behaviors such as harming himself or wandering away without regard for safety.

On 4/5/19 Tyler Whitney, Psy.D. evaluated J████. At that time J████ nonverbal IQ on the CTONI-2 fell within the average range. At that time J████ fell within the non-autistic range on the ADOS-G.

J████ i-Ready diagnostic test (12-3-19) shows J████ reading scores as follows: Overall: Grade K 418 (Scale Score) -Phonological Awarenesss: Max Score 486 (scale score)- Phonics: Grade K 410 (scale score)- High frequency words: Grade K 375 (scale score )- Vocabulary: Grade K 394 (scale score)- Comprehension Literature: Grade K 408 (scale score)- Comprehension Informational Text: Grade 1 441 (scale score).

The Fountas & Pinnell Benchmark Assessment Systems (BAS) to determine the student's independent and instructional reading levels was done on 12-17-19. He score at a instructional Level E (Grade 1) and a independent Level D (Grade 1). His previous 1/31/19 Fountas & Pinnell levels were at the Kindergarten range (Independent level A and Instructional level B).



## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

A fluency evaluation was done on 2-21-2020 indicates J█ is reading at 28 CWPM. The i-Ready diagnostic test (12-12-19) shows J█████ Math scores as follows: Overall Grade 1 427 (scale score) -Numbers and operations: Grade 1 407(scale score)- Algebra and Algebraic Thinking: Early 2 436 (scale score)-Measurement and Data: Early 2 433 (scale score)- Geometry: Mid 2 437 (scale score).

Reading/Language Arts: J███ received instruction using a combination of Fountas & Pinnell Leveled Literacy Intervention System (LLI) and Orton Gillingham. Within the LLI Program, J████ is currently reading on an Instructional Level F (grade level equivalent 1) and Independent Level E (grade level equivalent 1). Based on i-Ready assessment data, and classroom observations and data, J███ can read 20/20 Grade/Stage K sight words, 40/41 Grade/Stage 1 sight words and 7/55 Grade/Stage 2 sight words. He is also able to read beginning and ending blends, vowel endings, and decode regularly spelled one-syllable words with short vowels. J███ has been working on reading comprehension, and with support he can identify cause-and-effect relationships. J███ has worked on writing sentences that retell an event from a story.

F█, J█████████                                                    IEP Implementation Date: 09/24/2020

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
| --- |

**Description of academic, developmental and/or functional strengths:**

February 2020: J█████ i-Ready diagnostic test (12-3-19) shows J█████ reading scores as follows: Overall: Grade K 418 (Scale Score) -Phonological Awarenesss: Max Score 486 (scale score)- Phonics: Grade K 410 (scale score)- High frequency words: Grade K 375 (scale score )- Vocabulary: Grade K 394 (scale score)- Comprehension Literature: Grade K 408 (scale score)- Comprehension Informational Text: Grade 1 441 (scale score). The most recent Fountas & Pinnell Benchmark Assessment Systems (BAS) to determine the student's independent and instructional reading levels was done on 12-17-19. He score at a instructional Level E (Grade 1) and a independent Level D (Grade 1). His previous 1/31/19 Fountas & Pinnell levels were at the Kindergarten range (Independent level A and Instructional level B). The fluency evaluation was done on 2-21-2020. J█ is reading at 28 CWPM. The i-Ready diagnostic test (12-12-19) shows J█████ Math scores as follows: Overall Grade 1 427 (scale score) -Numbers and operations: Grade 1 407(scale score)- Algebra and Algebraic Thinking: Early 2 436 (scale score)- Measurement and Data: Early 2 433 (scale score)- Geometry: Mid 2 437 (scale score).

Reading/Language Arts: J████ is currently receiving instruction using a combination of Fountas & Pinnell Leveled Literacy Intervention System (LLI) and Orton Gillingham. Within the LLI Program, J██ is currently reading on an Instructional Level F (grade level equivalent 1) and Independent Level E (grade level equivalent 1). Based on i-Ready assessment data, and classroom observations and data, J█████ can read 20/20 Grade/Stage K sight words, 40/41 Grade/Stage 1 sight words and 7/55 Grade/Stage 2 sight words. He is also able to read beginning and ending blends, vowel endings, and decode regularly spelled one-syllable words with short vowels. J███ is currently working on reading comprehension, and with support he can identify cause-and-effect relationships. J████ is currently working on writing sentences that retell an event from a story.

Math: J███ is following the general curriculum for 2nd grade math utilizing accommodations and modifications. J███ can read and write numbers up to 1,000 using number words, standard form, and expanded form. He understands place value for numbers up to 3 digits. J████ can skip count by 5, 10, & 100 and compare 3-digit numbers using greater than/less than/equal to symbols. J███ is also able to create and analyze picture graphs, bar graphs, and line plots for 4 categories of data. J███ can also add and subtract three digit numbers with regrouping. Currently J████ is working on recognizing and drawing shapes with specified attributes, such as a given number of angles or a given number of equal faces. He is also working on Identifying triangles, quadrilaterals, pentagons, hexagons, and cubes.

Science: J███ is following the general curriculum for Science with accommodations and modifications. So far this year J████ has learned about the properties of matter and the property changes that can occur. He is currently working on the phases moon, the stars, the sun, day and night and seasons.

Social Studies: J█████ is following the general curriculum for Social Studies utilizing accommodations and modifications. So far this year, J████ has learned about the topographical features of Georgia and the Georgia regions and rivers. We will be introducing next the lives and contributions of Jackie Robinson, Juliet Gordon and Jimmy Carter.

September 2020:

Assessment date: 8/21/2020
Reading
J████ is currently receiving instruction using a combination of Fountas & Pinnell leveled Literacy Intervention and Lucy Caulkins reading units of study. According to his most recent I-Ready assessment scores J█████ scored an overall score of 549. This score puts him at a level of mid 3rd grade overall.

Phonics:
This domain focuses on how accurately students decode written words. J████ has demonstrated accuracy in decoding and is exempt from taking this sub-test.

High-Frequency Words: This domain addresses how well students recognize frequently occurring words. J████ has demonstrated accuracy and is exempt from taking this sub-test.

Phonological Awareness:
This domain is focused on how students distinguish the sounds (or phonemes) in spoken words. Based on testing results, J███ has demonstrated the ability to distinguish individual sounds in spoken words and is exempt from taking the Phonological Awareness sub-test.

F█, J█████████████    IEP Implementation Date: 09/24/2020

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Since entering the URL environment,  at Liberty Point ES, J███ has worked hard to remain in good standing concerning his academics.   He enjoys listening to stories being read to him and is able to answer questions from comprehension after being read to.  He enjoys math and is eager to participate during our small group math sessions.  Our writing small group sessions are the most challenging for J███ and we are working to improve those sessions by offering small breaks and counting strategies, just to give him a breather and allow the sessions to become less stressful for him.  J███ is receiving instruction in Science and Social Studies following the 3rd grade curriculum.  He enjoys those subjects and is maintaining good standing in each.  He has recently learned about the Georgia Regions.

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

**Description of academic, developmental and/or functional needs:**

February 2020:
J████ i-Ready diagnostic test (12-3-19) shows J████ reading scores as follows: Overall: Grade K 418 (Scale Score) -Phonological Awareness: Max Score 486 (scale score)- Phonics: Grade K 410 (scale score)- High frequency words: Grade K 375 (scale score )- Vocabulary: Grade K 394 (scale score)- Comprehension Literature: Grade K 408 (scale score)- Comprehension Informational Text: Grade 1 441 (scale score). The Fountas & Pinnell Benchmark Assessment Systems (BAS)used to determine the student's independent and instructional reading levels was done on 12-17-19. He scored at an instructional Level E (Grade 1) and a independent Level D (Grade 1). His previous 1/31/19 Fountas & Pinnell levels were at the Kindergarten range (Independent level A and Instructional level B). The fluency evaluation was done on 2-21-2020. J████ is reading at 28 CWPM. J████ i-Ready diagnostic test (12-12-19) shows J████ Math scores as follows: Overall Grade 1 427 (scale score) -Numbers and operations: Grade 1 407(scale score)- Algebra and Algebraic Thinking: Early 2 436 (scale score)- Measurement and Data: Early 2 433 (scale score)- Geometry: Mid 2 437 (scale score).

Reading/Language Arts: J████ received instruction using a combination of Fountas & Pinnell Leveled Literacy Intervention System (LLI) and Orton Gillingham. Within the LLI Program, J████ was reading on an Instructional Level F (grade level equivalent 1) and Independent Level E (grade level equivalent 1). Based on i-Ready assessment data, and classroom observations and data, J████ was able to read 20/20 Grade/Stage K sight words, 40/41 Grade/Stage 1 sight words and 7/55 Grade/Stage 2 sight words. He was also able to read beginning and ending blends, vowel endings, and decode regularly spelled one-syllable words with short vowels. J████ worked on reading comprehension, and with support he can identify cause-and-effect relationships. J████ worked on writing sentences that retell an event from a story.

Math: J████ is followed the general curriculum for 2nd grade math utilizing accommodations and modifications. J████ can read and write numbers up to 1,000 using number words, standard form, and expanded form. He understands place value for numbers up to 3 digits. J████ can skip count by 5, 10, & 100 and compare 3-digit numbers using greater than/less than/equal to symbols. J████ is also able to create and analyze picture graphs, bar graphs, and line plots for 4 categories of data. J████ can also add and subtract three digit numbers with regrouping. J████ is working on recognizing and drawing shapes with specified attributes, such as a given number of angles or a given number of equal faces. He is also working on Identifing triangles, quadrilaterals, pentagons, hexagons, and cubes.

Science: J████ is following the general curriculum for Science with accommodations and modifications. So far this year J████ has learned about the properties of matter and the property changes that can occur. He is currently working on the phases moon, the stars, the sun, day and night and seasons.

Social Studies: J████ is following the general curriculum for Social Studies utilizing accommodations and modifications. So far this year, J████ has learned about the topographical features of Georgia and the Georgia regions and rivers. We will be introducing next the lives and contributions of Jackie Robinson, Juliet Gordon and Jimmy Carter.

ESY 2020:
The ESY teachers Ms. O. Thomas and R. Clayton made the following statements on the ESY Progress Report:
It was a pleasure working with J████. He is very smart and funny. I got his best work in the morning as the afternoon sessions were more difficult for him. A lot of J████ reading deficits come from his lack of focus and frustration. I notice that when he is motivated and focus, he does so much better with his reading. He tends to get his "b" and "d" mixed up and has trouble with sound blends such as: sh, ch, qu, ing, er, and many more. This makes it harder for him to decode. If I show him the blend, he will know the sound a little easier than seeing it in a word and having to decode and put all the sound together to make a word. He was a perfect candidate for remote learning. He was independent with his computer, although typing on his computer was a bit frustrating for him. He knew how to share his screen and all the websites and logins to access his work. Overall, his behavior was good. He did sometimes get distracted, ask when we were going to be done many times, and got frustrated but it was nothing major and nothing a good behavior contract can't handle. Behavior contract would work great for him because he is aware enough to track his own behavior and thus have more control in self-managing it. He loves to do well. When he did well at his sessions, he was so proud of himself and happy that he did good. Next steps would be to continue working on blend sounds and strategies to decode words.

July – Ms. Clayton - J████ has a wonderful sense of humor! It has been a pleasure working with him and his family this summer! J████ is a good reader, he has a good grasp of phonics, blends & syllables. When working with J████ on decoding I noticed that he would become frustrated when I would not provide him with the word. J████ would become more frustrated as I continued to offer him prompts and cues on the word. Another decoding obstacle that J████ faces is being able to focus and listen to the teacher's question, rather than stating his opinion in frustration. J████ exceled in define the word with fill in

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
|---|

the blank. Throughout our time together, when J███ would become frustrated, he would independently verbally express his emotions to me; with even a follow up as to what he liked and did not like in length and details. This expressive language is awesome!

