**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| FULTON COUNTY SCHOOL DISTRICT, *Plaintiff*, v. J.F., by and through J.A., and J.A., *Defendants*. | CIVIL ACTION FILE NO. 1:20-cv-1675-ELR |

## DEFENDANTS' J.F AND J.A. 'S SUPPLEMENTAL MOTION FOR PREVAILING PARTY ATTORNEYS' FEES AND COSTS

COME NOW J.F. and J.A., Defendants in this matter and as prevailing parents, after filing their initial motion under Rule 54 of the Fed. R. Civ. P. for fees and the costs and expenses of litigation, now file this supplemental motion and supporting petition and evidence as directed by rule. This is filed within the IDEA and Rules after the Court's Order and the entry of Judgment.

The Defendants' filed a good faith estimate on or about June 9, 2021. This motion is filed pursuant to the attorneys' fees provision contained in the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. 1415(i)(3)(B)(i)(I), (formerly the Handicapped Child's Protection Act of 1986, P.L. 99-372) and 34 C.F.R. 300.517 (a)(i), as well as Federal Rule of Civil Procedure 54(d)(2)(B), and Northern District Local Rule 54.2, Defendants.

Based upon the reasons and evidence reflected in the record before the ALJ and the record in this Honorable Court, and as set out in the pleadings and in the

motion with a good faith estimate and now as sought in this supplemental

motion for fees, supported by the accompanying petition/brief and evidence,

Defendants seek an award of $ 550,088.00 in fees and $ 963.56 in expenses not

otherwise sought in the Bill of Costs, cumulatively for both of these two (2) cases.

This is established in subparts as follows:

### GOODMARK LAW FIRM/ZIMRING LAW FIRM
### FEE BREAKDOWN

|  | GOODMARK LAW FIRM | ZIMRING LAW FIRM | TOTAL |
|---|---|---|---|
| OSAH Due Process Hearing | 401.4 | 259.35 |  |
| FCSD Appeal in USDC | 267.4 | 246.25 |  |
| TOTAL HOURS | 668.8 | 505.60 |  |
| RATE | $450 | $550 |  |
| TOTAL FEE EARNED | $300,960 | $278,080 |  |
| LESS 5% FOR REASONABLENESS | $15,048 | $13,904.00 |  |
| TOTAL FEES SOUGHT | $285,912 | $ 264,176.00 | $550,088.00 |

### GOODMARK LAW FIRM/ZIMRING LAW FIRM
### NON-BILL OF COST EXPENSES

|  | GOODMARK LAW FIRM | ZIMRING LAW FIRM | TOTAL |
|---|---|---|---|
| COPIES | 0 | $716.40 | $716.40 |
| PARKING | $80 | $80 | $160 |
| POSTAGE/COURIER |  | $87.16 | $87.16 |
| TOTAL |  |  | $963.56 |

Defendants having fully and completely prevailed in this Court and having

an entitlement to the fees and costs expended in the administrative court, whose

determination was appealed into this Court, seek a full and compensatory lodestar fee award and the expended expenses of litigation.

Defendants' file supporting evidence and documentation in addition to the evidence and records of litigation in each court as follows:

| Exhibit No. | Name |
|---|---|
| 1 | CLG/JAZ Fee Summary |
| 2 | CLG/JAZ Costs Summary |
| 3 | Declaration of Craig Goodmark |
| 4 | CLG Complete Billing Items for J.F. et al. vs. FCSD through June 29, 2021 |
| 5 | Declaration of Jonathan A. Zimring, Esq. |
| 6 | JAZ Complete Billing Items for J.F. et al. vs. FCSD through June 29, 2021 |
| 7 | Declaration of Devon Orland, Esq. |
| 8 | Declaration of Mike Tafelski, Esq. |
| 9 | Declaration of Dawn R. Smith, Esq. |

This the 7th day of July 2021.

/s/ Jonathan A. Zimring
Jonathan A. Zimring
Georgia Bar No. 785250
ZIMRING LAW FIRM
1425-A DUTCH VALLEY PLACE
ATLANTA, GA 30324
zimring@zlawyers.com
404-607-1600

/s/ Craig Goodmark
Craig Goodmark
GA Bar No. 301428
GOODMARK LAW FIRM
1425 Dutch Valley Place Suite A
Atlanta, GA 30324
404-719-4848
cgoodmark@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| FULTON COUNTY SCHOOL DISTRICT, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| J.F., by and through J.A., and J.A., | FILE NO.  1:20-cv-1675-ELR |
| *Defendants.* | |

## CERTIFICATE OF COMPLIANCE

The undersigned identifies that this pleading is filed in Book Antiqua 13, in compliance with the Local Rules of the Court.

*s/Jonathan A. Zimring*
Jonathan A. Zimring
State Bar No. 785250

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| FULTON COUNTY SCHOOL DISTRICT,<br><br>    *Plaintiff,*<br><br>v.<br><br>J.F., by and through J.A., and J.A.,<br><br>    *Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:20-cv-1675-ELR |

## CERTIFICATE OF SERVICE

The undersigned herein certifies that the foregoing was filed and therefore served electronically to the identified opposing counsel for the Plaintiff using the Court's electronic filing and service system.

This 7th day of July 2021.

*/s/ Jonathan A. Zimring*
Jonathan A. Zimring
Georgia Bar No. 785250
ZIMRING LAW FIRM
1425-A DUTCH VALLEY PLACE
ATLANTA, GA 30324
*zimring@zlawyers.com*
*404-607-1600*

*/s/ Craig Goodmark*
Craig Goodmark
GA Bar No. 301428
GOODMARK LAW FIRM
1425 Dutch Valley Place Suite A
Atlanta, GA 30324
404-719-4848
cgoodmark@gmail.com