ESY Data:
Objective 1: When presented with a reading passage at his instructional level (F&P level F), J███ will independently read and answer multiple choice comprehension questions related to the passage.
Final ESY Progress: 6/5: 73%  6/12: 64% 6/19: 80% 6/26: 76% 7/9/2020: 80% on comp. questions. 7/17/2020: 100% on comp. questions. 7/24/2020: 100%

Objective 2: J███ will read 32 additional sight words at his instructional level using an appropriate reading program.
Final ESY Progress: 6/5: 78% 6/12: 59% 6/19: 75% 6/26: 75% 7/9/2020: 35 sight words.  7/17/2020: 34 sight words 7/24/2020: 32 sight words

Objective 3: When provided with a list of 10 one- and two-syllable words, J███ will decode and read each word.6/5: 45% 6/12: 75%  6/19: 47.5 6/26: 75%
Final ESY Progress: 7/9/2020: 60%. 7/17/2020: 70%. 7/24/2020: 70%

Objective 4: When provided with 5 new words weekly, from an appropriate instructional material, J███ will define the word with fill in the blank or multiple-choice format.
Final ESY Progress: 7/9/2020: 100%. 7/17/2020: 80%. 7/24/2020: 80%

Objective 5: When provided with a reading passage at his instructional level, J███ will improve his reading fluency from a baseline of 28 correct words per minute (CWPM) to 40 CWPM
Final ESY Progress: 7/9/2020: 35 CWPM. 7/17/2020: 34 CWPM. 7/24/2020: 29 CWPM

Objective 5: When provided with a reading passage at his instructional level, J███ will improve his reading fluency from a baseline of 28 correct words per minute (CWPM) to 40 CWPM
Final ESY Progress:  7/9/2020: 35 CWPM. 7/17/2020: 34 CWPM. 7/24/2020: 29 CWPM

September 2020:
Reading/Language Arts: Based on most recent  assessment and classroom data, J███ needs to continue working to increase the number of sight words he is able to identify and read and continue working to improve his academic and domain specific vocabulary.

Math:
Assessment Date: 8/26/2020
J███ is currently following the general curriculum for 3rd grade math.  His most recent I-Ready Assessment score is 422. This puts him in the instructional range of grade 2. Test results suggest that J███ would benefit from intervention focused on skills and concepts related to quantitative reasoning and representation. Instruction that connects understanding of number relationships with computation and problem solving skills will strengthen J███ math abilities across domains. This priority places J███ in Instructional Grouping Profile 2.

Number and Operations: At placement levels K-2 this domain addresses counting, the base-ten number system, and the operations of addition and subtraction. Test results indicate that J███ may need practice working with ordering, adding, and subtracting numbers having up to three digits.

Algebra and Algebraic Thinking:  He scored at grade 2 level (416). At placement levels K-2 this domain addresses skip-counting, fact families, and using equations to solve addition and subtraction problems. Test results indicate that J███ will benefit from review of subtraction, basic multiplication concepts, and selecting the proper operation to solve mathematical and real-world problems.

F█, J█    IEP Implementation Date: 09/24/2020

| **PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE** |
|---|

Measurement and Data:  He scored at the grade 2 level (437)  At placement levels K-2 this domain addresses the concept of measurement units, especially for length and time. It also includes showing data on simple graphs. Results indicate J█ may benefit from additional practice with measurement and data skills related to time, money, units of length,and bar graphs.

Geometry:  He scored at the grade 2 level (413) At placement levels K-2 this domain addresses attributes of basic two- and three-dimensional shapes, relationships between shapes, and simple geometric terms. Test results indicate that J█ may benefit from review of comparing attributes of solid figures and exploring halves, thirds, and fourths in circles and rectangles.

Reading:
Vocabulary:  He scored in the range of Grade 2 (493).  Both word knowledge and word-learning strategies are addressed in this domain. J█ needs instruction and practice in more words, particularly vocabulary used in literature and in content area texts such as science, social studies, and math. This student should also receive further instruction and practice with synonyms and antonyms as well as prefixes un-, re-, pre- and suffixes -tion, -sion, -ion, -or/er, -ful, -less.

Reading:
Schools were closed beginning 3/11/20 due to COVID19.  During the Spring Universal Remote Learning setting, J█ was supported within the Team-Taught setting (out of GNETS) at that time with additional support from his Categorical Paraprofessional.  During that time using 2nd grade reading selections (Level K within Reading A-Z) J█ used a computer device to draw images based on descriptors within the stories.  J█ demonstrated learning new words by identifying, writing, typing, spelling and reading the words aloud.  On 4/24/20 J█ was able to read 22/23 single syllable sight words.  On 5/4/20 J█ was able to retell a 2nd grade Level K story using emojis and verbally retelling the story.

Math:
During the Spring 2020 Universal Remote Learning setting, J█ was supported within the Team-Taught setting (out of GNETS) at that time with additional support from his Categorical Paraprofessional.  During that time, J█ worked on solving multi-step word problems using addition and subtraction, even and odd numbers, addition and subtraction with regrouping, and using repeated addition and arrays as a precursor to multiplication.

**Parental concerns regarding their child's education:**
█ parent concerns have been included in J█ educational records. The IEP team addressed the following parent concerns:

Language Arts & Reading Assessments: █ indicated that she wants J█ to receive instruction to address his reading deficits. She inquired about programs in reading. After some collaboration, it was suggested that J█ reading deficits be addressed during the small group lesson in reading.

J█ schedule of services during Remote Learning: █ inquired about J█ being pulled during his reading and math instruction for his speech and OT services. She stated that these area areas of weaknesses and would prefer him not to miss those classes. The service providers for speech and OT indicated that they would work to comply with the request.

Instruction and Accommodations: █ asked that the word lists be sent home and accessible to her and J█. Ms. Bindon stated that she would send home the word lists.

Speech/Language Instruction: █ reports that J█ is not receiving speech to address his misarticulation of "th". She reports being told that this misarticulation is dialectical.  Mrs. Hodge reported that all of J█ misarticulations to include the "th" sound are being address in speech therapy.

**Impact of the disability on involvement and progress in the general education curriculum (for preschool, how the disability affects participation in appropriate activities):**
J█ continues to display severe developmental delays and meets eligibility criteria for Other Health Impairment due his diagnosis of Attention Deficit Disorder, combined type. J█ further displays speech and language difficulties due to a mixed receptive and expressive language disorder, social communication disorder and articulation deficits. These difficulties impact J█ ability to regulate his emotions and be successful within the regular education classroom without support.

F███, J███████████████                                    IEP Implementation Date: 09/24/2020

| **PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE** |
|---|

**Does the student have needs related to their disability in the area of Communication/Speech Language?**          ☒ Yes   ☐ No

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
|---|

*If yes, describe Strengths and Weaknesses:*

In the area of Language:

Objective 1: When presented with a social scenario or short story with a problem, J___ will verbally identify the problem with 80% accuracy across 3 sessions.
ESY/Speech Language Data 6/2020: When presented with a social scenario or short story with a problem, J___ will verbally identify the problem with 65% accuracy given a field of 3 options or 1-2 verbal prompts.  9/18/2020: When presented with a social scenario or short story with a problem, J___ verbally identifies the problem with at least 80% accuracy across 3 out of 3 sessions, with an average of 100% accuracy, given 1-2 verbal prompts.

Objective 2: When presented with a social scenario or short story with a problem, J___ will provide one plausible solution to the problem with 80% accuracy across 3 sessions.
ESY/Speech Language Data 6/2020: When presented with a social scenario or short story with a problem, J___ will provide one plausible solution to the problem with 54% accuracy a field of 2-3 options. 9/18/2020: When presented with a social scenario or short story with a problem, J___ provided a plausible solution with at least 80% accuracy across 1 out of 3 sessions, with an average of 55% accuracy, given 1-2 verbal prompts.

Objective 3: J___ will maintain the topic of conversation over 3 conversational loops with a peer by asking a question and making a comment; 80% over three sessions.
This objective was not reported to be addressed during Spring 2020 Remote Learning or Summer 2020 Extended School Year (ESY). Currently, as of 9/18/2020 J___ has been introduced to the 'Conversational Stoplight' visual representation, learning how to stop, wait, and speak. We have currently been using visuals (i.e. pictures, arrows, stoplight poster) to help demonstrate turn taking in our therapy sessions when speaking with a peer. J___ has maintained the topic of conversation over 3 conversational loops with the following accuracies: 100% verbal given cues; 67% independently; 67% given one verbal cue. It has been noted that J___ typically participates in 3 or more conversational loops with the SLP when the adult initiates the conversation, or when J___ initiates the conversation with a topic of his preference (i.e. video games, video game characters, plushies).

Objective 4: J___ will orient his body toward the speaker and/or listener using whole body listening (e.g., body in group, body facing speaker, looking toward the speaker, thinking about what is said) in a conversation or structured speech activity; 3/4 observable opportunities each reporting period.
This objective was not addressed during Spring 2020 Remote Learning or Summer 2020 ESY. Prior to J___ starting at Liberty Point Elementary School, this objective was not included in his current Remote Learning Contingency Plan due to nature of this objective; it's difficult to obtain accurate data in the virtual medium.

Objective 5: When presented a picture of a social scenario or story, J___ will make a smart guess about what the person might be thinking, feeling, or saying (e.g., reading verbal/non-verbal cues–facial expressions) given verbal and visual prompts.
ESY/Speech Language Data 6/2020: When presented a picture of a social scenario or story, J___ makes a smart guess about what the person might be thinking, feeling, or saying (e.g., reading verbal/non-verbal cues–facial expressions) with 80% accuracy given 1 verbal and 1 visual prompt as appropriate. He identified non-verbal cues (body language) with 65% accuracy given a verbal prompt and a visual prompt. 9/18/2020: When presented with a picture of a social scenario or story, J___ independently makes a smart guess about what the person might be thinking, feeling, or saying (e.g., reading verbal / nonverbal cues-facial expressions) with at least 80% accuracy across 2 out of 3 sessions, with an average of 67% accuracy.

Objective 6: When given a graphic organizer J___ will describe objects using 4 descriptors (e.g., category, function, parts, and appearance) with 80% accuracy, across 3 sessions.
Speech/Language Remote Learning Data: 4/2020-5/2020: He was able to use 4 descriptors on 3/3 trials.  He did require verbal cues for 1-2 attribute categories per trial.  9/18/2020: When given a graphic organizer, J___ describes objects using descriptors (e.g., category, function, parts, and appearance) with at least 80% accuracy across 3 out of 3 sessions, with an average of 83% accuracy, given 1-2 verbal prompts refer to his graphic organizer.

Objective 7. J___ will retell a short story including beginning, middle, end and provide 3 key details; 80% accuracy over 3 sessions.
Per J___ progress from 5/20/2020, it was reported that he was able to retell a story to include a clear beginning/middle/end with key details. Currently, as of 9/18/2020 J___ has been able to retell a story using pictures with 100% accuracy; verbally using a graphic organizer (visual) with 0% accuracy. It was reported that J___ was able to recall events from the story presented when given verbal support from the SLP.

F█, J███████████                                                    IEP Implementation Date: 09/24/2020

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
|---|

In the area of Articulation:

Objective 1. J███ will produce correctly produce the /r/ phoneme in all word positions at the sentence level with a model and 1 verbal cue (placement); 80% accuracy over 3 sessions
Per J█████ progress from 5/20/2020, it was reported that the production of the /r/ sound (vocalic-r and r-blends) was initiated at the end of remote learning, but not enough data collected to report. Currently, as of 9/18/2020 J███ has produced the /r/ in words at the sentence level with following accuracy: initial 100%, medial 100%, final 100%.

Objective 2. J███ will correctly produce /r/ blends in all positions of words at the sentence level; 80% over 3 sessions
Per J█████ progress from 5/20/2020, it was reported that the production of the /r/ sound (vocalic-r and r-blends) was initiated at the end of remote learning, but not enough data collected to report. Currently, as of 9/18/200 J███ has not targeted this objective specifically. It was planned to target on our 9/16/2020 session; however, we has several disruptions and were not able to target this objective.

Objective 3. J███ will correctly produce the /th/ sound in all word positions at the sentence level with a model and 1 verbal cue (placement); 80% accuracy over 3 sessions
Per J█████ progress from 5/20/2020, it was reported that he was able to correctly produce the /th/ in all position of words (initial and final position 90% and medial position 60%). Per J█████ progress from his ESY, June, 2020, it was reported that given a verbal prompt and visual prompt when needed, J███ correctly produces the /th/ sound in all word positions in structured sentences with the following accuracies: 'th' initial structure sentences = 80%, 'th' in final position of words in structured sentences = 58% accuracy. J███ produces /th/ in the medial position of words with 60% accuracy given a verbal and visual prompt. Currently, as of 9/18/2020 J███ has produced the 'th' sound in words at the sentence level with the following accuracy: initial 100%, medial 100%, final 100%.

Objective 4. J███ will produce grade level multi-syllabic words in isolation and phrases with a model and 1 verbal cue; 80% accuracy over 3 sessions.
In the spring, during remote learning, it was reported that J███ worked on 3-syllable words in single words and phrases. His accuracy level was 90% for both words and phrases. Currently, as of 9/18/2020 J███ has independently produced multiple syllable words in sentences and in conversation during several sessions. During one of our first sessions, he expressed 'pandemic' and struggled to pronounce 'disinfectant' (1/2 documented opportunities). During other documented sessions, he has independently used: 'animatronics, created, illusion, character, eternity.' From observation, J███ has not appeared to struggle with multiple-syllable words with the exception of one documented

**Does the student have needs related to their disability in the area of Vision?**                ☐ Yes  ☒ No

**Does the student have needs related to their disability in the area of Hearing?**               ☐ Yes  ☒ No

**Does the student have needs related to their disability in the area of Health/Medical?**         ☒ Yes  ☐ No

*If yes, describe Strengths and Weaknesses:*
February 2020: According to the social history on February 3rd 2019, J███ is currently taking concerta and clonidine.

**Does the student have needs related to their disability in the area of Sensory/Motor?**          ☒ Yes  ☐ No

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

*If yes, describe Strengths and Weaknesses:*

February 2020:
J___ is sensitive to loud sounds, but successfully uses noise cancelling headphones independently.

From Private OT evaluation 04/16/2019 Sensory regulation presents as problematic for J___, demonstrating both a high and low threshold for input within the home environment. This is an environment where he feels safe, and more likely to demonstrate all aspects of his regulation. With the high threshold for input J___ is likely to have low tone and fatigue easily, have difficulty finding things from a busy environment, notice all that is going on around him, distractibility, jump from one thing to another, and have a strong preference for certain foods. The low threshold J___ experiences appears to be more significant, noted by his cautiousness, avoidance, sensitivity to input, emotional reactions, heed for predictability, and tendency to quickly mover through, "fright, flight and fight". When he becomes overwhelmed, frustrated or uncertain, he will over react as a method of self preservation. Based on the School Companion, it appears that overtime teachers have learned to understand J___ triggers and have been able to adapt the environment, tasks and situations to allow him to predict outcomes more successfully as well as to implement strategies for improved behavioral responses, such as the reward system in conjunction with self regulatory strategies. The dysregulation J___ demonstrates, with a low threshold for input, appears to be due to his need for external organization, predictability and routine. When things don't go as he expects he will likely over react, such as with transitions, new situations, changes in his routine, etc. He appears to be a "perfectionist", needing to predict his success and control over his environment. It will be important for those working with J___ to understand his need for the external organization and to provide it for him in various ways so that he is able to predict outcomes. Teaching him strategies to deal with unexpected situations will be helpful so that he has a predictable manner to explore the unpredictable. The aggressive and impulsive behaviors he is reported to demonstrate at school appears to be due in part to the discrepancy between his cognitive potential and the inefficient organization of his body for motor output, resulting his frustration and learned behaviors to avoid the tasks and situations which he finds to be threatening. In order for J___ to feel "safe" and to predict his environment, he has developed a repertoire of learned behavioral reactions to avoid the potential for the threatening situations. It appears that his teachers have learned to "read" his body language and to prepare J___ and the environment for predictability and success. J___ demonstrates several residual reflexes which are likely to interfere with his motor patterns, efficient motor actions, posture, crossing his midline, anxiety, and behavior. He was observed to use an inefficient motor approach to writing, using bottom up and segmentation, which will impact his control and automaticity for writing. The residual reflexes J___ demonstrates impact the volitional control of movement patterns. His Moro and Tendon Guard Reflexes will result in him being "on guard" especially with tasks which he perceives as difficult or unfamiliar, and at times resulting in avoidance either verbally or physically as well as a need for control. In conjunction with his vestibular based weakness, J___ will tend to be in a state of "fright, flight or fight" in order to feel safe and have his world predictable. The discrepancy between J___ apparent perceptual and cognitive potential and his fine motor precision and manual dexterity, is likely to result in frustration and avoidance. He will tend to seek out what feels good to him and avoid that which is difficult.

ESY(June 2020)

J___ was seen for virtual OT sessions using the TEAMS platform during the ESY period. His mother was present during all sessions. He attended each scheduled virtual session without difficulty. J___ was able to form the given lowercase letters with legible formation upon request, without a model. J___ requires visual prompts to correct reversals of the following letters "p, d, b,6, 9." J___ required occasional prompting for attention to the baseline and letter size. When prompted to self-edit, J___ was able to correct placement errors. J___ required step by step prompting to spell words correctly. When given a visual model, he was noted to copy simple sentences and words with 50% accuracy. J___ was able to form each lowercase letter legibly using a variety of mediums including shaving cream, pencil &paper, and dry erase board and marker. J___ responses well to a series of sensory prep activities including student yoga, range of motion exercises, and a series of tactile sensory opportunities.

Objective 1: J___ will form lower case letters a,o,g,b,d,n,r with top down formation, Work Sample : Twice a Week 80% of trials for each letter

Final ESY Progress:

a: 100% accuracy b: 100% accuracy r: 100% accuracy 9: 100% accuracy

o: 100% accuracy d: 100% accuracy 6: 75% accuracy

g: 100% accuracy n: 100% accuracy 8: 100% accuracy

Objective 2:

J___ will accurately identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when in a regulated state 2 times each day. Data Collection 2 times each day

Final ESY Progress: 100% accuracy.

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

Objective 3:
J███ will identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when behavior escalates, 80% of trials during observable opportunities. Data Collection 80% of trials during observable opportunities.
Final ESY Progress: No data to report. There were no instances of escalating behavior during the ESY period
09/2020- Student has identified his feelings when

Objective 4:
J███ will select a strategy to self regulate, with two teacher prompts when his behavior escalates, 80% of trials during observable opportunities. Data Collection 80% of trials during observable opportunities.
Final ESY Progress: No data to report. There were no instances of escalating behavior during the ESY period.

Objective 5
After selecting a strategy for self regulation when his behavior escalates, J███ will implement strategy with no more than two verbal prompts, 80% of trials during observable opportunities, Data Collection 80% of trials during observable opportunities.
Final ESY Progress DATA Points:
100% accuracy; J███ was able in select the strategy of deep breathing and counting to 10 after expressing frustration with the presented task.

September 2020:
Overall, J███ copies letters a, o, g, b, d, n, and r using a top down formation with 24% accuracy. Specifically, he demonstrated 29% accuracy with the letter a; 0% accuracy with letters o, g, and n; 67% accuracy with the letter b; 100% accuracy with the letter d; and 25% accuracy with the letter r. J███ requires verbal and visual cues to start his letters at the "top."

J███ copies numbers 6, 8, and 9 using top down formations with 67 % accuracy. Specifically, he demonstrated 100% accuracy with number 6 and 8, but 0% accuracy with the number 9. He requires verbal and visual cue to start the number 9 for the top.

**Does the student have needs related to their disability in the area of Daily/Living Skills?**    ☐ Yes   ☒ No

**Does the student have needs related to their disability in the area of Emotional/Social/Behavior?**    ☒ Yes   ☐ No

| PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE |
|---|

*If yes, describe Strengths and Weaknesses:*

February 2020:

J█████ comes in every day ready to learn. He has made friends and engages with same aged peers. He is currently following a very structured work break schedule and he is very invested in our classroom token economy. J████ has made progress with all of his behavioral objectives. He is following directions with one verbal prompt at an average 93% of the time and he is responding appropriately to peers 97% of the time. J████ has exhibited physical aggression/property destruction an average of 12 times per day from 1/06/2020 to 2/13/2020. From Private OT evaluation 04/16/2019 Interpretation of Results: J████ was referred for an independent occupational therapy evaluation due to concerns with his behavior at school. He presented as a wonderful young man during the two hour evaluation. He attended well to all tasks presented, with good focus and posture. He was observed to be somewhat cautious, needing to predict his success with tasks, and verbalizing his dislike of being timed. He was able to easily follow 2-3 step instructions with minimal redirection or explanation. J████ demonstrated slow processing speed, requiring more time to complete tasks at the level he expects of himself. He transitioned well from one task to the next throughout testing, but noted to need closure to tasks. J██████ eye contact was fleeting and he did not tend to initiate conversation. The classroom observation was completed over a 2 ½ hour period. During that time it was observed that there was predictable structure and routine in the classroom, which J████ sought out and responded well to. He received 1:1 as well as small group instruction. He demonstrated good insight and understanding of the material, beyond what his classmates exhibited. His processing speed for written work appeared somewhat slow, due to his need for "perfection" as well as closure. J████ demonstrated some frustration when he noted the discrepancy between the schedule on the board with words. and pictures and the responses of the other boys, but was able to obtain closure when Mr. Jordan noted that the pictures were inaccurate. He also was frustrated with the boy to his right when working in the group, as the boy appeared to impinge on J████ space and need for predictability with the colored pencils. This was easily addressed by having the other boy move further to the right.

J███ can be easily angered and/or frustrated when things don't go his way or he perceives that things are too hard. When this happens, he can engage in work refusal, active defiance, property destruction and physical aggression. J████ needs to continue working on reducing the frequency of aggressive behaviors and property destruction. According the results of the functional analysis, J████ problem behavior (physical aggression and property destruction) is maintained by (a) negative reinforcement in the form of escape from demands, (b) negative reinforcement in the form of escape from interruption of ongoing activities, and (c) positive reinforcement in the form of access to preferred items/activities.


ESY 2020:

Objective 1 J████ will reduce aggressive behaviors to 0 incidents per day for 6 consecutive weeks.
Final ESY Progress: (as stated by mom). 7/9/2020: J████ displayed aggressive behaviors 1-2 times per week (as stated by mom). 7/17/2020: J████ displayed aggressive behaviors 1-2 times per week (as stated by mom). 7/24/2020: not physically aggressive (as stated by mom).
09/2020- 1 observable occurrence; average 0.07x/day.

Objective 2:J████ will reduce property destruction to 0 incidents per day for 6 consecutive weeks.
Final ESY Progress: 7/9/2020: no property destruction - mom stated this behavior only happens at school. 7/17/2020: no property destruction - mom stated this behavior only happens at school. 7/24/2020: this only happens at school (as stated by mom).
09/2020- 1 observable occurrence; average 0.07x/day.

Objective 3 J████ will accurately identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when in a regulated state 2 times each day.
Final ESY Progress: 7/9/2020: 100%.  7/17/2020: 100%. 7/24/2020: 100%
09/2020- J████ has identified his feelings in a regulated state an average of 2.46x/day.

Objective 4: J████ will identify his feelings including happy, sad, angry, frustrated, calm, tired frustrated when behavior escalates, 80% of trials during observable opportunities.
Final ESY Progress:7/9/2020: 100%.  7/17/2020: 100%. 7/24/2020: 100%
09/2020- J████ has identified his feelings when behavior escalates for an average of 79.17% of opportunities per day.

Objective 5 J████ will select a strategy to self regulate, with two teacher prompts when his behavior escalates, 80% of trials during observable opportunities.
Final ESY Progress: 7/9/2020: when given options J████ will pick (as stated by mom).  7/17/2020: when given options J████ will pick (as stated by mom). 7/24/2020: 80% (as stated by mom).

F___, J_____                                                    IEP Implementation Date: 09/24/2020

---

## PRESENT LEVELS OF ACADEMIC ACHIEVEMENT AND FUNCTIONAL PERFORMANCE

09/2020- average 29.17% of observable opportunities per day.

Objective 6:After selecting a strategy for self regulation when his behavior escalates, J___ will implement strategy with no more than two verbal prompts, 80% of trials during observable opportunities.
Final ESY Progress: 7/9/2020: 90% (as stated by mom).  7/17/2020: 90% (as stated by mom. 7/24/2020: 80% (as stated by mom).
09/2020- average 100% of observable opportunities per day.

September 2020
J___ tries very hard, although, sometimes he may be distracted by other factors unavoidable in the remote environment. He is uncomfortable with being in the spotlight in large group activities and we have tried to minimize that by having his own chat channel to help him communicate his wants and needs.

**Does the student have needs related to their disability in the area of Physical (fine/gross) Motor?**    ☒ Yes    ☐ No

*If yes, describe Strengths and Weaknesses:*
February 2020:
Current classroom writing samples show adequate spacing, maintenance of horizontal line even without drawn lines, legibility to an unfamiliar reader, and overall neatness. Student is able to draw a person with substantial detail including laugh lines, a variable hairline, reciprocal arm and leg movement with predictive sequencing for the next step and perspective. He is able to write words in the appropriate space in a quote box when drawing. Student writes from bottom to top.

From Private OT evaluation 04/16/2019 Fine motor skills were observed to be problematic for J___, as noted with manual dexterity, strength, bilateral coordination, and motor accuracy. He appears to know what the outcome needs to be, but considerable difficulty organizing his hands for an efficient approach and control to produce what he expects, and requiring more processing time to complete the task at the level he is capable. When writing he was also noted to use an inefficient approach to letter formation, with formation bottom up, which may cause difficulty as the writing tasks increase. The school assessment stated appropriate letter formation, however, J___ demonstrates a bottom up approach to writing most of his letters, which is inefficient, especially when more writing will become expected of him. The bottom up approach also indicates lack of reflex integration and interhemispheric organization. Recent classroom work samples show handwriting formation errors which impact individual letter legibility for the lower case letters a, o,g b,d,n,r and numbers 6,9, 8. He reversed the lower case h three times on one work sample.

---

## CONSIDERATION OF SPECIAL FACTORS

**Does the student have behavior which impedes his/her learning or the learning of others?**    ☒ Yes    ☐ No

*If yes, consider the appropriateness of developing a Behavior Intervention Plan.*
J___ has a history of displaying aggressive behavior and engaging in property destruction which impedes his learning.

**Behavior Intervention Plan developed?**    ☒ Yes    ☐ No

*Refer to Behavior Intervention Plan for additional information.*
J___ has a revised Behavior Intervention Plan dated 03/16/2018.

**Does the student have limited English proficiency?**    ☐ Yes    ☒ No

**Does the student have blindness/visual impairment?**    ☐ Yes    ☒ No

**Does the student have communication needs?**    ☒ Yes    ☐ No

*If yes, consider the communication needs and describe below.*
J___ communication needs will be address through the IEP goals and objectives.

**Is the student deaf or hard of hearing?**    ☐ Yes    ☒ No

**Does the student need assistive technology devices or services?**    ☐ Yes    ☒ No

F___, J_____                                                    IEP Implementation Date: 09/24/2020

| CONSIDERATION OF SPECIAL FACTORS |
|---|

*If yes, describe the type of assistive technology and how it is used.  If no, describe how the student's needs are being met in deficit areas.*

> J___ is currently able to access the curriculum with standard based classroom tools.

**Does the student require alternative format for instructional materials?**     ☐ Yes  ☒ No

| MEASURABLE ANNUAL GOALS |
|---|

| **Annual Goals:**<br>Academic and/or functional goals designed to meet the child's needs that result from the disability to enable the child to be involved in and make progress in the general education curriculum or to meet each of the child's other educational needs that result from the disability. | **Criteria for Mastery** | **Method of Evaluation** |
|---|---|---|
| 1.  Emotional/Social/Behavioral - J___ will decrease negative behaviors (aggression, property destruction) from 1-2 times per week to 0 times per week. | | |
| 2.  Academic -  J___ will improve academics skills from sight word recognition to reading and answering multiple choice comprehension questions. | | |
| 3.  Communication - J___ will improve his language skills from verbally identifying a visually presented problem, providing a plausible solution, and making a smart guess about what the person might be thinking, feeling, or seeing, from a field of 3 to independently identifying a problem, providing a plausible solution, and making a smart guess about what the person might be thinking, feeling, or seeing. | | |
| 4.  Emotional/Social/Behavioral - J___ will improve his behavior from identifying feelings to implementing strategies during periods of escalation and periods of being in a regulated state. | | |
| 5.  Communication - J___ will improve his expressive language skills from describing objects using 4 descriptors when given verbal prompts and a graphic organizer to independently  describing objects using 4 descriptors (e.g., category, function, parts, and appearance) using a graphic organizer . | | |
| 6.  Sensory/Motor - J___ will improve handwriting legibility from incorrect letter and number formation to correct letter and number formation. | | |
| 7.  Communication - J___ will improve his conversational skills from maintaining 3 conversational loops of conversation and orientating his body to the listener and/or speaker when speaking to a conversation partner with the use of visuals, to independently maintaining 3 conversational loops  of conversational loops and independently orientating his body to the listener and/or speaker. | | |
| 8.  Communication - J___ will improve his independent production of /r/, /r/-blends, 'th' and multiple syllable words from the sentence level to the conversational level. | | |
| 9.  Communication - J___ will retell a story with a beginning, middle and end including key details from using pictures cues to retelling a story verbally with a beginning, middle and end given one verbal cue. | | |

**REPORT OF STUDENT PROGRESS**
When will the parents be informed of the child's progress toward meeting the annual goals?

> Parent(s) will be informed of J___ progress toward meeting the annual goals and objectives at each reporting period, on the same schedule as progress reports for all students at the school.

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 1:**  J█ will decrease negative behaviors (aggression, property destruction) from 1-2 times per week to 0 times per week.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 1.1.  When angered or frustrated J█ will reduce aggressive behaviors  to 0 times per day for 6 consecutive weeks. | 09/24/2020 - 02/24/2021 |
| 1.2.  When angered or frustrated, J█ will reduce property destruction  to 0 times per day  for 6 consecutive weeks | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 2:**    J█ will improve academics skills from sight word recognition to reading and answering multiple choice comprehension questions.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 2.1.  Using an appropriate reading program,  J█ will read 32 sights sight words at his instructional level twice a week. | 09/24/2020 - 02/24/2021 |
| 2.2.  When provided with 5 new words weekly, from appropriate instructional material, J█ will define the word with a fill in the blank or multiple-choice format with 80% accuracy  for 9 consecutive weeks. | 09/24/2020 - 02/24/2021 |
| 2.3.  When provided with a list of 10, one and two syllable words, J█ will decode and read each word with 90% accuracy  for 9 consecutive weeks | 09/24/2020 - 02/24/2021 |
| 2.4.   When provided with a reading passage at his instructional level, J█ will improve his reading fluency  from a baseline of 28 correct words per minute (CWPM) to 40 (CWPM) during each nine weeks. | 09/24/2020 - 02/24/2021 |
| 2.5.  At his instructional level, J█ read a passage and answer questions from multiple choice with 80% accuracy<br>for 9 consecutive weeks. | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 3:**  J█ will improve his language skills from verbally identifying a visually presented problem, providing a plausible solution, and making a smart guess about what the person might be thinking, feeling, or seeing, from a field of 3 to independently identifying a problem, providing a plausible solution, and making a smart guess about what the person might be thinking, feeling, or seeing.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 3.1.  Given a visually presented social scenario or a short story with a problem J█ will verbally identify the problem with 80% accuracy across 3 sessions. | 09/24/2020 - 02/24/2021 |
| 3.2.  Given a visually presented social scenario or a short story with a problem J█ will provide a plausible solution with 80% accuracy across 3 sessions. | 09/24/2020 - 02/24/2021 |
| 3.3.  Given a visually presented social scenario or a short story J█ will make a smart guess about what the person might be thinking, feeling, or seeing with 80% accuracy across 3 sessions. | 09/24/2020 - 02/24/2021 |

F██, J████████████                                                          IEP Implementation Date: 09/24/2020

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 4:**   J██ will improve his behavior from identifying feelings to implementing strategies during periods of escalation and periods of being in a regulated state.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 4.1.  When in a regulated state, J██ will identify his feelings including happy, sad, angry, frustrated, calm, tired,  2 times each day. | 09/24/2020 - 02/24/2021 |
| 4.2.  When exhibiting behaviors indicative of a dysregulated state (e.g. whining, grimacing, or not responding to questions),  J██ will accurately identify his feelings including happy, sad, angry, frustrated, calm, or tired, 2 times each day  80% of trials during observable opportunities. | 09/24/2020 - 02/24/2021 |
| 4.3.  Given two teacher prompts when exhibiting behaviors indicative of a dysregulated state (e.g. whining, grimacing, or not responding to questions), J██ will select a strategy to self regulate, on  80% of trials during observable opportunities. | 09/24/2020 - 02/24/2021 |
| 4.4.  After selecting a strategy for self regulation when exhibiting behaviors indicative of a dysregulated state (e.g. whining, grimacing, or not responding to questions),<br><br>J██ will implement the strategy with no more than two verbal prompts on 80% of trials during observable opportunities | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 5:**   J██ will improve his expressive language skills from describing objects using 4 descriptors when given verbal prompts and a graphic organizer to independently  describing objects using 4 descriptors (e.g., category, function, parts, and appearance) using a graphic organizer .

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 5.1.  Given a graphic organizer J██ will describe objects using 4 descriptors (e.g., category, function, parts, and appearance) with 80% accuracy across 3 sessions | 09/24/2020 - 02/24/2021 |
| 5.2.  Independently J██ will describe objects using 4 descriptors (e.g., category, function, parts, and appearance) with 80% accuracy across 3 sessions. | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 6:**   J██ will improve handwriting legibility from incorrect letter and number formation to correct letter and number formation.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 6.1.  When given the letters a, o, g, b, d, n, r to write, J██ will form them in lower case with top down formation on 80% of trials for each letter twice per week. | 09/24/2020 - 02/24/2021 |
| 6.2.  When given the numerals 6, 8, 9, to write, J██ will form them with top down formation on 80% of trials for each numeral twice per week. | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 7:** J___ will improve his conversational skills from maintaining 3 conversational loops of conversation and orientating his body to the listener and/or speaker when speaking to a conversation partner with the use of visuals, to independently maintaining 3 conversational loops of conversational loops and independently orientating his body to the listener and/or speaker.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 7.1.  When given a conversational topic, J___ will maintain the topic of conversation over 3 conversational loops with a peer by asking a question and making a comment on 80% of opportunities over 3 therapy sessions | 09/24/2020 - 02/24/2021 |
| 7.2.  In a conversation or structured speech activity, J___ will orient his body toward the speaker and/or listener using whole body listening (e.g., body in group, body facing speaker, looking toward the speaker, thinking about what is said), in 3 out of 4 observable opportunities over 3 therapy sessions | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 8:** J___ will improve his independent production of /r/, /r/-blends, 'th' and multiple syllable words from the sentence level to the conversational level.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 8.1.  In conversational speech, J___ will independently produce the /r/ sound in all positions of words with 80% accuracy over 3 therapy sessions | 09/24/2020 - 02/24/2021 |
| 8.2.  In conversational speech, J___ will independently produce /r/ blends in words with 80% accuracy  over 3 therapy sessions | 09/24/2020 - 02/24/2021 |
| 8.3.  In conversational speech, J___ will independently produce 'th' in all positions of words with 80% accuracy over 3 therapy sessions | 09/24/2020 - 02/24/2021 |
| 8.4.  In conversational speech, J___ will independently produce instructional level multiple-syllable words with 80% accuracy  over 3 therapy sessions | 09/24/2020 - 02/24/2021 |

## ANNUAL GOALS & SHORT TERM OBJECTIVES/BENCHMARKS

**Annual Goal 9:** J___ will retell a story with a beginning, middle and end including key details from using pictures cues to retelling a story verbally with a beginning, middle and end given one verbal cue.

| Short term objectives/benchmarks:<br>Measurable, intermediate steps or targeted sub-skills to enable student to reach annual goals. | Objective Begin & End Date: |
|---|---|
| 9.2.  After listening to a story, J___ will retell including key details the story given one verbal cue with a beginning middle and end  with 100% accuracy over 3 sessions. | 09/24/2020 - 02/24/2021 |

## STUDENT SUPPORTS

To advance appropriately toward attaining annual goals; to be involved and progress in the general curriculum; to be educated and participate with other children in academic, nonacademic and extracurricular activities, the following accommodations, supplemental aids and services  and/or supports for school personnel will be provided:

## STUDENT SUPPORTS

**Instructional Accommodations**

    Chunk assignment/scaffolding
    Extended time
    1 or 2 step instructions
    Reduced length of assignments
    Check for understanding
    Clarify instructions/directions with simplified directions
    Task directed checklists or visual schedule
    Preferential seating to allow movement and support
    Graphic organizers for reading and math
    Frequent breaks to allow for movement
    Instruction provides guided practice that fades to teach independence
    Use of math manipulative
    Use of visual aids (number line, use of highlighter)
    Identification use and implementation of quiet place for to use for J█ to cool down
    Use of sensory strategies as outlined by the Occupational Therapist
    Use of social stories for transitions, prepare student for transitions
    Establish peer buddies
    Give classroom jobs and responsibilities around the classroom
    Use warm eye contact and welcoming relaxed body language
    Use warm tone of voice when speaking with student
    Positive, gentle touch, such as a touch on the arm, to redirect or get attention
    Use of proximity when giving directions
    Use clear, simple words
    Give choice when giving directives
    Debrief with J█ after behavioral incidents

**Classroom Testing Accommodations**

    Extended time-50% on tests and in class quizzes
    Frequent monitored breaks
    Small group
    Preferential seating
    Allow use of noise canceling headphones
    Repetition of directions (in English only)
    Oral reading of test questions

**Supplemental Aids and Services**

    A 1:1 paraprofessional will work with J█ in all academic areas, transitions, lunch, recess, and grade level activities to assist J█ with accessing the curriculum, maintain behavior, and/or participate safely.

**Supports for School Personnel**

## ASSESSMENT DETERMINATION FOR DISTRICT AND STATEWIDE ASSESSMENTS FOR GRADE K-12

The student will participate in the following regular required assessments (Each state mandated test and subtest must be considered individually and documented below).

**The student will participate in the Georgia Alternate Assessment (GAA)**    ☐ Yes    ☒ No

## Eligibility Criteria for the Georgia Alternate Assessment 2.0 (GAA)

**Step I: Review the Eligibility Criteria for GAA**

Prior to reviewing the eligibility criteria for GAA, the Individualized Education Program (IEP) team must understand all assessment options, including the characteristics of each assessment and the potential implications of each assessment choice.

F█, J████████                                    IEP Implementation Date: 09/24/2020

---

**ASSESSMENT DETERMINATION FOR DISTRICT AND STATEWIDE ASSESSMENTS FOR GRADE K-12**

---

According to O.C.G.A 20-2-281, school districts are required to follow the procedures specified in the applicable test administration materials. As a result, the IEP team must use this form to document its assessment decisions.

If GAA is being considered, the IEP team must review the four criteria below and select Yes or No if applicable to the student. To be eligible to participate in GAA, the answer to all four of the questions below must be Yes. If the answer to any of the questions is No, the student is not eligible to participate in GAA and must participate in the Georgia Milestones Assessment System. Each Yes answer requires a justification that contains evidence that the student meets the criteria.

**1. Does the student require intensive, individualized instruction in a variety of instructional settings?**                                    ☐ Yes   ☒ No

*The student needs specialized academic instruction and techniques over a period of time to ensure that he or she can learn, retain information and transfer skills to other settings.*

**Sources of Evidence (check if used)**

☐ Present Levels of Academic          ☐ Anecdotal Notes and Observations          ☐ Benchmark Data
   Achievement and Functional
   Performance

☐ Progress Monitoring Data            ☐ Other:

**Justification**

   J████ demonstrates developmental delays in his academic skills that require specialized academic instruction and techniques

**2. Does the student have a significant cognitive disability?**                   ☐ Yes   ☒ No

*A significant cognitive disability is determined by the IEP team and must be based on evaluation information performed by a qualified evaluation team. The significant cognitive disability must affect the student's intellectual functioning and be documented as such in the student's individualized education program (IEP).*

**Sources of Evidence (check if used)**

☐ Results of Individual Cognitive     ☐ Results of Adaptive Behavior Skills       ☐ Other:
   Ability Test                          Assessment

**Justification**

**3. Does the student require specialized supports to access and participate in the grade-level Georgia Standards of Excellence (GSE) that require modifications based on the student's Present Levels of Academic Achievement and Functional Performance (PLAAFP)?**       ☐ Yes   ☒ No

*Access to the grade-level curriculum is mandated by the federal government. A student with a significant cognitive disability requires access to the GSEs through prerequisite skills that are linked to the grade-level curriculum.*

**Sources of Evidence (check if used)**

☐ Results of Individual Cognitive     ☐ Results of Adaptive Behavior Skills       ☐ Anecdotal Notes and Observations
   Ability Test                          Assessment

☐ Benchmark Data                      ☐ Progress Monitoring Data                  ☐ Results of language assessments including
                                                                                     English Learner (EL) assessments, if
                                                                                     applicable

☐ Other:

**Justification**

**4. Does the student require specialized supports to demonstrate age-appropriate adaptive behavior?**   ☐ Yes   ☒ No

*A student with a significant cognitive disability needs specialized support throughout the day in areas such as expressing his or her needs, getting from place to place, eating lunch, negotiating social situations, and/or taking care of personal needs.*

**Sources of Evidence (check if used)**

| ASSESSMENT DETERMINATION FOR DISTRICT AND STATEWIDE ASSESSMENTS FOR GRADE K-12 |
|---|

☐ Results of Individual Cognitive Ability Test    ☐ Results of Adaptive Behavior Skills Assessment    ☐ Other:

☐ Other:

**Justification**

## Step II: Assurances

The IEP team has participated in training and guidance regarding student participation in state mandated assessments that include the information below:

Under 34 Code of Federal Regulations (CFR) 300.320(a)(6) and [O.C.G.A 20-2-281], if the IEP team determines that the student will take GAA, the IEP team may provide additional summary statements of why the student cannot participate in the Georgia Milestones Assessment System, with or without allowable accommodations, and why the alternate assessment is appropriate for the student, including that all of the eligibility criteria are met.

**Additional Summary Statements (if necessary):**

|  |
|---|

The decision to administer GAA is based on multiple sources of measurable, objective evidence, including, but not limited to current IEP PLAAFP statements, goals and/or objectives, report cards, progress reports, work samples, teacher observations, Full and Individual Evaluations (FIE), standardized achievement test results, and classroom, district, and statewide assessment results. This decision is not based solely on the student's previous performance on statewide assessment.

The decision to administer GAA is made by the IEP team, not administratively based on federal accountability requirements which limit the number of students taking an alternate assessment who can be counted as proficient in CCRPI performance calculations. Although GAA is intended for a small number of students, the proficiency cap does not limit the number of students receiving special education services who may take the alternate assessment.

The decision to administer GAA is based on the student's educational needs and the instruction the student is receiving. This decision is not based solely on the student's disability category and is not based on the student's racial or economic background, excessive or extended absences, or amount of time or location of service delivery.

**Specific Test Accommodations**

(Accommodations used for assessment must be consistent with accommodations used for classroom instruction/testing and specified in the IEP. Some accommodations used for instruction may not be allowed for statewide assessment. Refer to the GaDOE Student Assessment Handbook for the only allowable accommodations. Conditional accommodations are only allowable for students who meet eligibility criteria.) All subtests must be considered individually.

| Test | Subtest | Setting | Timing / Scheduling | Presentation | Response | Standard, Conditional, Allowable or None |
|---|---|---|---|---|---|---|
| Milestones End of Grade ( Grades 3-8) | English Language Arts | Small Group (Allowable on GAA 2.0 and ACCESS) | Frequent Monitored Breaks (Allowable on GAA 2.0 and ACCESS), Extended Time 50%(Allowable on GAA 2.0) | Oral Reading of Test Questions (Allowable on GAA 2.0), Repetition of Directions (Allowable on GAA 2.0) |  | Standard |
| Milestones End of Grade ( Grades 3-8) | Math | Small Group | Frequent Monitored Breaks, Extended Time | Repetition of Directions, Oral Reading of Test Questions |  | Standard |

## SERVICES CONSIDERED

**Instruction/Services in the General Ed Classroom/EC Setting**

☒ Consultative          ☒ Collaborative          ☒ Co-teaching

☒ Supportive Services          ☒ Related Services

**Instruction/Services Outside the General Ed Classroom**

☒ Separate Class          ☒ Separate School          ☒ Home Instruction

☒ Residential          ☒ Hospital/Homebound          ☒ Supportive Services

☒ Related Services

**The explanation of the extent, if any, to which the child will not participate with peers without disabilities in the regular class and/or in nonacademic and extracurricular activities:**

     J____ will receive his academic instruction in the general education classroom for all core subjects, recess, lunch and assemblies. The special education teacher will deliver the special education instruction in the general education classroom with the co-teaching model. He will attend specials with his general education peers.

## SPECIAL EDUCATION: Instruction/Related Services in General Education Classroom/Early Childhood Setting

| Class-Model | Frequency | Start-End | Content/Specialty Area(s) | Provider | Location |
|---|---|---|---|---|---|
| 3: Speech/Language Impairment-Consult | 30.0 min, 1.0 times/week | 09/24/2020 - 02/24/2021 | Communication | Speech Language Pathologist | General Education |
| 8: Significant Development Delay-Co-Teaching | 60.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Reading | Special Education Teacher | General Education |
| 8: Significant Development Delay-Co-Teaching | 60.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Language Arts | Special Education Teacher | General Education |
| 8: Significant Development Delay-Co-Teaching | 60.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Science/Social Studies | Special Education Teacher | General Education |
| 8: Significant Development Delay-Co-Teaching | 60.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Math | Special Education Teacher | General Education |
| 8: Significant Development Delay-Supportive Instruction | 300.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Reading, Language Arts, Math, Science/Social Students, Specials, Recess | Paraprofessional | General Education |

F█, J█████████████████                                                    IEP Implementation Date: 09/24/2020

| SPECIAL EDUCATION: Instruction/Related Services in General Education Classroom/Early Childhood Setting |
|---|

| Class-Model | Frequency | Start-End | Content/ Specialty Area(s) | Provider | Location |
|---|---|---|---|---|---|

**This IEP will be implemented on days public school programs and the servicing school are in operation during the regular school year. Scheduled IEP services, despite any other statement in the IEP to the contrary, are not delivered on, or made up on for days the District or servicing school closes for any reason, such as inclement weather, holiday, partial days, professional learning days, early release days, and summer unless specified in the Extended School year section of the IEP.**

| SPECIAL EDUCATION: Instruction/Related Services Outside of the General Education Classroom |
|---|

| Program-Model | Frequency | Start-End | Content/ Specialty Area(s) | Provider | Location |
|---|---|---|---|---|---|
| 3: Speech/Language Impairment-Separate Class | 90.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Communication | Speech Language Pathologist | Special Education |
| E: Occupational Therapy-Pull-Out | 30.0 min, 5.0 times/week | 09/24/2020 - 02/24/2021 | Fine Motor/ Sensory | Occupational Therapist | Special Education |
| E: Occupational Therapy-Consult | 30.0 min, 1.0 times/week | 09/24/2020 - 02/24/2021 | Fine Motor/ Sensory | Occupational Therapist | General Education |

**This IEP will be implemented on days public school programs and the servicing school are in operation during the regular school year. Scheduled IEP services, despite any other statement in the IEP to the contrary, are not delivered on, or made up on for days the District or servicing school closes for any reason, such as inclement weather, holiday, partial days, professional learning days, early release days, and summer unless specified in the Extended School year section of the IEP.**

| EXTENDED SCHOOL YEAR |
|---|

**Factors Considered:**

☒ Severity of disability

☒ Rate of progress that may limit ability to achieve IEP objectives

☒ Relative importance of IEP goals at issue

☒ Delays or interruptions in service

☒ Age

☒ Regression that may limit ability to achieve IEP objectives/time needed for recoupment

☒ Critical point of instruction/ emerging skills

☐ Transitional needs

**Summary of ESY Consideration:**

It was agreed that J█████ will receive ESY services; however, the details of those services will be determined at the February 2021 IEP meeting.

**Is extended school required?**  ☒ Yes  ☐ No

**Goals to be extended or modified:**

| TRANSPORTATION |
|---|

**Is Special Transportation Required?**          ☐ Yes  ☒ No

**Rationale**
    Mrs. _____ declined transportation.

| IEP PLANNING MEETING |
|---|

This Team Meeting was held at 09:00 AM on 09/24/2020 in/at .

F___, J_____                                    IEP Implementation Date: 09/24/2020

---

**IEP PLANNING MEETING**

---

**Meeting Minutes:**

Meeting agenda was shared by Ms. Bindon, case manager. Attorney Zimring raised concerns about the agenda which stated that the RLCP would be reviewed prior to the IEP review. He indicated that an IEP was never completed and agreed upon last spring (February 2020); therefore, the current RLCP is not valid. Mr. Abernathy stated that the 2/25/20 IEP is the current IEP that is being implemented.  Attorney Zimring stated that he'd received an email from the school district's attorney stating that there was no IEP. After further decision regarding a current IEP, it was agreed to proceed with the meeting.

Both parties agreed to recording the IEP meeting and the meeting was recorded.

Attorney Zimring thanked the Liberty Point Elementary School staff for their participation and again stated that there was not an IEP to base the RCLP on. He indicated that as a result of this, the request for the IEP meeting was made.

Attorney Lewis stated that while it is the position of the parent to indicate otherwise, there is an IEP on file. She added that the email Attorney Zimring referenced indicated that there was a draft IEP from 2/25/20 on file that needed to be locked.

Attorney Zimring also voiced a concern about the parent being provided IEP drafts on two occasions without any explanation. It was reported by Mrs. Darian, IST, that the 2nd draft provided to _____ had been updated to include data from J____ 2020 Extended School Year (ESY). As Attorney Zimring reiterated his concern about the Remote Learning Contingency Plan based on an incomplete IEP being discussed, it was suggested that the team move forward with the IEP review and then base the RLCP on what would be a completed IEP. An additional inquiry was made about the IEP goals and objectives included in the IEP draft. It was explained that the goals/objectives presented are from the February 2020 IEP document and that after present levels of performance were reviewed and discussed, it could be determined if those goals/objectives would need to be updated and/or new goals and objectives added.

Introductions were made. The following members were present: _____, parent;  Jon Zimring, family attorney; Craig Goodmark, family attorney; Samantha Lewis, FCS attorney; Tris Gilland, SEC Director; Robert Abernathy, Coordinator; Jennifer Alexander, Behavior Specialist (Comprehensive Behavior Change); James Payne, Principal-LPES; Latecha Bindon, Special Education Teacher/Case Manager; Marchketa Smallwood, General Education Teacher; Patrice Hodge, Speech/ Language Pathologist; Tameika Huff, Occupational Therapist; Whitney Telfare, Occupational Therapist; Emily Lamos, Behavior Interventionist (FCS); Cynthia Darian, Instructional Support Teacher. _____ waived an oral review of the parent rights. Ms. Bindon indicated that a copy of the rights would be provided to her via email.

The draft IEP containing assessment data from 2018 and 2019 along with the 2020 present levels of performance and ESY information was displayed for review. It was agreed that only the February 2020 present levels and J____ ESY summary of progress would be reviewed. J____ performed at a third-grade reading level on the August 2020 iReady reading assessment. _____ _____ stated that she feels that these results are not a valid measure of J____ reading skills as she provided support to him (oral reading of the assessment) and is requesting that the assessment be re-administered.

Attorney Zimring inquired about some of the subtests on this iReady assessment not being reported as they were on the assessment given in 2019. It was explained that the iReady assessment is adaptive and that students can "test out" of individual subtests.  An inquiry about a paper-pencil iReady assessment was made; however, it was stated that such is not available. A recommendation was made to have J___ administered the assessment in person should he return to school face2face. ___ _____ stated that she is not yet comfortable with J___ returning to the school building.  As a result, it was agreed that J___ would be re-administered the assessment on-line on Monday, September 28th.

Present levels were continued noting that during the URL environment, J___ has at times, exhibited some levels of stress. It was stated that J___ difficulty with generating and putting his ideas in writing appear to be a stressor for him. _____ added that his difficulty with reading appear to also cause J___ stress.

Information from the 2020 ESY progress report was reviewed. It was reported that J___ had some difficulty with decoding due to not always focusing and listening to the teacher. He displayed good behavior but at times became distracted. It was stated that a behavior contract was a great strategy to support J___ behaviorally as it allowed him to track his own data and self-monitor.

J___ iReady math assessment (August 2020) indicates that he is performing at a 2nd grade level in the domains of Numbers and Operations, Algebra and Algebraic Thinking, Measurement and Data, as well as Geometry . An inquiry was made regarding him being provided grade level (3rd) curriculum while the data indicated a lower performance level.  Attorney Lewis state that

F█, J█████████                                                                    IEP Implementation Date: 09/24/2020

| **IEP PLANNING MEETING** |
|---|

this is a new school team working with J████ and that in the current environment, their full knowledge of J█████ strengths and weaknesses may be limited at this time. Mr. Abernathy stated that the team would continue to collect data so that the teachers could assess current data and performance levels. It was recommended by Attorney Zimring that J████ be reassessed to determine the skill gaps and what needs to be addressed.

It was reported that in March 2020, when schools closed, J████ was supported within the Team-Taught setting; out of the GNETS program and provided additional support from a Categorial Paraprofessional.

The parent concerns brought forth at the February 2020 meeting continue to exist; however, additional ones were submitted. Parent concerns were provided by the parent's attorney on the morning of the 9/24/20 IEP meeting.  These parent concerns will be uploaded to J████ educational records.  The IEP team addressed the following parent concerns:
Language Arts & Reading Assessments: ████████ indicated that she wants J████ to receive instruction to address his reading deficits. She inquired about programs in reading.
After some collaboration, it was suggested that J████ reading deficits be addressed during the small group lesson in reading.
J████ schedule of services during Remote Learning: ████████ inquired about J████ being pulled during his reading and math instruction for his speech and OT services. She stated that these area areas of weaknesses and would prefer him not to miss those classes. The service providers for speech and OT indicated that they would work to comply with the request.
Instruction and Accommodations: ████████ asked that the word lists be sent home and accessible to her and J████. Ms. Bindon stated that she would send home the word lists.
Speech/Language Instruction: ████████ reports that J████ is not receiving speech to address his misarticulation of "th". She reports being told that this misarticulation is dialectical.  Mrs. Hodge reported that all of J████ misarticulations to include the "th" sound are being address in speech therapy.

Dr. Telfare stated that the sensory issues reported are being addressed in Occupational Therapy sessions. She added that when J████ returns face2face, a sensory integration plan will be developed if it determined that one is required.

The statement regarding the impact of the disability on the participation in general education was read; however, it was requested by the family's attorney that the statement be updated. Attorney Goodmark reported that the information was taken from previous IEPs and does not reflect the current data. Mr. Abernathy proposed a revision to the statement which was accepted.

Mrs. Hodge, SLP, reviewed the communication section from the draft IEP. Mrs. Hodge stated to ████████ that her presentation would include Ms. Musko's (SLP who also works with J████) progress summary and data from her speech sessions with J████. (████████ earlier had given permission to proceed with the meeting without Ms. Musko). As Mrs. Hodge reviewed the current objectives, Attorney Zimring inquired about Goal 1.6 and suggested that mastery at an independent level may not be needed as it was discussed that J████ understands the concept of using descriptor. Additionally, it was agreed that all articulation errors would be addressed. ████████ has indicated her concern that J████ misarticulations were viewed as being dialectical rather than an articulation disorder. There was also a concern about Goal 2.4 which targets grade level production of multi-syllabic words in isolation and phrases. ████████ stated that J████ has a high vocabulary but may struggle with those words that are unfamiliar to him. She requested that the multi-syllabic words include vocabulary that he is unfamiliar. It was also recommended that the vocabulary from other content areas/subjects be included.

The February 2020 IEP indicated that J████ takes Concerta and Clonodine to address his health/medical condition. ████████ confirmed that he continues to take those two medications.

Dr. Huff presented the information related to J████ sensory and motor needs. ████████ granted permission to allow Dr. Huff to review only the information from J████ 2020 ESY services and current data and progress. It was reported that J████ currently is not provided prompts when working to form target letters/numerals; however, when he forms a letter/numeral incorrectly, with prompting, he is able to self-edit. ████████ reported that J████ produces more errors when not prompted. She's observed that when he is prompted, he becomes aware that his letters/numerals formations are being evaluated. It was reported that during the OT sessions, J████ is able to identify his feelings with no difficulty. The behavior progress and data on the same objective (collected by the teachers and therapists and reported to Ms. Lamos) is noted as being above mastery as well. In reference to the data on J████ identifying his feeling when his behavior escalates, Dr. Huff reported that during the remote learning ESY sessions there was no data to report as there were no incidents. Ms. Lamos reported the results of her data as being a 71% average overall on this objective within the remote learning setting. She clarified the data collection as being over a period of 2 weeks. Ms. Lamos also displayed a graph to further clarify her data. ████████ stated that she noticed that J████ behaviors escalated primarily during his reading and writing classes. Dr. Huff noted that J████ handwriting is very

F___, J█████                                                                      IEP Implementation Date: 09/24/2020

| **IEP PLANNING MEETING** |
| --- |

legible and spacing is adequate and written on baseline. █████████ indicated no questions but inquired about J██ receiving support on those sensory objectives during the subjects when those behaviors appear more likely to occur. Dr. Telfare noted the request and stated that when she conducts her observations of J█████ sensory processing needs in the classroom, she would do so during those class periods and provide support to J██ as needed. Ms. Lamos added that she would provide support in that area as well.

J█████ social/emotional functioning as reported from the February 2020 meeting was reviewed. It was reported that he had made progress and was very invested in the classroom token economy system. J██ 2020 ESY progress summary indicated that per his mother's report, there were no incidences of property destruction; however, she did report that J██ displayed physical aggression 1-2 times during the week on two data collections. Per Ms. Lamos, current data shows one incidence of property destruction and one incidence of physical aggression. She added that the opportunities to observe and engage are different during the remote learning environment. ████████ noted that the data she reported during the 2020 ESY were estimations and reported during weekly conversations with the teache. Ms. Bindon reported September 2020 present levels stating that J██ works very hard but can become distracted by factors unavoidable in the remote learning environment. He appears to be uncomfortable in large group activities; therefore, they've created a chat channel for him in the TEAMS platform to allow him to communicate his wants and needs. She stated that this has been helpful and is used with him during his reading and writing classes. █████████ stated that J██ has difficulty reading and typing in the chat and relies on her to assist him. She asked about an alternative way such as using an emoji system to communicate with him. Ms. Bindon stated that she would do so.

ESY summary progress and present levels on J██ fine motor skills were previously discussed by Dr. Huff when reviewing the sensory data and needs.

It was reported that based on previous data J██ demonstrates behaviors that impact his and/or others learning and requires a Behavior Intervention Plan (BIP); however, a discussion regarding the language surrounding the BIP was held. Mrs. Darian explained that the current IEP format includes a BIP when needed and as the document reads, requires an explanation for the plan. She added that the language is taken from the current BIP on file. It was posed by Dr. Gilland that perhaps consideration be made to conduct a new FBA to obtain current data/information as it has been reported that J██ behaviors have improved and is doing well in the remote environment. It was agreed that a revision to the statement be made to include current behavior status. Dr. Gilland requested and was granted permission to have the FBA completed by the district when it is time to do so.

As the special factors continued to be reviewed, █████████ requested that J██ receive assistive technology to support him with the grade level content primarily in reading and writing. She proposed for him to use speech to text and predictive text. She indicated a screen reader as well. Mr. Abernathy suggested obtaining written consent from █████████ for an Assistive Technology Consult. He stated that an AT Consult would allow J██ to be assessed to determine his assistive technology needs and what's available for J██ to access the curriculum. █████████ agreed to signing the Consent form. There was discussion regarding how long would an AT Consult take. Mr. Abernathy indicated that he would find out and provide █████████ with more information.

Annual goals and objectives were presented. Goals 1.1 and 1.2 were asked to be removed from the document based on the recommendation by Attorney Zimring. He stated that they had been held by the Administrative Law Judge to be unreasonable. Further discussions were held about the removal of the behavior goal and its objectives. Attorney Lewis objected to doing so indicating that we have not had the opportunity to see if J██ continues to exhibit these behaviors as we have been in remote learning since early March 2020. It was suggested that the IEP team continue to observe and collect data. It was agreed that the district would propose a draft of a new behavioral goal and objectives based on what is known currently to include the last time he was in school, the summer, and current virtual services.

Goals/objectives to address J█████ academic needs in reading were reviewed. It was indicated that J██ is being provided grade level materials in reading. Mr. Payne suggested that Ms. Bindon receive training and utilize the Lindamood Bell reading program to provide J██ additional support in reading. Attorney Zimring inquired about methods to progress monitor J██████ reading fluency. Ms. Bindon stated that this objective is not included in the current RLCP; therefore, had not been worked on during remote learning. She indicated that however, she would obtain data on his reading fluency. Attorney Goodmark asked for clarification on Goal 2.5, then requested that it be changed to: "J█████ will read a reading passage…".

Due to the set end time for the meeting, it was agreed that the meeting would be adjourned and reconvened on 9.25.20 at 12:00 pm. It was stated that all members would be in attendance at the next meeting with the exception of Jennifer Alexander, BCBA.

F___, J█████████                                                    IEP Implementation Date: 09/24/2020

---

**IEP PLANNING MEETING**

---

09.25.2020
IEP Review Meeting (cont'd)

Agenda was reviewed by Ms. Bindon.

Proposed goals and objectives for communication were reviewed by Mrs. Hodge. She recommended continued work on increasing J█████ language and articulation. Attorney Zimring inquired about the objectives and the discussion was held regarding goals/objectives end dates. He rejected the suggestion by Mr. Abernathy that the goal/objectives end dates extend for one year as this is an annual IEP review and new IEP in the SEC Campus for J█████. It was clarified that it can be a team's decision to end an IEP sooner than it's annual end date.

Behavior goals were reviewed and discussed. Attorney Zimring inquired, and Ms. Bindon agreed to retaining Goal 4.1 as maintenance. Attorney Lewis asked about J█████ reaction to this goal. █████████ that he hasn't had any issues as it's a part of the daily routine and predictable for him. The remaining behavior goals were reviewed and discussed. Ms. Lamos suggested that a description of the behavior (escalation) be given so that everyone can correctly identify this behavior. █████████ stated that when J█████ may be frustrated or stressed, she observes him moving back and forth, having difficulty answering prompts, difficulty following directions and completing tasks. He may also whine. She added that at the point, she has him implement strategies to include counting or breathing. Ms. Lamos added that she's observed a grimace from him when he is frustrated. She stated that recognizing these behaviors would be a way to prompt him to identify his feelings and select a strategy to self-regulate. After further discussion, it was agreed that "escalate" be changed to "dysregulates" in objectives 4.2 and 4.4.

Language goals were reviewed. Ms. Hodge indicated that in Goal. 5.1, J█████ has the concept of describing objectives but has not mastered it as it is written and asked if this goal should be kept as maintenance. It was recommended that she add an additional objective to indicate the next step (independent level) thus adding Goal 5.2.

Ms. Lamos asked to return to the behavior goals. She recommends that a maintenance goal be written to address Goal 1.1 to determine if he has improved or regressed in this area and by how much. After further discussion, it was agreed that goals 1.1 and 1.2 would not be included at this time.  It was discussed that a new Functional Behavior Assessment is needed to develop a new Behavior Intervention Plan.

In reviewing the goals to address J█████ fine motor skills, Dr. Huff indicated that Goal 6.1 was modified to delete the numerals 6 and 8 and the letter B was removed from Goal 6.2. █████████ was in agreement with the modifications but also asked about the possibility of J█████ receiving support with typing. She stated that the therapist from ESY mentioned to her that J█████ may need this additional support. Dr. Telfare indicated that she has made note of mom's request but recommended that they wait to add goals for typing until after the AT referral. █████████ accepted the recommendation. Attorney Zimring inquired about assessments to gauge J█████ writing fluency. Dr. Telfare explained that she is not aware of a writing fluency assessment but stated that it can be measured by the number of letter strokes he is able to make in a certain amount of time.

Ms. Hodge reviewed the final goal for language focused on improving J█████ conversational skills. Goal/objectives for improving his articulation skills were also reviewed.

Accommodations for instruction and classroom testing along with supplemental aids and services were reviewed. J█████ will take the End of Grade (EOG) state assessment.

Placement options were reviewed. Attorney Zimring reported and indicated that the services and placement (Co-Teaching in Reading, Language Arts, Social Studies, Science and Math;  OT (push-in), Individual and Small Group Speech/Language and Consultative Services for OT and Speech/Language) in the Court Order remain. █████████ agreed with the placement but needed clarification regarding OT and speech/language services. Ms. Hodge stated that there is a combination of pull-out and weekly consultative services in the general education classroom.

Attorney Zimring reported that J█████ received ESY during the summer of 2020 and that he continues to require ESY; however, the particulars could be determined in the spring. Due to the need to indicate the goals/objectives, Attorney Lewis suggested that we indicate "No" on the IEP but note in the minutes that it would be updated in the spring to indicate "Yes" and add the details. Mr. Zimring rejected that suggestion not to indicate 'Yes' at this time. However, he accepted Dr. Gilland's recommendation to note in the minutes that the ESY goals/objectives (based on data) will be revisited and determined in the spring.

It was stated that special transportation is not needed.

## IEP PLANNING MEETING

Ms. Lamos prepared to present the Behavior Intervention Plan (BIP), stating that it is the most recent plan on file as there is not a new FBA or updated data.  Attorney Zimring agreed that the current plan hasn't change as there is no current data. He indicated that ▇▇▇▇▇ has found a way to manage J____ behavior during remote learning. He added that while we may not continue with the plan we should continue to take behavior data. He asked if the intent is to implement the plan when J____ returns face2face. Ms. Lamos responded by saying if ▇▇▇▇▇▇▇ gives consent, she'd like to conduct the FBA immediately to address the behaviors if J____ has them. She added that the amount of time to wait to take data would depend on the intensity and severity of the behavior(s). Dr. Gilland added that it would not be the expectation to take data the first day he returns and may show some difficulty with acclimating back to school; however, should his behavior(s) be such that J____ or someone else may get injured, it would be the district's obligation to intervene.  It was agreed that when ▇▇▇▇▇▇ decides J____ is returning face2face, a meeting will be held to discuss his transition back to school.

Mr. Abernathy revisited the assistive technology discussion from the meeting held 9.24.20. At that time, it was recommended that an AT consultation could be completed to assess J____ assistive technology needs. He stated that an AT consult could be provided within 2 weeks; however, with J____ not returning face2face at this time, it was stated that a TEAMS meeting with ▇▇▇▇▇▇▇ could be held to discuss some recommended software available for all Fulton County Students that J____ would benefit from accessing. It was recommended and agreed that once J____ returns to the building, a face2face AT consultation with J____ would be provided once ▇▇▇▇▇▇ provides signed consent for evaluation.

The Remote Learning Contingency Plan (RLCP) was reviewed. J____ current remote learning plan schedule was reviewed. However, with the district now moving to Phase 3, his schedule has now changed to allow for the increased amount of time per school subjects/activities. It was stated that per the request of ▇▇▇▇▇▇▇ at the meeting started on 9.24.20, the SLPs and OTs were to work to adjust J____ therapies times as to not interfere with his reading and math instruction. Mrs. Hodge indicated that in trying to make adjustments to J____ schedule on Tuesdays, group options became limited and if she readjusted his schedule, he would not be able to participate in an appropriate group. She added that any change to the group would affect multiple students. ▇▇▇▇▇▇ agreed to his Tuesday schedule remaining as it is as it is only one day a week that he is pulled from his general education class. In regards to his OT schedule, he will now receive one of his sessions at a later time (1:00-1:30) on Tuesday. Dr. Telfare provided Dr. Gilland a review of J____ OT services during remote learning. All services and service minutes were reviewed and updated for the revised RLCP along with the goals/objectives.

Ms. Lewis inquired about any changes that may impact other students. Ms. Hodge and Ms. Bindon stated that at this time, no students are affected by any changes while Dr. Telfare was unable to provide a response at this time due to a number of student schedule changes occurring as a result of face2face.

Parent agreed to receive the IEP by the close of business, Tuesday, September 29th.

Meeting was adjourned.

| Title | Team Member Name | Team Member Signature | Attended |
|---|---|---|---|
| Parent | | | |
| Local Education Agency Representative (LEA) | | | |
| Special Education Teacher | | | |
| General Education Teacher | | | |
| Student (age 18 or if transition is being discussed) | | | |
| Agency representative (responsible for transition services) | | | |

## DOCUMENTATION OF NOTICE OF IEP MEETING

|  | Date | Method of Notification | By Whom |
|---|---|---|---|
| **1st Notification** | 09/15/2020 | ☒ Invitation ☐ Phone Call ☐ In Person ☐ Reminder Notice<br>☐ Other: | Cynthia Darian |
| **2nd Notification** | 09/24/2020 | ☒ Invitation ☐ Phone Call ☐ In Person ☐ Reminder Notice<br>☐ Other: | Cynthia Darian |
| **3rd Notification** |  | ☐ Invitation ☐ Phone Call ☐ In Person ☐ Reminder Notice<br>☐ Other: |  |

## PARENT PARTICIPATION IN THE IEP PROCESS

**The following documents were provided to the parent(s):**

☒ Parental Rights in Special Education          ☒ IEP & Meeting Minutes

**If the parent did not attend the meeting, complete below:**

On _____ the documents were:

☐ Mailed          ☐ In Person          ☐ Sent via Student          ☐ Other:

**Signature:** _____  **Date:** _____

## BEHAVIORAL INTERVENTION PLAN

**Has a Functional Behavior Assessment been conducted?**

☒ Yes                    ☐ No                    ☐ In Progress

**Date of FBA:** 03/16/2018

**I. Target Behaviors and Definitions**

Aggression- Hitting with open or closed fist and kicking others from 3 inches or more, pushing others, grabbing others, biting others, and scratching others; includes attempts.

**II. Functional Behavioral Assessment and Identified Function of the Target Behavior**

A combination of record review, teacher interview, rating scales, narrative recording, and a functional analysis occurred as a part of the FBA completed by Mr. Jeron Trotman, Board Certified Behavior Analyst from Southern Behavioral Group (SBG) on 3/16/18. The functional analysis revealed elevated rates of problem behavior (aggression and property destruction) during the interrupt, escape, and tangible conditions with zero levels of problem behavior occurring in the attention and control conditions. According to the results of the functional analysis, J████ problem behavior is maintained by (a) negative reinforcement in the form of escape from demands, (b) negative reinforcement in the form of escape from interruption of ongoing activities, and (c) positive reinforcement in the form of access to preferred items/activities.

| **BEHAVIORAL INTERVENTION PLAN** |
| --- |

**III. Intervention Strategies (Positive Behavioral Interventions and Supports)**
A. Modifications to the Identified Antecedents

Functional Communication Training (FCT)- The purpose of FCT is to teach J██ appropriate responses that will result in access to what he wants (e.g., specific outcomes, attention, items) and/or escape from non-preferred activities (e.g., work requests). The appropriate responses will replace instances of problem behavior which have previously resulted in reinforcers. FCT has two components including reinforcement for appropriate communicative responses and extinction for problem behavior. Extinction means that J██ will no longer access specific outcomes, attention, or items or escape from nonpreferred activities by engaging in problem behavior.

Throughout the day (except for hallway transitions and lunch), a discrimination card (red/green) will be within J██ sight. The card will alternate between the two sides. Green will signify that reasonable requests will be honored and red will signify that J██ will be presented with requests from staff and his requests will be denied. On the red side of the card a place for five tokens/checks will be created. Each one of these squares will represent a specific amount of work or requests that J██ must complete before the card is switched to green. The work or requests must be completed without physical prompting and without problem behavior. J██ should always begin and end (if possible) on a green interval.

When green interval starts, show card and signify to J██ that he is on green.

If J██ engages in precursor behavior on green (e.g. "This is too hard!", screaming), or other indications that he wants something or wants out of something, prompt an appropriate request (i.e., J██ you can say "Can you help me?").

If J██ demonstrates any precursor behavior (e.g., screaming or saying, "I don't want to!") when switching from green to red procedures, prompt him to ask for one more minute (e.g., "You can ask for 1 more minute"), and then honor the request after he asks. After the 1 minute follow through with work request.

Prior to transitioning in the hallway ask J██ what he wants to work for. After he selects the item, tell J██ what he is expected to do and review what he will get if he transitions successfully (e.g., "If you walk and stay with me, then you can have the sticker when we get there").

Provide J██ with an individual visual schedule with times.

Prime and review with J██ any changes to the typical schedule or routine.

Provide controlled choices (e.g., "Do you want to read or write first?", "Would you like to work at the table or desk?").

Assess for potential reinforcers for break and transitions using a preference assessment.

Create a choice board for J██ to choose activities from during break times.

When giving directions to J██, phrase them so that you are communicating what you want him to do, versus what you don't want him to do.

B. Alternative Behaviors (Meet the same function as the target behavior)
Desired Behaviors-
1. Work Completion- Completing assignments within the designated time frame
2. Successful Transitions- Walking from one location to another without holding an adult's hand and by staying in line or staying within 5 feet of an assigned adult.
3. Stay in Area- Independently staying in assigned area without leaving 5 feet or more from defined space.

1. Functional Communication Training (FCT) with Denial Tolerance:
It is recommended that a chained schedule of reinforcement with a red/green discrimination card is used in conjunction with FCT to teach J██ that there are times when his requests will be honored and times when they will be denied. Specifically, J██ will be required to complete a predetermined number of trials or tasks before specific requests will be honored.

Green Procedures

| BEHAVIORAL INTERVENTION PLAN |
| --- |

Signify to J████ that he is on green (e.g., show card and say "You are on green now"), start a timer for 5 minutes, and wait for him ask him to make specific requests (e.g., take a break, sit on the red square, write on the board). Continue with ongoing classroom requests and expectations.

If J████ makes a request, honor the request (e.g., different assignment, break, hold an item, talk to him, read a story). Note that some requests may be unreasonable (e.g., dangerous), in that case you can say "No, that is not available". If there is a reasonable replacement, offer it.

If J████ engages in precursor behavior (e.g. "This is too hard!", screaming), or other indications that he wants something or wants out of something, prompt an appropriate request (i.e., J████ you can say "Can you help me?").

Switch to red procedures if
o The timer ends or
o He engages in property destruction or elopement from the room

Red Procedures

Switching from green to red procedures can look like moving from "break" to work or moving from doing tasks J████ way to doing tasks the staff's way.To begin, turn the card to red and reset the tokens/checks.
o If J████ asks for 1 more minute honor it
o If J████ demonstrates any precursor behavior (e.g., screaming or saying, "I don't want to!") Prompt him to ask for one more minute (e.g., "You can ask for 1 more minute"). And then honor the request after he asks.
o After the 1 minute follow through with work request.

Vocally indicate to J████ what he must do to earn each token/check and let him know when he earns all tokens that he will be on green (e.g., "Each letter you write without my help you will get a token!, After you get five tokens, you can be on green and ask for what you want").
o Use three step guided compliance for each trial/task
o When J████ completes the first required trial(s)/task(s) without physical prompting or problem behavior, provide him with praise and a check/token
o Continue this procedure until he has earned all five checks/tokens
o When all five checks/tokens are earned, provide praise and switch to green procedures

If at any time J████ makes a request, deny it once (e.g., "You can have that on green"). Ignore continued requests for the same thing. Note that some requests may be honored if they are related to his access to information or help that would be typical for the assignment (e.g., help reading an unknown word).

If J████ engages in property destruction or out of area, continue blocking and prompting procedures

Schedule Thinning- As J████ data show progress by reduced levels of problem behavior, the number of trials required to earn each token should be increased. At the beginning of the plan, each token/check should represent one trial (e.g., writing one letter, reading a word, cutting on a line). If at any time progress stops, the requirements should be decreased. In the beginning, all requests for 1 more minute should be honored. After stability, availability of 1 more minute should be restricted. Note that this should be a systematic process based on data trends.

2. Differential Reinforcement (hallway):
As J████ is walking in the hallway provide high quality attention. If J████ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. If he drops to the floor, stop providing attention and provide prompting to stand up and walk. Continue providing attention as he walks independently. If he engages in problem behavior stop providing attention and
o If it's property destruction block and continue walking with J████
o If it's an attempt to engage in elopement block and physically guide him to the assigned location. If he elopes catch up with him and physically guide him to the assigned location.

## BEHAVIORAL INTERVENTION PLAN

### IV. Reinforcers and Consequences

A. Individualized Reinforcers for Student to Learn Alternative Behavior

Work Completion- When J█ completes the first required trial(s)/task(s) without physical prompting or problem behavior, provide him with praise and a check/token. Continue this procedure until he has earned all five checks/tokens. When all five checks/tokens are earned, provide praise and switch to green procedures. J█ will gain (a) negative reinforcement in the form of escape from demands and (b) positive reinforcement in the form of access to preferred items/activities.

Staying in area on green (not in hall)- As J█ is walking in the hallway provide high quality attention. If J█ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. J█ will gain negative reinforcement in the form of avoidance of interruption of ongoing activities.

Functional Communication Responses- Asking for 1 more minute- J█ will gain negative reinforcement in the form of escape from interruption of ongoing activities. Reasonable requests on green- J█ will gain (a) negative reinforcement in the form of escape from demands and (b) positive reinforcement in the form of access to preferred items/activities.

Successful Transitions and Staying in Area in hall- As J█ is walking in the hallway provide high quality attention. If J█ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. J█ will gain positive reinforcement in the form of adult attention and access to preferred items/activities.

B. Consequences for Target Behavior

If J█ engages in aggression, (including during elopement) use the following contingent work procedures:

1. Two people physically guide J█ to a safe location.
2. Once in the safe location, two staff members block problem behavior, including elopement.
3. Begin to present the contingent work (i.e., laminated shapes page) while safely blocking problem behavior by using three step guided compliance:
o Tell: Tell J█ to touch a shape (e.g., "Touch circle"). If he complies without engaging in aggression or property destruction, provide praise and re-present the task. If J█ does not comply and/or engages in problem behavior, move to Show.
o Show: Show J█ by modeling touching the shape (e.g., Say "Touch circle like me" while pointing to the circle). If he complies without engaging in aggression or property destruction, provide praise and re-present the task. If J█ does not comply and/or engages in problem behavior, move to Do.
o Do: Physically guide J█ to touch the shape. If he is physically resistant, touch the shape to him. Continue this procedure until he has touched the shape three times without property destruction or aggression.
4. When he has met criteria tell him it is time to transition back.
5. Use three-step guided compliance to put on shoes if off, stand up, walk out of room, and walk back to class.
6. When J█ returns to his location begin on red procedures.

### V. Action Plan for Data Collection and Monitoring of BIP

Case manager will provide copies of the BIP to all relevant staff. Staff will discuss any issues related to implementing the BIP with the Instructional Support Teacher. Frequency data summarized as a rate will be collected by teachers and/or paraprofessionals on Aggression. Data should also be collected on trips to the safe location through event and duration recording. The BIP will be reviewed by the team at least Annually. Every target behavior in the BIP should be addressed through IEP objectives stating the desired behavior outcomes. Case managers will review BIP data to determine effectiveness Monthly and at IEP Progress Reporting intervals.

### VI. Is a Crisis Plan required?

[x] Yes          [ ] No

**Crisis Plan**

(TBD- CBC BIP did not have a specific section for a Crisis Plan.)
If J█ engages in elopement, block or catch up with him.
If J█ engages in aggression, follow the contingent work procedures in the Consequences for Target Behavior section.

### Has a Functional Behavior Assessment been conducted?

[x] Yes          [ ] No          [ ] In Progress

**Date of FBA:** 03/16/2018

## BEHAVIORAL INTERVENTION PLAN

**I. Target Behaviors and Definitions**

Property Destruction- Throwing, ripping, swiping items; pulling items off walls; pushing furniture or kicking furniture from 3 inches or more; includes attempts.

**II. Functional Behavioral Assessment and Identified Function of the Target Behavior**

A combination of record review, teacher interview, rating scales, narrative recording, and a functional analysis occurred as a part of the FBA completed by Mr. Jeron Trotman, Board Certified Behavior Analyst from Southern Behavioral Group (SBG) on 3/16/18. The functional analysis revealed elevated rates of problem behavior (aggression and property destruction) during the interrupt, escape, and tangible conditions with zero levels of problem behavior occurring in the attention and control conditions. According to the results of the functional analysis, J▮▮▮▮ problem behavior is maintained by (a) negative reinforcement in the form of escape from demands, (b) negative reinforcement in the form of escape from interruption of ongoing activities, and (c) positive reinforcement in the form of access to preferred items/activities.

## BEHAVIORAL INTERVENTION PLAN

**III. Intervention Strategies (Positive Behavioral Interventions and Supports)**

**A. Modifications to the Identified Antecedents**

Functional Communication Training (FCT)- The purpose of FCT is to teach J███ appropriate responses that will result in access to what he wants (e.g., specific outcomes, attention, items) and/or escape from non-preferred activities (e.g., work requests). The appropriate responses will replace instances of problem behavior which have previously resulted in reinforcers. FCT has two components including reinforcement for appropriate communicative responses and extinction for problem behavior. Extinction means that J███ will no longer access specific outcomes, attention, or items or escape from nonpreferred activities by engaging in problem behavior.

Throughout the day (except for hallway transitions and lunch), a discrimination card (red/green) will be within J███ sight. The card will alternate between the two sides. Green will signify that reasonable requests will be honored and red will signify that J███ will be presented with requests from staff and his requests will be denied. On the red side of the card a place for five tokens/checks will be created. Each one of these squares will represent a specific amount of work or requests that J███ must complete before the card is switched to green. The work or requests must be completed without physical prompting and without problem behavior. J███ should always begin and end (if possible) on a green interval.

When green interval starts, show card and signify to J███ that he is on green.

If J███ engages in precursor behavior on green (e.g. "This is too hard!", screaming), or other indications that he wants something or wants out of something, prompt an appropriate request (i.e., J███ you can say "Can you help me?").

If J███ demonstrates any precursor behavior (e.g., screaming or saying, "I don't want to!") when switching from green to red procedures, prompt him to ask for one more minute (e.g., "You can ask for 1 more minute"), and then honor the request after he asks. After the 1 minute follow through with work request.

Prior to transitioning in the hallway ask J███ what he wants to work for. After he selects the item, tell J███ what he is expected to do and review what he will get if he transitions successfully (e.g., "If you walk and stay with me, then you can have the sticker when we get there").

Provide J███ with an individual visual schedule with times.

Prime and review with J███ any changes to the typical schedule or routine.

Provide controlled choices (e.g., "Do you want to read or write first?", "Would you like to work at the table or desk?").

Assess for potential reinforcers for break and transitions using a preference assessment.

Create a choice board for J███ to choose activities from during break times.

When giving directions to J███, phrase them so that you are communicating what you want him to do, versus what you don't want him to do.

**B. Alternative Behaviors (Meet the same function as the target behavior)**

Desired Behaviors-
1. Work Completion- Completing assignments within the designated time frame
2. Successful Transitions- Walking from one location to another without holding an adult's hand and by staying in line or staying within 5 feet of an assigned adult.
3. Stay in Area- Independently staying in assigned area without leaving 5 feet or more from defined space.

1. Functional Communication Training (FCT) with Denial Tolerance:
It is recommended that a chained schedule of reinforcement with a red/green discrimination card is used in conjunction with FCT to teach J███ that there are times when his requests will be honored and times when they will be denied. Specifically, J███ will be required to complete a predetermined number of trials or tasks before specific requests will be honored.

Green Procedures

| BEHAVIORAL INTERVENTION PLAN |
|---|

Signify to J____ that he is on green (e.g., show card and say "You are on green now"), start a timer for 5 minutes, and wait for him ask him to make specific requests (e.g., take a break, sit on the red square, write on the board). Continue with ongoing classroom requests and expectations.

If J____ makes a request, honor the request (e.g., different assignment, break, hold an item, talk to him, read a story). Note that some requests may be unreasonable (e.g., dangerous), in that case you can say "No, that is not available". If there is a reasonable replacement, offer it.

If J____ engages in precursor behavior (e.g. "This is too hard!", screaming), or other indications that he wants something or wants out of something, prompt an appropriate request (i.e., J____ you can say "Can you help me?").

Switch to red procedures if
o The timer ends or
o He engages in property destruction or elopement from the room

Red Procedures

Switching from green to red procedures can look like moving from "break" to work or moving from doing tasks J____ way to doing tasks the staff's way.To begin, turn the card to red and reset the tokens/checks.
o If J____ asks for 1 more minute honor it
o If J____ demonstrates any precursor behavior (e.g., screaming or saying, "I don't want to!") Prompt him to ask for one more minute (e.g., "You can ask for 1 more minute"). And then honor the request after he asks.
o After the 1 minute follow through with work request.

Vocally indicate to J____ what he must do to earn each token/check and let him know when he earns all tokens that he will be on green (e.g., "Each letter you write without my help you will get a token!, After you get five tokens, you can be on green and ask for what you want").
o Use three step guided compliance for each trial/task
o When J____ completes the first required trial(s)/task(s) without physical prompting or problem behavior, provide him with praise and a check/token
o Continue this procedure until he has earned all five checks/tokens
o When all five checks/tokens are earned, provide praise and switch to green procedures

If at any time J____ makes a request, deny it once (e.g., "You can have that on green"). Ignore continued requests for the same thing. Note that some requests may be honored if they are related to his access to information or help that would be typical for the assignment (e.g., help reading an unknown word).

If J____ engages in property destruction or out of area, continue blocking and prompting procedures

Schedule Thinning- As J____ data show progress by reduced levels of problem behavior, the number of trials required to earn each token should be increased. At the beginning of the plan, each token/check should represent one trial (e.g., writing one letter, reading a word, cutting on a line). If at any time progress stops, the requirements should be decreased. In the beginning, all requests for 1 more minute should be honored. After stability, availability of 1 more minute should be restricted. Note that this should be a systematic process based on data trends.

2. Differential Reinforcement (hallway):
As J____r is walking in the hallway provide high quality attention. If J____ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. If he drops to the floor, stop providing attention and provide prompting to stand up and walk. Continue providing attention as he walks independently. If he engages in problem behavior stop providing attention and
o If it's property destruction block and continue walking with J____.
o If it's an attempt to engage in elopement block and physically guide him to the assigned location. If he elopes catch up with him and physically guide him to the assigned location.


## BEHAVIORAL INTERVENTION PLAN

### IV. Reinforcers and Consequences

A. Individualized Reinforcers for Student to Learn Alternative Behavior

Work Completion- When J███ completes the first required trial(s)/task(s) without physical prompting or problem behavior, provide him with praise and a check/token. Continue this procedure until he has earned all five checks/tokens. When all five checks/tokens are earned, provide praise and switch to green procedures. J███ will gain (a) negative reinforcement in the form of escape from demands and (b) positive reinforcement in the form of access to preferred items/activities.

Staying in area on green (not in hall)- As J███ is walking in the hallway provide high quality attention. If J███ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. J███ will gain negative reinforcement in the form of avoidance of interruption of ongoing activities.

Functional Communication Responses- Asking for 1 more minute- J███ will gain negative reinforcement in the form of escape from interruption of ongoing activities. Reasonable requests on green- J███ will gain (a) negative reinforcement in the form of escape from demands and (b) positive reinforcement in the form of access to preferred items/activities.

Successful Transitions and Staying in Area in hall- As J███ is walking in the hallway provide high quality attention. If J███ arrives to the location without problem behavior or physical guidance, provide him with his chosen item. J███ will gain positive reinforcement in the form of adult attention and access to preferred items/activities.

B. Consequences for Target Behavior

If J███ engages in property destruction while on green, switch to red procedures.

If J███ engages in property destruction while on red, continue blocking and prompting procedures.

If J███ engages in property destruction while transitioning in the hallway, stop providing attention, block property destruction, and continue walking with J███.

### V. Action Plan for Data Collection and Monitoring of BIP

Case manager will provide copies of the BIP to all relevant staff. Staff will discuss any issues related to implementing the BIP with the Instructional Support Teacher. Frequency data summarized as a rate will be collected by teachers and/or paraprofessionals on Property Destruction. Data should also be collected on trips to the safe location through event and duration recording. The BIP will be reviewed by the team at least Annually. Every target behavior in the BIP should be addressed through IEP objectives stating the desired behavior outcomes. Case managers will review BIP data to determine effectiveness Monthly and at IEP Progress Reporting intervals.

### VI. Is a Crisis Plan required?

☒ Yes          ☐ No

**Crisis Plan**

Whether Crisis Plan is required for this behavior is TBD- CBC BIP did not have a specific section for a Crisis Plan.