Exhibit 6

| | | | | TIME | AMOUNT | RATE |
|---|---|---|---|---|---|---|
| | | *J.F., by and through J.A., & J.A. v. FCSD* | | | | |
| | | **ZIMRING BILLING ENTRIES THROUGH 3-30-2020** | | | | |
| | | | | | | |
| | | **ADMINISTRATIVE TIME AND PARTIAL POST ORDER** | | | | |
| | | *NOVEMBER 2018- FEBRUARY 2019* | | | | |
| | | *DRAFT DUE PROCESS/ERS/PREHEARING REPORT* | | | | |
| | | | | | | |
| DATE | | DESCRIPTION | | TIME | AMOUNT | RATE |
| **JANUARY** | | | | | | |
| 01/22/2019 | | Conference with co-counsel, next steps and claims, outline preparation (PC)(PARTIAL CHARGE, Note: "PC")) | | 0.4 | 200 | 550 |
| 01/23/2019 | | Review pleadings and claims, email to co-counsel, potential factual presentations, work on potential evaluations and fact development, chart | | 0.7 | 350 | 550 |
| 01/25/2019 | | Email from co-counsel, respond, and review records | | 0.25 | 125 | 550 |
| 01/30/2019 | | Conference with co-counsel about expert and claims, tasks to undertake and time, schedule, review order and next steps, how to develop and prove case (PC) | | 0.5 | 250 | 550 |
| | | TOTAL | | 1.85 | 925 | |
| | | *FEBRUARY 2019-MAY 2019* | | | | |
| | | *HEARING PREP PART 1* | | | | |
| | | *THROUGH DAY 1 HEARING AND CONTINUANCE* | | | | |
| 02/04/2019 | | Call to IEE expert, review evaluation, review records, | | 1 | 500 | 550 |
| | | claims, plan for demand and consult on issues and | | | | |
| | | demand and begin fact development (PC) | | | | |
| 02/06/2019 | | Prep and plan case meeting with co-counsel, finish review of available records, list of needed documents for case and claims, how to obtain and manage (PC) | | 1.75 | 875 | 550 |
| 02/07/2019 | | Research issue and follow-up with potential expert,( PC) | | 0.5 | 250 | 550 |
| | | co-counsel (NC) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 02/08/2019 | | Review evaluations and report, more needed and get information from experts and look at standard | 0.4 | 200 | 550 |
| | | conference with co-counsel on legal claim (NC), (PC) | | | |
| 02/11/2019 | | Review document, conference with CG, co-counsel | 0.8 | 400 | 550 |
| | | work on issues and next steps, coninued development and review record | | | |
| | | demands, next steps, documents to client | | | |
| 02/12/2019 | | Work on claim and case prep, issues with co-counsel | 0.8 | 400 | 550 |
| | | on documents and case plan, on review of needed | | | |
| | | evaluation | | | |
| 02/13/2019 | | Address issues with claims and expert, then with | 0.65 | 325 | 550 |
| | | co-counsel, issues on access to records and | | | |
| | | observations (PC) | | | |
| 02/14/2019 | | Conference with CG, with staff, draft pleading and | 1.75 | 875 | 550 |
| | | appearance, file the same, review documents from | | | |
| | | District and demand for documents, need for | | | |
| | | records and their response, review standards of | | | |
| | | ethics for obtaining records (from experts and others) | | | |
| 02/18/2019 | | Communications with co-counsel (NC), review responses | 0.35 | 175 | 550 |
| | | and IEP meeting legal issues with in relationship to | | | |
| | | hearing and what is needed, failure to provide | | | |
| | | records and next step on this, continued hearing development | | | |
| 02/19/2019 | | Call and then review of emails and records, work on | 1.2 | 600 | 550 |
| | | issues for obtaining records, email to expert, emails | | | |
| | | with co-counsel, issue with 3rd party  (PARTIAL CHARGE) | | | |
| 02/20/2019 | | Conference with client, draft emails, edit, all issues | 1.35 | 675 | 550 |
| | | on records and documents, with NM, IEE demand, edit the | | | |
| | | same and finalize as to hearing witnesses | | | |
| 02/21/2019 | | Receive IEE response info, and from attorney, reply | 0.3 | 150 | 550 |
| | | to make claims and position clear | | | |
| 02/26/2019 | | Work on case related prep issues, email with | 0.3 | 150 | 550 |
| | | co-counsel, as to status, demands needed, NM records | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **MARCH** | | | | | | |
| 03/04/2019 | | | Review status and emails, new assessment of client | 0.4 | 200 | 550 |
| 03/13/2019 | | | Conference with client, IEE issue, observation issues | 0.5 | 250 | 550 |
| | | | | | | |
| **APRIL** | | | | | | |
| 04/01/2019 | | | Hearing prep, review documents and materials, | 0.15 | 75 | 550 |
| | | | review evaluation status and call to expert (PARTIAL | | | |
| | | | CHARGE) | | | |
| 04/02/2019 | | | Call and conference with expert and evaluator for | 0.25 | 125 | 550 |
| | | | prep and timing of matter, ensure documents | | | |
| | | | | | | |
| 04/05/2019 | | | Review additional records, review the file provided, draft letter for | 1.2 | 600 | 550 |
| | | | documents, call to potential witness and other initial | | | |
| | | | or contining trial prep issues | | | |
| 04/08/2019 | | | Email and then conference with co-counsel (NC), outline | 1.25 | 625 | 550 |
| | | | potential brief and motion, email and call to a | | | |
| | | | witness, email again, email to another potential | | | |
| | | | witness, check rules, review transcript IEP, email to client | | | |
| | | | all trial preparation. (PC) | | | |
| 04/09/2019 | | | Contact and review from expert, call and conference | 1.3 | 650 | 550 |
| | | | from witness, discussion with witness and review | | | |
| | | | document, prepping witnesses and for hearing prep | | | |
| 04/10/2019 | | | More hearing preparation, review of records, search | 2.1 | 1100 | 550 |
| | | | for missing records, look at response, edit potential | | | |
| | | | pleading, seek info to and from client, seek prep | | | |
| | | | information to and from co-counsel and expert (PC) | | | |
| 04/11/2019 | | | Continued prep through review of records, compare | 2.1 | 1100 | 550 |
| | | | to potential records, draft letter on missing records, | | | |
| | | | email on same | | | |
| 04/12/2019 | | | Review of records from defendant, finalize and send | 2.55 | 1275 | 550 |
| | | | letter trying to get rest of records, email and | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | conversation with co-counsel (NC), regarding records | | | |
| | | | and record review and further prep, conference over | | | |
| | | | records and expert, with expert and co-counsel, | | | |
| | | | outline potential trial motion, begin work on same | | | |
| 04/16/2019 | | | Drafting Motion in Limine to exclude documents | 2.9 | 362.5 | 150 |
| | | | withheld in IEP process and not identified in Prior | | | |
| | | | Written Notice, internal consult with JAZ regarding | | | |
| | | | same, and review of cases regarding same (2.9)(DH) | | | |
| 04/16/2019 | | | Conference with co-counsel, outline motion, review | 1.25 | 625 | 550 |
| | | | records, call and work on documents, start work on | | | |
| | | | prehearing issues and law | | | |
| 04/17/2019 | | | Begin drafting subpoenas, and attachment A to | 3.6 | 475 | 150 |
| | | | subpoenas, review of documents regarding same, | | | |
| | | | internal consult with JAZ regarding same (NC), and begin | | | |
| | | | drafting request for production, review of | | | |
| | | | documents re same (2.5); drafting hearing briefs on | | | |
| | | | expert testimony, IEP minutes are hearsay, cross | | | |
| | | | examination of FCSD agents, admissions by agents | | | |
| | | | of FCSD, after acquired evidence, authentication of | | | |
| | | | medical records, admissibility of charts, graphs and | | | |
| | | | summaries, exclusion of cumulative evidence, limits | | | |
| | | | on rebuttal evidence, scope of redirect, | | | |
| | | | sequestration of witnesses, and testimony on a | | | |
| | | | matter of law (1.3)(DH)  (PC) | | | |
| 04/17/2019 | | | Prep work including finalizing and writing portion of | 3 | 1500 | 550 |
| | | | final Motion in Limine, email to witness, conference | | | |
| | | | on prehearing work with co-counsel, edit and | | | |
| | | | finalize request to produce, edit and re-draft | | | |
| | | | subpoena for records, letter with subpoena, research | | | |
| | | | on motion as to admissions, application to claims, | | | |
| | | | research for motion on regulation and Supreme | | | |
| | | | Court authority (PC) | | | |

| Date | | | Description | Hours | Amount | Rate |
|---|---|---|---|---|---|---|
| 04/17/2019 | | | Record letter from defendant and response email, review and action to deal with records | 0.25 | 125 | 550 |
| 04/18/2019 | | | Work on trial motion/brief, research, work on access to | 2.5 | 1250 | 550 |
| | | | documents, review of documents, motion in limine on failure to allow documents, | | | |
| | | | additional contacts as we cannot get to records from | | | |
| | | | District, emails from attorneys on these requests | | | |
| 04/22/2019 | | | Continued case preparation and document work, Email and conference with co-counsel (NC), response | 3.3 | 1650 | 550 |
| | | | from GNETS, counsel, exchange emails to obtain | | | |
| | | | documents, finalize subpoena for records for emails, | | | |
| | | | finalize subpoena for records to Defendant, send as | | | |
| | | | request to Craig for final form, conference with | | | |
| | | | potential witness, email to potential witness, email | | | |
| | | | to second potential witness, review materials in prep (PC) | | | |
| 04/23/2019 | | | Meet with co-counsel, work on issues and requests for documents, pleading and draft/edit | 1 | 500 | 550 |
| | | | work on demand letter, conference with expert, look | | | |
| | | | at report and issues (PC) | | | |
| 04/24/2019 | | | Continued trial prep, Multiple document work for cross and examiniations, for use with adverse witness, evaluations and other prep, outline of witness and examination | 3.25 | 1625 | 550 |
| | | | tasks, again have to review lack of records and deadline for | | | |
| | | | response, email exchange with GNETS attorney for | | | |
| | | | documents, response, conference with co-counsel, | | | |
| | | | conference with evaluator, review records for same | | | |
| | | | and send information, draft and finalize subpoena | | | |
| | | | for witness, finalize witnesses availability, review potential | | | |
| | | | response to motion in limine, and outline response | | | |
| | | | to same, edit witness list exchange and review order | | | |
| 04/25/2019 | | | Review calendar, order and witness schedule and emails as to same, call to expert, email and fax from | 4.5 | 2250 | 550 |
| | | | expert, review next step with co-counsel (NC), obtain docs for | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | exchange and use at trial, email to witness, to client, | | | |
| | | | address and review in prep of observations and next steps, review progress reports | | | |
| | | | and general prep tasks orienting and outlining documents to witness and use | | | |
| 04/26/2019 | | | Work on case and case preparation, outline | 3.5 | 1750 | 550 |
| | | | potential reply brief for next week, work on issues | | | |
| | | | with records, production of documents, witness | | | |
| | | | observation and reports, progress reports, work on | | | |
| | | | hearing prep with witnesses and review of | | | |
| | | | documents, with co-counsel review and discussion | | | |
| | | | with experts, subpoenas to witnesses and defendant | | | |
| 04/29/2019 | | | Work on case and case preparation, work on reply | 5.2 | 2600 | 550 |
| | | | brief, work on issues with reports, records, | | | |
| | | | production of documents in exchange, edit witness | | | |
| | | | list and disclosure needed, address their documents and procedures, work | | | |
| | | | on hearing prep with witnesses and review of | | | |
| | | | documents, with co-counsel review and discussion | | | |
| | | | with experts | | | |
| 04/30/2019 | | | Editing Reply in support of MILimine (DH) | 0.9 | 112.5 | 150 |
| 04/30/2019 | | | Meet with client and begin prep, with co-counsel (NC), | 4 | 2000 | 550 |
| | | | emails on status, work on witness list and finalization | | | |
| | | | of documents, work on hearing brief, and work on | | | |
| | | | response - reply brief in limine, contact to experts, | | | |
| | | | continue hearing preparation | | | |
| | | | | | | |
| **MAY** | | | | | | |
| 05/01/2019 | | | Continued hearing and trial prep, meet with co-counsel (PC), review documents sent only | 4.25 | 2125 | 550 |
| | | | electronically, decide whether to file motion, meet | | | |
| | | | with client in prep (1.5), conference with witness, | | | |
| | | | work on reply brief, work on trial brief (PARTIAL CHARGE) | | | |

| Date | | | Description | Hours | Amount | Rate |
|---|---|---|---|---|---|---|
| 05/02/2019 | | | Editing Reply on MIL and work on trial brief (DH) | 0.9 | 112.5 | 150 |
| 05/03/2019 | | | Hearing prep on motions and briefs in play, Review brief and outline reply, address other defendant | 3.5 | 1750 | 550 |
| | | | motion and response to request to produce, draft portion of response to defendant brief(1.1), conference with | | | |
| | | | expert, with expert over subpoenas (.4), with client and | | | |
| | | | short portion of prep of client (.5), review and | | | |
| | | | manage additional documents, all trial prep | | | |
| | | | (PARTIAL CHARGE) | | | |
| 05/04/2019 | | | Direct trial prep - Work on examinations, emails on same, prep for trial | 2.5 | 1250 | 550 |
| 05/05/2019 | | | General hearing prep continued including review | 5.2 | 2600 | 550 |
| | | | documents, review some of new documents, edit | | | |
| | | | pleading (.5), witness prep for direct and cross | | | |
| | | | examination, working through prep for list of witnesses from Fulton | | | |
| 05/06/2019 | | | Final prep issues, prep for expert, conference with | 8.5 | 4250 | 550 |
| | | | expert, meet with co-counsel on documents and use (NC), | | | |
| | | | demands, first issues and remaining issues and motions, on | | | |
| | | | subpoena and response, witness and cross | | | |
| | | | examination prep, finalize trial notebook, documents | | | |
| | | | for hearing, hearing briefs, review court order (PC)(non-attorney tasks) | | | |
| 05/06/2019 | | | Ford-Supplemental Joint Exhibits/Hearing | 4 | 500 | 150 |
| | | | preparation (Notebook work)(JB) | | | |
| 05/07/2019 | | | Travel to Court (PC), set up, meet with client, meet with | 2.55 | 1275 | 550 |
| | | | Court, preliminary discussions for resolution, | | | |
| | | | conference with expert, with client, return, meet on | | | |
| | | | issues, reach stipulation on mediation and settlement related issues and emails to witnesses, demand tasks | | | |
| | | | SUBTOTAL | 93.5 | 42262.5 | |

| | | | | | |
|---|---|---|---|---|---|
| | | **_MAY 2019 - SEPT 2019_** | | | |
| | | **_POST HEARING MEDIATION_** | | | |
| 05/08/2019 | | After court continuance, meet with co-counsel and work on tasks from stipulation, i.e., agreement to meet with experts, defendants position that J. does not need GNETS, outline next steps, email to | 1.25 | 625 | 550 |
| | | evaluator as to trial and mediation prep, review record, review demands | | | |
| 05/09/2019 | | Work on demand letter, second draft and edits, outline claims for demand | 0.4 | 200 | 550 |
| 05/10/2019 | | Work on and edit proposals from experts, for | 0.5 | 250 | 550 |
| | | exchange with Ms. Lewis, review materials and with client | | | |
| 05/13/2019 | | Review final of proposal, review settlement offer | 0.3 | 150 | 550 |
| | | from district, see it sent to client, set up response and review | | | |
| 05/14/2019 | | Issues on mediation and dates, demands, with mediator issues and with client | 0.15 | 75 | 550 |
| 05/15/2019 | | Work on next steps, issues with position and | 0.25 | 125 | 550 |
| | | documents | | | |
| | | | | | |
| **JUNE** | | | | | |
| 06/12/2019 | | Issues on mediation, conference with co-counsel | 0.2 | 100 | 550 |
| 06/13/2019 | | Issues on mediation, email exchanges, conference | 0.7 | 350 | 550 |
| | | with co-counsel, next step | | | |
| 06/14/2019 | | Information and exchanges for mediation, draft of | 0.25 | 125 | 550 |
| | | documents, pleadings, response to co-counsel on | | | |
| | | same, preparing agreed to demand and remedy | | | |
| 06/17/2019 | | Call and email from co-counsel, review pleading, | 0 | 0 | 550 |
| | | edit the same (NC) | | | |
| 06/20/2019 | | Emails and responses on mediation and prepare for | 0.15 | 75 | 550 |
| | | same, again remedy tied to facts | | | |
| 06/21/2019 | | Meet with co-counsel, regarding mediation and if | 0.2 | 100 | 550 |
| | | there is any way to get Fulton to respond or | | | |
| | | negotiate placement in good faith, concern re: will not | | | |

| Date | | | Description | Hours | Amount | Rate |
|------|--|--|-------------|-------|--------|------|
| 06/24/2019 | | | Collaborate on document production and on prep | 0.75 | 375 | 550 |
| | | | and presentation at mediation, info from expert | | | |
| 06/25/2019 | | | Prep for mediation, attend mediation, breaks down | 5 | 2500 | 550 |
| | | | by failure to make offer by Fulton County, debrief | | | |
| | | | with mediator, then client, re: failure of Fulton to be willing to commit to do anything new for Jamir, deny what was said in court at time of stipulation, next step - plan with client for preparation and preservation of evidence, trial (PARTIAL CHARGE) | | | |
| 06/26/2019 | | | Preliminary outline of tasks for trial, back to review of prep and what is needed | 0.25 | 125 | |
| | | | SUBTOTAL | 10.35 | | |
| | | | | | | |
| | | | <mark>**HEARING PREP/HEARING DAY 2 -**</mark> | | | |
| **JULY** | | | | | | |
| 07/03/2019 | | | Review Order and meet with co-counsel (timing, tasks, prep, contacts) experts | 0.15 | 75 | 550 |
| 07/22/2019 | | | Meet with co-counsel, work on documents and | 0.3 | 150 | 550 |
| | | | review order, reset hearing prep | | | 550 |
| 07/23/2019 | | | Work on status, review orders with co-counsel, work | 1 | 500 | |
| | | | on documents, next steps, witnesses (PARTIAL | | | 550 |
| | | | CHARGE) | | | |
| 07/26/2019 | | | Work on documents needed and content, prep for evidence | 0.2 | 100 | |
| 07/29/2019 | | | Work on case, documents, review documents and | 1.2 | 600 | 550 |
| | | | meet with co-counsel | | | 550 |
| 07/31/2019 | | | Prepare exhibits for hearing (JB) | 0.75 | 93.75 | |
| 07/31/2019 | | | Review materials for exhibits and case prep | 0.4 | 200 | 150 |
| **AUGUST** | | | | | | |
| 08/01/2019 | | | Work on documents and exchange, letter from | 0.4 | 200 | 550 |
| | | | respondent to judge, review new evaluation and | | | 550 |
| | | | impact on case, note same and outline for prep | | | |
| 08/01/2019 | | | Documents for hearing prep, copies for use, order (JB) | 1 | 125 | |

| Date | | | Description | Hours | Amount | Rate |
|---|---|---|---|---|---|---|
| 08/02/2019 | | | Research on potential witness, conference with | 0.15 | 75 | 150 |
| | | | co-counsel (PARTIAL CHARGE) | | | 550 |
| 08/05/2019 | | | Return to general prep, Work on case issues with potential expert witness | 0.15 | 75 | |
| 08/07/2019 | | | Work on review, content and understand expert witness report, potential testimony | 0.25 | 125 | 550 |
| 08/08/2019 | | | With co-counsel and prep (NC) | 0 | 0 | 550 |
| 08/13/2019 | | | Prep and email to defendant - FCSD, and with co-counsel, | 0.25 | 125 | 550 |
| | | | email for expert, prep for trial issue and new year data | | | 550 |
| 08/16/2019 | | | Look at motion, review the evaluation at issue | 0.25 | 125 | |
| | | | (PARTIAL CHARGE) | | | 550 |
| 08/16/2019 | | | Update exhibits for hearing, notebooks, access to all attorneys (JB) | 1 | 125 | |
| 08/19/2019 | | | Review motion filed by Respondents, Court order, | 0.7 | 350 | 150 |
| | | | then review issue and set out course of response | | | 550 |
| | | | (PARTIAL CHARGE) | | | |
| 08/20/2019 | | | Work on response to motion in limine from | 1.1 | 550 | |
| | | | Respondent, conference with co-counsel (NO | | | 550 |
| | | | CHARGE), and begin hearing prep including new eval, data | | | |
| 08/22/2019 | | | Work on and research, edit and write portions of | 1.75 | 875 | |
| | | | response to motion in limine, check record, check | | | 550 |
| | | | allegations, short conference with co-counsel on | | | |
| | | | section sent to him for edits and use, push to final how to respond and begin work on same | | | |
| 08/22/2019 | | | Initial work on response to motion in limine, send to | 0.4 | 200 | |
| | | | co-counsel for review (PC) | | | 550 |
| 08/26/2019 | | | Review pleading situation with expert, what to anticipate in direct and cross | 0.2 | 100 | |
| | | | | | | |
| **SEPT.** | | | | | | |
| 09/02/2019 | | | Prepare for trial, call with expert, review documents, | 5.75 | 2875 | 550 |
| | | | meet with and help prepare client for trial and | | | 550 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | testimony, work, with review of records and documents, on witness order and limitations | | | | |
| | | | and scheduling as per the court order, prep and | | | | |
| | | | review initial witness cross and examination, edit the | | | | |
| | | | same | | | | |
| 09/03/2019 | | | Research and draft argument for hearing brief that | 1.9 | 237.5 | | |
| | | | statements of GNETS employees and staff are | | | | 150 |
| | | | binding admissions against FCSD (1.9)(DH) | | | | |
| 09/03/2019 | | | Prepare for trial, includes review of exhibits, prepare | 12.5 | 6250 | | |
| | | | and interview expert, work on direct, work on | | | | 550 |
| | | | potential cross of adverse witnesses, 2, research | | | | |
| | | | failure to appear issues as it looks like Fulton Special | | | | |
| | | | Ed director will disregard subpoena, further prep | | | | |
| | | | after email exchange with client | | | | |
| 09/04/2019 | | | Travel to and from Court (PC)(Capped) | 0.2 | 100 | | |
| 09/04/2019 | | | Attend trial | 9.5 | 4750 | | 550 |
| 09/04/2019 | | | Prepare for next day | 2.75 | 1375 | | 550 |
| | | | | | | | 550 |
| | | | SUBTOTAL | 44.2 | 25531.25 | | |
| | | | | | | | |
| | | | **SEPTEMBER 2019-NOVEMBER 2019** | | | | |
| | | | **HEARING DAY 3,4,5 in Sept.** | | | | |
| **September - Delay and Reset** | | | | | | | |
| 09/05/2019 | | | Travel to and from court (PC)(Capped) | 0.2 | 100 | | |
| 09/05/2019 | | | Attend court, review motion, Defendant motion to | 2.7 | 1350 | | 550 |
| | | | delay case, Court order, standing in place, meet with | | | | 550 |
| | | | parent, meet with expert, call to expert, second call | | | | |
| | | | on prep and schedule as manage appearance and testimony, meet with co-counsel, | | | | |
| | | | multiple emails on situation, prep, email and | | | | |
| | | | exchange with Court (PC) | | | | |
| 09/05/2019 | | | Read produced/subpoenaed documents, outline use | 0.7 | 350 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | of documents and prep with documents on cross of | | | 550 |
| | | | relevant witness | | | |
| 09/06/2019 | | | Travel to and from court (PARTIAL CHARGE)(Capped) | 0.2 | 100 | |
| 09/06/2019 | | | Attend court, continuance hearing and order as Ms. Lewis calls in hurt, meet | 4 | 2000 | 550 |
| | | | with client, meet with experts, calls and emails on | | | 550 |
| | | | same issue to witnesses and to Respondent, emails | | | |
| | | | to Court, 3x, then Order review (PARTIAL CHARGE) | | | |
| 09/09/2019 | | | manage issues caused by Fulton continunace, order and access to witnesses,  Work on issues on prep and witnesses, access to | 0.5 | 250 | |
| | | | information | | | 550 |
| 09/10/2019 | | | Pick up issues with expert and on cross, research in | 0.5 | 250 | |
| | | | prep on the same, with documents and prep for cross | | | 550 |
| 09/12/2019 | | | Short meet with co-counsel, review issues on | 0.3 | 150 | |
| | | | scheduling, emails to experts, next steps and | | | 550 |
| | | | materials (NO CHARGE)(PC) | | | |
| 09/13/2019 | | | Work with co-counsel on expert and potential | 0.25 | 125 | |
| | | | rebuttal case | | | 550 |
| 09/16/2019 | | | Review records, call to co-counsel, all prep and | 0.75 | 375 | |
| | | | witness prep, as reset for resuming trial, prep for cross | | | 550 |
| 09/18/2019 | | | Emails to experts, read evaluation and start up prep | 0.75 | 375 | |
| | | | for trial again on one expert up first day | | | 550 |
| 09/19/2019 | | | Meet with co-counsel NC), plan testimony, overlap and different expert info, email to | 1 | 500 | |
| | | | witnesses, review records and additional prep | | | 550 |
| 09/20/2019 | | | Trial prep, meet with co-counsel, go over | 2.75 | 1375 | |
| | | | assignments, issues and cross, review records, call to | | | 550 |
| | | | expert, email to client, email to co-counsel, hearing | | | |
| | | | and evidence prep | | | |
| 09/22/2019 | | | Witness and trial prep, direct exam and review of | 2.4 | 1200 | |
| | | | cross, documents | | | 550 |

| Date | | | Description | Hours | Amount | | Rate |
|---|---|---|---|---|---|---|---|
| 09/24/2019 | | | Travel to court (PARTIAL CHARGE)(Capped) | 0.2 | 100 | | |
| 09/24/2019 | | | Attend trial, debrief and prep for next day | 13.75 | 6875 | | 550 |
| 09/25/2019 | | | Travel to court (PARTIAL CHARGE)(Capped) | 0.2 | 100 | | 550 |
| 09/25/2019 | | | Attend trial and prep for next day | 7.75 | 3875 | | 550 |
| 09/26/2019 | | | Travel to court (PARTIAL CHARGE)(Capped) | 0.2 | 100 | | 550 |
| 09/26/2019 | | | Attend trial, prep for next day | 14.4 | 7200 | | 550 |
| 09/27/2019 | | | Travel to court (PARTIAL CHARGE)(Capped) | 0.2 | 100 | | 550 |
| 09/27/2019 | | | Attend trial, meet with client, debrief as to next steps and her role | 6.5 | 3250 | | 550 |
| | | | | | | | 550 |
| | | | SUBTOTAL | 60.2 | 30100 | | |
| | | | **OCTOBER 2019-DECEMBER 2019** | | | | |
| | | | **POST HEARING BRIEFING** | | | | |
| | | | | | | | |
| 09/30/2019 | | | Work on end of case, what has to be done, | 1 | 500 | | |
| | | | researched, letter and decision on mediation, next | | | | 550 |
| | | | step, meet with co-counsel, email client (PARTIAL | | | | |
| | | | CHARGE) | | | | |
| **OCT.** | | | | | | | |
| 10/02/2019 | | | Work on placement, records, post litigation issues, | 1.25 | 625 | | |
| | | | demand for information, continued needs for J. | | | | 550 |
| 10/03/2019 | | | Work on and edit objection brief to certain records, | 1.25 | 600 | | |
| | | | email to co-counsel, work on motion for oral | | | | 550 |
| | | | argument, email, work with client on current status, | | | | |
| | | | emails for records, emails for and about a meeting | | | | |
| | | | (NO CHARGE) (PARTIAL CHARGE) | | | | |
| 10/07/2019 | | | Review orders, get ready for pleading review, edit | 0.25 | 125 | | |
| | | | and meet with co-counsel on same, as podt-trial briefs | | | | 550 |
| 10/08/2019 | | | Email from defendants about Jamir, share with | 0.25 | 125 | | |
| | | | client, share info sought in part with client, email and | | | | 550 |
| | | | conference with co-counsel as to approach and briefing (PC) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 10/09/2019 | | Meet and consult co-counsel on post hearing issues, | 0.75 | 375 | |
| | | attempts to circumvent case with misrepresented | | | 550 |
| | | IEP meetings, edit and finalize letter to defendants, | | | |
| | | email to client, continuing and renewed issues with misrepresentations and as to what client said, review duty to respond | | | |
| 10/10/2019 | | Continued emails and conferences about case | 0.5 | 250 | |
| | | ending, release of Jamir, issues on available and | | | 550 |
| | | needed documents for meeting and release, attempt again, in light of evidence and failure to sustain placement by Fulton to get changed placement | | | |
| 10/14/2019 | | Continued response on records and issues about | 0.3 | 150 | |
| | | placement, how to handle in case and with case, | | | 550 |
| | | emails to and from Defendants (PARTIAL CHARGE) | | | |
| 10/15/2019 | | Work with co-counsel, revise approach, edit and | 0.4 | 200 | |
| | | review pleadings on post-hearing issues, prep for | | | 550 |
| | | response | | | |
| 10/16/2019 | | Multiple emails with client and issues with North | 0 | 0 | |
| | | Metro, re: failure to serve J. (NC) | | | 550 |
| 10/17/2019 | | Email and request for and from client, with | 0.4 | 200 | |
| | | co-counsel, how to get and resolve records and | | | 550 |
| | | placement issues, delay in transcript and actions in | | | |
| | | the interim, actions to close out pleadings ordered by Court and get final decision before the Court | | | |
| 10/18/2019 | | Exchange emails with client, regarding status during | 0.3 | 150 | |
| | | period waiting for decision, review documents not | | | 550 |
| | | provided, email for documents (PARTIAL CHARGE) | | | |
| 10/21/2019 | | Work on pleadings, check orders, schedule, review | 0.85 | 425 | |
| | | document received | | | 550 |
| 10/22/2019 | | Emails making it clear that GNETS and FCSD refuse | 0 | 0 | |
| | | or are too lazy to actually provide necessary | | | 550 |

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| | | | information and documents, advice on what we can do for client, for expert and co-counsel (NC) | | | |
| 10/23/2019 | | | Review order and calendar, new transcript sent to us | 0.25 | 125 | |
| 10/23/2019 | | | Review responses from both GNETS and Lewis, again | 0.25 | 125 | 550 |
| | | | failure to provide documents, failure to answer | | | 550 |
| | | | questions, see co-counsel and determine it is useless as | | | |
| | | | Lewis fails to respond with anything meaningful and delays | | | |
| | | | perhaps just a game to her, communicate to client, and ensure client understands, we still need services! (PC) | | | |
| 10/24/2019 | | | Meet with co-counsel, outline of brief and proposed | 0.75 | 375 | |
| | | | findings of fact, divide tasks, plan impact of brief and claims | | | 550 |
| 10/30/2019 | | | Continuing issues on post-trial services and claims, | 0.25 | 125 | |
| | | | work on post-trial pleadings | | | 550 |
| **NOVEMBER** | | | | | | |
| 11/05/2019 | | | Receive and review transcript | 0.2 | 100 | |
| 11/11/2019 | | | Issues on meeting and implementation, with Craig | 0.15 | 75 | 550 |
| | | | on pleadings and final proposal (PARTIAL CHARGE) | | | 550 |
| 11/12/2019 | | | Emails about and on placement issues (NO CHARGE) | 0 | 0 | |
| 11/14/2019 | | | Order, calendar and next step, plan for briefing, open section of cc | 0.35 | 175 | 550 |
| 11/20/2019 | | | Meet with co-counsel, review report and status of | 0.1 | 50 | 550 |
| | | | pleading (PARTIAL CHARGE) | | | 550 |
| 11/25/2019 | | | Meet with co-counsel, address outline, current division of | 1.75 | 875 | |
| | | | tasks, briefing of issues, section on conclusions of | | | 550 |
| | | | law, begin same, includes research, look at trial brief sect. | | | |
| 11/26/2019 | | | Work on findings - edit the same, review transcript to assist on 2 | 2.25 | 1125 | |
| | | | witnesses, outline conclusions of law, using trial brief | | | 550 |
| **DECEMBER** | | | | | | |
| 12/02/2019 | | | Work on discrete section of post hearing brief, | 1.2 | 600 | |
| | | | specific witness, review of evaluation and of | | | 550 |
| | | | testimony, outline for findings | | | |

| Date | | | Description | Hours | Amount | | Rate |
|---|---|---|---|---|---|---|---|
| 12/03/2019 | | | Work on proposed findings, edit to same, draft | 3.2 | 1600 | | |
| | | | portions for specific witnesses, work on conclusions, | | | | 550 |
| | | | edit and draft the same | | | | |
| 12/04/2019 | | | Final edits and revisions of post trial pleading, | 2.8 | 1375 | | |
| | | | conference with co-counsel, to client and calendar steps | | | | 550 |
| | | | SUBTOTAL | 21 | 10450 | | |
| | | | **JANUARY 2020-APRIL 2020** | | | | |
| | | | **POST ORDER IEP MEETING/ IMPLEMENTATION ISSUES** | | | | |
| 12/27/2019 | | | Email and schedule, sought by client and status (NC) | 0 | 0 | | |
| **JANUARY** | | | | | | | |
| 01/09/2020 | | | Conference and email on status, to client, to expert (PC) | 0.1 | 50 | | 550 |
| 01/14/2020 | | | Email and review of status, to client (PC) | 0.1 | 50 | | 550 |
| 01/21/2020 | | | Review file on status, lack of services (NO CHARGE) | 0 | 0 | | 550 |
| 01/22/2020 | | | Receive and review final order, email to co-counsel, | 1.25 | 625 | | 550 |
| | | | call, review and think through provisions and next | | | | 550 |
| | | | step, let client know, look at calendar and need for services | | | | |
| 01/23/2020 | | | Work on next step, emails to experts and witnesses, | 0.4 | 200 | | |
| | | | look at calendar and date, need OT, SLO (PARTIAL CHARGE) | | | | 550 |
| **FEB.** | | | | | | | |
| 02/11/2020 | | | Further work on needed actions, look at implementation, fees, research and meet with | 0.75 | 375 | | |
| | | | co-counsel to plan approach and information (.4), | | | | 550 |
| | | | work on rights and potential claim for failure to | | | | |
| | | | implement and need to change placement (.35) | | | | |
| 02/13/2020 | | | Review response from Fulton, useless, which says little and provides no answer for Jamir, tell client, no | 0.5 | 250 | | |
| | | | data and no schedule and little information, review | | | | 550 |
| | | | order, call and email to get implementation on | | | | |
| | | | going to co-counsel, one issue - stay-put as of 1-21 | | | | |
| 02/14/2020 | | | Work on meeting and implementation issues, | 2.4 | 1200 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | demands, concern and schedule, notice, district failures, research to | | | 550 |
| | | | implement, emails to expert and clients as to duty to implement and what are our claims | | | |
| 02/17/2020 | | | Issues and next step, with co-counsel, and with | 0.25 | 125 | |
| | | | email from FCSD attorney, again cannot understand delay | | | 550 |
| 02/18/2020 | | | Work on implementation, emails for records, notice | 1.5 | 750 | |
| | | | letter, letter to GNETS, review response, edit reply on | | | 550 |
| | | | meeting, email to experts, needed for rely at meeting | | | |
| 02/19/2020 | | | Review response to requests, edit reply, email to | 1.6 | 800 | |
| | | | client, email and also review data sent for IEP | | | 550 |
| | | | meeting, meet with co-counsel for IEP meeting, | | | |
| | | | work with client on concerns for meeting, work with | | | |
| | | | expert on meeting issues, all implementing order | | | |
| 02/20/2020 | | | Again working on ordered IEP, seeking documents, review | 1.5 | 750 | |
| | | | inadequate and partial draft, notice with inadequate | | | 550 |
| | | | staff, response to Samantha, response again on | | | |
| | | | other issue, letter to obtain documents, email to one | | | |
| | | | of experts for need re: IEP which is ordered, nothing from FC | | | |
| 02/21/2020 | | | Work on ordered IEP meetings, multiple emails and calls with | 1.35 | 675 | |
| | | | and to GNETS for records, to defendant and from | | | 550 |
| | | | defendant, changing meeting, partial documents, | | | |
| | | | who is coming, location, research again on location as to horrible claim that Jamir can go back to old school, | | | |
| | | | review with expert drafts of goals, inadequate goal suggest from Fulton, have to review order and evidence | | | |
| 02/24/2020 | | | Prep for court ordered IEP meeting, multiple tasks, | 3.75 | 1875 | |
| | | | as new IEP draft and documents and data, still | | | 550 |
| | | | missing data, received some, review outline of goals and | | | |
| | | | objectives from expert for meeting, review and edit | | | |
| | | | parental concerns for meeting, review objectives and | | | |
| | | | plan for transition for meeting, emails (3x) to client | | | |
| | | | with documents and drafts, for notice and | | | |

| Date | | | Description | Hours | Amount | | |
|---|---|---|---|---|---|---|---|
| | | | comments, prep final materials, emails to | | | | |
| | | | defendants about the meeting | | | | |
| 02/25/2020 | | | Travel to and from IEP meeting (Billed at reduced rate) | 0.2 | 100 | | |
| | | | (PARTIAL CHARGE) | | | | 550 |
| 02/25/2020 | | | Attend IEP Team meeting, short debrief with client, | 6.5 | 3250 | | |
| | | | as ordered by Final Decision, meeting incomplete, raises issues again resolved in order, contact to expert | | | | 550 |
| **MARCH** | | | | | | | |
| 03/03/2020 | | | More unfortunate work on trying to get relief and | 1.6 | 800 | | |
| | | | remedy for client, open issuereview consent and respond, | | | | 550 |
| | | | emails and not getting documents, emails and more | | | | |
| | | | attempts at delay or avoidance, failure to have IEP or services resolved, issues with FCS not prepared at IEP | | | | |
| 03/03/2020 | | | Work on North Metro side, nothing from them, send issue to Morris and demand on services as alternative to FCSD (PC), little response and NM staff were unprepared | 0.2 | 100 | | |
| 03/04/2020 | | | More issues on getting resolution and transition, | 0.4 | 200 | | 550 |
| | | | emails from client, respond, edit consent, re: cannot get IEP or initiation of services, cannot get full transition plan | | | | 550 |
| 03/09/2020 | | | Continued work on transition and final IEP from ordered IEP meeting, as was agreed by Lewis, but no response and edit documents not done at | 0.8 | 400 | | |
| | | | meeting, review emails, data sent, emails to and | | | | 550 |
| | | | from defendant counsel, conference with co-counsel | | | | |
| | | | on response, review new data sent | | | | |
| 03/10/2020 | | | Continued work on failure of FCSD to send info for | 0.75 | 375 | | |
| | | | implementation, or to respond on contents of IEP, | | | | 550 |
| | | | write again | | | | |
| 03/11/2020 | | | Work on trying to implement order, change of | 1.4 | 700 | | |
| | | | placement, new required IEP, meet with co-counsel, | | | | 550 |
| | | | work on response and law allowing them to reject | | | | |
| | | | part of the remedy as ordered, review email | | | | |
| | | | exchanges with counsel, look at complaint, emails | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | on consent to and from client (PARTIAL CHARGE) | | | |
| 03/12/2020 | | | Work on response to get services implemented as | 0.25 | 125 | |
| | | | Order is still not being done | | | 550 |
| 03/12/2020 | | | Respond and communicate with client on | 0.25 | 125 | |
| | | | implementation issues and on the required consent | | | 550 |
| 03/16/2020 | | | Email to client on implementation, draft demand, | 0.25 | 125 | |
| | | | review materials for demand and implementation to | | | 550 |
| | | | see what is being done, advice to client | | | |
| 03/26/2020 | | | Conference with client and co-counsel, complaint | 0.2 | 100 | |
| | | | and next step | | | 550 |
| 3/30/20 | | | Continued attempts at implementation and to get IEP as ordered, response, work on same, conference with co-counsel, materials and draft (NC) | 0 | 0 | |
| | | | SUBTOTAL | 28.25 | 14125 | |
| | | | | | | |
| | | | | 259.35 | | |

Note:PC or Partial  Charge identies a reduction from actual time. Such time is not included in summary as to time sought.

Note: NC or No Charge is an elimination of time entry or one aspect of the larger time entry. Such time is not included in the summary as to time sought.

Note: Fee entries are by person, per day and at sought rate. Totals reflect the amounts sought and total hours, at a blended rate.

Note: Time and fee are after initial summary and billable time reductions, but before further 5% reducation for Petitioner purposes.

| Trans Date | Rate | Hours to Bill | Amount | Description of Work and Tasks |
|---|---|---|---|---|
| | | | | **JAZ DISTRICT COURT TIME FROM MARCH 2020 to JUNE 2021 GROUPED BY STAGES OF LITIGATION** |
| | | | | |
| | | | | |
| | | | | |
| | | | | *MARCH/APRIL 2020 - Post ALJ Final Order Tasks; Prepare for fee complaint* |
| | | | | |
| 04/02/2020 | 550 | 0.2 | 110 | Conference with co-counsel resolving procedure on |
| | | | | appeal and claim for fees, split tasks (PARTIAL |
| | | | | CHARGE) |
| | | | | Post Order |
| | | | | |
| 04/07/2020 | 550 | 1.4 | 770 | Research SOL, give research to lead counsel, answer |
| | | | | issues and steps/law questions and make decision, divide tasks |
| | | | | Post Order |
| | | | | |
| 04/12/2020 | 550 | 1.2 | 660 | Edit pleadings and petition, email with division of |
| | | | | tasks with co-counsel |
| | | | | Post Order |
| | | | | |
| 04/14/2020 | 550 | 1.4 | 770 | Meet with co-counsel and resolve moving forward |
| | | | | and approach and timing, SOL issues (NO CHARGE); |
| | | | | research on complaint, edit complaint draft portion, edit |
| | | | | petitioner draft, begin draft of affidavit (PARTIAL |
| | | | | CHARGE) |
| | | | | Post Order |
| | | | | |
| 04/15/2020 | 550 | 0.8 | 440 | Write and edit fee affidavit, send to co-counsel, and start |
| | | | | full review of complaint and time summary as exhibits |
| | | | | Post Order |
| | | | | |
| 04/16/2020 | 550 | 1.3 | 715 | Work on pleadings and petition for fees, edit of CG |
| | | | | second draft of complaint, Conference on filing and |
| | | | | research on SOL (NO CHARGE); edit affidavit, review |
| | | | | petition and note issues and research, research (PARTIAL CHARGE) |
| | | | | Post Order |
| | | | | |
| 04/16/2020 | 550 | 0.25 | 137.5 | Review email from Defendant, compare to actual |
| | | | | prior exchanges and true story of what happened, |
| | | | | determine response not needed as matter can be resolved |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | |
| 04/17/2020 | 550 | 1.4 | 770 | Work on fee pleadings, affidavit, final edit of hours |
| | | | | and summaries, edit to CG of complaint draft and changes (PC) |
| | | | | Post Order |
| | | | | |
| 04/17/2020 | 550 | 0.25 | 137.5 | Review contract and refusal to allow ABA services by FC, other |
| | | | | issues on Order, draft and respond with solution to client (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 04/19/2020 | 550 | 2.4 | 1320 | Work on fee petition, finalize edits to complaint, finish research to |
| | | | | petition, edit same, work on affidavit, review chronology and aspects |
| | | | | of Petition time and fees |
| | | | | Post Order |
| | | | | |
| 04/19/2020 | 550 | 1.1 | 605 | Continued work on complaint, petition and appeal, emails |
| | | | | with client on issues on compensatory, order (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 04/20/2020 | 550 | 2.25 | 1237.5 | Finalize Complaint, work on fee petition, including |
| | | | | edit motion for fees, research on same, review time |
| | | | | sheets and summary chart for finality, review and |
| | | | | revise affidavits, review summary of claims and case |
| | | | | law, emails to client status and issues on comp. ed. (PARTIAL CHARGE) |
| | | | | Post Order |
| | SUBTOTAL | 13.95 | 7672.5 | |
| | | | | |
| | | | | *April to July 2020* |
| | | | | *SERVICE, RESPONSIVE PLEADINGS; MTN. MORE DEFINITE STATEMENTS FILED* |
| | | | | |
| 04/21/2020 | 550 | 0.35 | 192.5 | Issues as to filing of appeal, meet with co-counsel to |
| | | | | plan tasks and steps in response and case issues, initiate |
| | | | | consideration of failure to implement as part of issues to resolve |
| | | | | Appeal |
| | | | | |
| 04/22/2020 | 550 | 1.25 | 687.5 | Receive and review complaint filed by FCSD, |
| | | | | attachments, comments and email (NO CHARGE) to |
| | | | | co-counsel, review response and receive email from |
| | | | | Plaintiff (PARTIAL CHARGE) |
| | | | | Appeal |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| 04/23/2020 | 550 | 2.25 | 1237.5 | Continue review the complaint from Fulton, and compare to |
| | | | | findings and to order, conference with co-counsel |
| | | | | and divide tasks and considerations for answer, |
| | | | | email to client and to expert (PC) |
| | | | | Appeal |
| | | | | |
| 04/24/2020 | 550 | 0.5 | 275 | Begin work on portions of answer (.4) and |
| | | | | counterclaim, as divided between counsel |
| | | | | Appeal |
| | | | | |
| 04/27/2020 | 550 | 0.2 | 0 | Issues on service and exchange, stipulation from |
| | | | | Plaintiff to consolidate (NO CHARGE) |
| | | | | Appeal |
| 04/27/2020 | 550 | 1.1 | 0 | Work on answer and defenses (NO CHARGE) |
| | | | | Appeal |
| | | | | |
| 04/28/2020 | 550 | 1.6 | 880 | Work on answer and counterclaim, compare |
| | | | | complaint to the proposed fact findings, work on |
| | | | | defenses and research as to each defense to be raised and |
| | | | | need, outline answer for response to enumerated |
| | | | | paragraphs |
| | | | | Appeal |
| | | | | |
| 04/29/2020 | 550 | 0.25 | 137.5 | Review emails and notice and stipulation, exchange |
| | | | | on obtaining documents for clerk and record, |
| | | | | motion (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 04/30/2020 | 550 | 1.5 | 825 | Work on answer, defenses, review OSAH Proposed |
| | | | | FF and CC and Complaint, draft portions of answer |
| | | | | Appeal |
| | | | | |
| 05/05/2020 | 550 | 0.5 | 275 | Work on motion for a more definitive statement and |
| | | | | on answer, research on same, impact on case and time |
| | | | | Appeal |
| | | | | |
| 05/06/2020 | 550 | 0.8 | 440 | Work on file, look at records and information on |
| | | | | services and failure to implement, email to client, |
| | | | | review co-counsel response, respond to client, work on comp., need |
| | | | | (PARTIAL CHARGE) |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | Appeal |
| | | | | |
| 05/07/2020 | 550 | 1.25 | 687.5 | Review complaint and finish comparison of |
| | | | | allegations to Plaint. Proposed Findings in ALJ, |
| | | | | review Rule, initial research on motion to start case and defenses, |
| | | | | info to co-counsel (NO CHARGE); contact to expert |
| | | | | and issues on data and preserving baseline for |
| | | | | compensatory education (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/08/2020 | 550 | 0.6 | 330 | Work on motion for failure to plead with |
| | | | | particularity, dismiss and move forward, research and start draft |
| | | | | Appeal |
| | | | | |
| 05/11/2020 | 550 | 1.3 | 715 | Work on answer and potential motion Regarding |
| | | | | inadequacy of the Complaint under Rule 12 different |
| | | | | provisions; do the research on this motion and |
| | | | | claims under Rule 8 and 10, review complaint and |
| | | | | complete comparison to proposed findings, |
| | | | | regarding no allegations or notice at all, email to |
| | | | | counsel (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/12/2020 | 550 | 2.3 | 1265 | Work on answer and potential motion regarding |
| | | | | inadequacy of the Complaint under Rule 12 different |
| | | | | provisions, research, email to counsel (NO CHARGE |
| | | | | stated), (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/13/2020 | 550 | 2.25 | 1237.5 | Conference with co-counsel (NO CHARGE) open and |
| | | | | edit answer section as to the facts, switch and finish |
| | | | | bulk of remaining research on issues as to motion and motion |
| | | | | draft under Rule 12, edit the same (brief), list |
| | | | | research issue remaining, draft of additional section, |
| | | | | look for new cases, and other motion tasks (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/14/2020 | 550 | 2.1 | 1155 | Work on answer edits, and edit and revise motion |
| | | | | under Rule 12, send same to co-counsel for edits |
| | | | | and comments, research one of hanging issues on |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | motion |
| | | | | Appeal |
| | | | | |
| 05/18/2020 | 550 | 1.4 | 770 | Again, work on motion for more definite statement, |
| | | | | edit, research new case, finalize actual motion, send |
| | | | | final draft to co-counsel (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/19/2020 | 550 | 1.1 | 605 | Finish motion and brief in support to dismiss and |
| | | | | 12e |
| | | | | Appeal |
| | | | | |
| 05/19/2020 | 550 | 1.3 | 715 | Work on complaint and edit fact section, edit and |
| | | | | send section to co-counsel on defenses, work on |
| | | | | and draft after research ADA claims(.75) (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/20/2020 | 550 | 2.15 | 1182.5 | Finalize the motion to dismiss or replead, to |
| | | | | co-counsel (NO CHARGE); work next steps issues and procedures |
| | | | | Appeal |
| | | | | |
| 05/20/2020 | 550 | 0.75 | 412.5 | Split answer and counterclaim and work on  separate section, |
| | | | | to co-counsel with same as drafted and consolidate same |
| | | | | Appeal |
| | | | | |
| 05/21/2020 | 550 | 1.4 | 770 | Work on defenses and answer, counterclaims(1.1), |
| | | | | review sj abilities, outline claims, research on process and standard |
| | | | | Appeal |
| | | | | |
| 05/22/2020 | 550 | 0.1 | 55 | Work on reimbursement issues with FCSD withholding funds |
| | | | | Appeal |
| | | | | |
| 05/22/2020 | 550 | 1.1 | 605 | Work on defense and answer, drafting of same and research |
| | | | | Appeal |
| | | | | |
| 05/26/2020 | 550 | 0.35 | 192.5 | Continued work on compensatory education issues, |
| | | | | delivery, amount, data and proof of services and needs |
| | | | | Appeal |
| | | | | |
| 05/26/2020 | 550 | 1.2 | 660 | Revise counterclaim, edit the same, look at elements |

DEFENDANTS EXHIBIT  6

| | | | | |
|---|---|---|---|---|
| | | | | of causes of action for comparison on pleading and |
| | | | | issues to overcome potential motion on same, next |
| | | | | steps in case, outline and needed tasks and law |
| | | | | Appeal |
| | | | | |
| 05/27/2020 | 550 | 0.65 | 357.5 | Work on response and email from counsel for FCSD, |
| | | | | meaning of locked, our understanding of the same, work on lack of |
| | | | | status of implementation, missing actual services, emails for |
| | | | | info and establishing baseline data, under Order (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/28/2020 | 550 | 0.75 | 412.5 | Issues with services for J., no Comp. ed respond to email, send to |
| | | | | FCSD, revise next step in case and work on |
| | | | | compensatory needs for Jamir, for demand and claims, |
| | | | | Appeal |
| | | | | |
| 05/28/2020 | 550 | 1.1 | 605 | Complete draft of answer and counterclaims,(meet |
| | | | | with Co-counsel on same and last decision on |
| | | | | timing and approach- (NO CHARGE) (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 05/29/2020 | 550 | 0.4 | 220 | Work on client concerns with compensatory ed, |
| | | | | responses (none), review data that says nothing |
| | | | | about March-May, with client, assess continued refusal of FCSD |
| | | | | Appeal |
| | | | | |
| 06/01/2020 | 550 | 0.5 | 275 | Work on evidence and compensatory services claims |
| | | | | and needs, work up continued demand despite failure of FCSD |
| | | | | Appeal |
| | | | | |
| 06/03/2020 | 550 | 0.65 | 357.5 | Continued work on services and compensatory ed, |
| | | | | conference with expert, with need for services, |
| | | | | response needed to FCSD, review emails and reply, |
| | | | | continued denial of services by FCSD, exchange with |
| | | | | expert, conference on continued recommendations |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/03/2020 | 550 | 0.2 | 110 | End of case issues on reimbursement, email for info |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | after FCSD email, response from provider, reply |
| | | | | Appeal |
| | | | | |
| 06/03/2020 | 550 | 0.25 | 137.5 | Outline motion for summary judgement issues, move to sj |
| | | | | available to us |
| | | | | Appeal |
| | | | | |
| 06/04/2020 | 550 | 0.75 | 412.5 | Continued issues on direct services and |
| | | | | compensatory services FCSD continued refusal (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/05/2020 | 550 | 1.5 | 825 | Review and compare amended complaint to first |
| | | | | filed amended complaint (NC), to initial complaint, |
| | | | | notes on differences, review timing for motion, |
| | | | | review need for record, email to Plaintiff FCSD (all |
| | | | | 1.5), email from client on compensatory services, |
| | | | | review position of district, response (.6) (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/08/2020 | 550 | 1.5 | 825 | Review new amended complaint, get back email |
| | | | | from Plaintiff, review record on missing related issues, |
| | | | | conference with co-counsel on same (NO CHARGE) ; |
| | | | | outline next steps and where we are on answer(NO |
| | | | | CHARGE); issues outstanding on motion that is still |
| | | | | pending (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/08/2020 | 550 | 0.3 | 165 | Issues on services and implementation, |
| | | | | compensatory services. Conference with client, |
| | | | | review emails to client (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/09/2020 | 550 | 1.1 | 605 | Meet with co-counsel (NO CHARGE); research issues |
| | | | | on their amendment and motion to dismiss, going |
| | | | | forward, etc., work on compensation |
| | | | | GNET Ford |
| | | | | Appeal |
| | | | | |
| 06/12/2020 | 550 | 0.9 | 495 | Receive and review pleading, email to co-counsel, |
| | | | | finalize pleading review |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | Appeal |
| | | | | |
| 06/15/2020 | 550 | 1.75 | 962.5 | Review pleading and research, see distinction as |
| | | | | FCSD pleading misses point, reserve issue and |
| | | | | resolve with co-counsel, turn to motion and |
| | | | | standards, begin research on same (.8) (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/16/2020 | 550 | 0.8 | 440 | Continued work on services, failure to implement, |
| | | | | and compensatory, research standard, and their |
| | | | | limitation, also look at question of IEP team, law for motion |
| | | | | Appeal |
| | | | | |
| 06/17/2020 | 550 | 1.1 | 605 | Work on research for claims, start process of motion |
| | | | | for relief and/or pi, resolve issues for motion and brief |
| | | | | Appeal |
| | | | | |
| 06/18/2020 | 550 | 1.75 | 962.5 | Rework one claim for relief, edits through brief and |
| | | | | answer, changes in answer (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/18/2020 | 550 | 1.25 | 687.5 | Issues on stay put and instruction, research on |
| | | | | standard and see limits of delegation of setting relief |
| | | | | on compensatory to IEP Team |
| | | | | Appeal |
| | | | | |
| 06/19/2020 | 550 | 1.1 | 605 | Work on last and most recent version of draft |
| | | | | answer and counterclaims, edits, research standards |
| | | | | for elements of counterclaims, edits as to same, |
| | | | | review changes from CG in answer and reaverments, |
| | | | | standard (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 06/19/2020 | 550 | 0.25 | 137.5 | Work on services and compensatory education, client contact |
| | | | | Appeal |
| | | | | |
| 06/22/2020 | 550 | 1.4 | 770 | Final edit and review of answer, focus on |
| | | | | counterclaims and elements of causes of action as |
| | | | | to allegations, facts that can be proved (PARTIAL |
| | | | | CHARGE) |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Appeal |
| | | | | |
| 06/22/2020 | 550 | 0.7 | 385 | Open work on summary judgment as to |
| | | | | counterclaim |
| | | | | Appeal |
| | | | | |
| 06/24/2020 | 550 | 0.6 | 330 | Work on motion, split issues with co-counsel, next |
| | | | | assessment and next step, outline cases and review |
| | | | | compensatory education and legal claim |
| | | | | Appeal |
| | | | | |
| 06/25/2020 | 550 | 1.2 | 660 | Research and draft section of motion on our |
| | | | | counterclaim, failure to serve and stay put, related research |
| | | | | Appeal |
| | | | | |
| 06/26/2020 | 550 | 1.1 | 605 | Work on motion and research for affirmative |
| | | | | motion, draft section and set out cases |
| | | | | Appeal |
| | | | | |
| 07/03/2020 | 550 | 0.15 | 82.5 | Work on issues with co-counsel as to compensatory ed., failure |
| | | | | and services, response to district |
| | | | | Appeal |
| | | | | |
| 07/06/2020 | 550 | 0.2 | 110 | Issues with compensatory and current services, continuing, |
| | | | | Appeal |
| | | | | |
| 07/08/2020 | 550 | 0.25 | 137.5 | Edit services and demand letter for Jamir |
| | | | | Appeal |
| | | | | |
| | SUBTOTAL | 55.1 | 29590 | |
| | | | | |
| | | | | **JULY 2020 to September 2020: Early Case Development**<br>**Motion Consolidate/Answer/CounterClaim; Amended Complaint; Resp. P Mtn for More Def. Stmt.** |
| | | | | |
| 08/05/2020 | 550 | 0.2 | 0 | Work on services and comp services (NO CHARGE) |
| | | | | Appeal |
| | | | | |
| 08/06/2020 | 550 | 0.25 | 137.5 | Issues and work on implementation of Court ordered IEP, |
| | | | | missing services, still not done, FCSD continues to ignore same |
| | | | | Appeal |
| | | | | |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| 08/11/2020 | 550 | 0.4 | 220 | Conference and review on placement and services |
| | | | | and implementation of Ordered services, resolve claim, demand |
| | | | | Appeal |
| | | | | |
| 08/12/2020 | 550 | 0.5 | 275 | Email from client on failure of implementation of services and |
| | | | | IEP, response, review materials to ensure failure, respond |
| | | | | Appeal |
| | | | | |
| 08/13/2020 | 550 | 0.7 | 385 | Emails from client, review response as to services to |
| | | | | provide, move forward with response, all on IEP |
| | | | | implementation and demand from district required |
| | | | | services, wants IEP issue, FCSD continued refusal to correct |
| | | | | Appeal |
| | | | | |
| 08/14/2020 | 550 | 0.35 | 192.5 | Response, emails and next email and demand on |
| | | | | placement and services, next steps, discuss, review law for claim |
| | | | | Appeal |
| | | | | |
| 08/17/2020 | 550 | 0.6 | 330 | Work on placement and stay put, districts refusal to |
| | | | | implement, emails on same, demands and hit on |
| | | | | process to address failure, intent?, with co-counsel on same, call |
| | | | | and emails with client, research on issue with FCSD knowing it is |
| | | | | denying services. |
| | | | | Appeal |
| | | | | |
| 08/18/2020 | 550 | 1.6 | 880 | Demands and next steps on FCSD failure, issue on failure to provide |
| | | | | services, transfer failure, notice and demands on |
| | | | | district, address, as in past, failure to allow IEP issues |
| | | | | and needs, no PWN, discuss stonewalling J. and J.A. |
| | | | | Appeal |
| | | | | |
| 08/24/2020 | 550 | 0.35 | 192.5 | Review FSD failure to respond and then response, |
| | | | | email to client |
| | | | | Appeal |
| | | | | |
| 08/26/2020 | 550 | 0.25 | 0 | Conference with co-counsel on status and next steps |
| | | | | (NO CHARGE) |
| | | | | Appeal |
| | | | | |
| 09/02/2020 | 150 | 1.4 | 210 | Begin setting up Defendant's Motion for Judgment |
| | | | | on the Record, review of documents regarding same |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | Appeal |
| | | | | |
| 09/04/2020 | 550 | 0.75 | 412.5 | Work on division and tasks on final judgment, |
| | | | | outline motion and brief |
| | | | | Appeal |
| | | | | |
| 09/08/2020 | 550 | 4.75 | 2612.5 | Conference with all co-counsel and division of tasks |
| | | | | and next steps (NO CHARGE); start draft and research |
| | | | | statement of facts, review SJ rules and apply them |
| | | | | and case law, draft first part of fact statement, the |
| | | | | law, first part of facts from Final Decision, start on |
| | | | | drafting small sections of motion and brief on final |
| | | | | judgment, edit earlier insert |
| | | | | Appeal |
| | | | | |
| 09/08/2020 | 150 | 4.9 | 735 | Review/analyze Final Decision of ALJ, Amended |
| | | | | Complaint, Answer, in preparation for |
| | | | | drafting/editing Motion for Final Judgment on the |
| | | | | Record, internal consult with JAZ regarding same |
| | | | | (1.9); research regarding implicit credibility findings, |
| | | | | draft argument regarding same for Motion for |
| | | | | Judgment on Record (1.2); research on preservation |
| | | | | of error for appeal in Georgia and Federal Rules of |
| | | | | Evidence, drafting argument regarding same for |
| | | | | Motion for Judgment on Record (1.8) |
| | | | | Appeal |
| | | | | |
| 09/09/2020 | 550 | 3.15 | 1732.5 | Work on final judgment pleadings, research and put |
| | | | | portions of brief together, edit the same, read cases |
| | | | | on standards and claims, pull out Final Decision, |
| | | | | review facts, briefing facts and how to present, |
| | | | | conference on pleadings for division of the work |
| | | | | Appeal |
| | | | | |
| 09/10/2020 | 150 | 4.5 | 675 | Drafting/editing argument on SD's failure to rebut |
| | | | | the testimony of the Family's OT expert, review of |
| | | | | transcripts and pleadings and research regarding |
| | | | | same. |
| | | | | Appeal |
| | | | | |
| 09/10/2020 | 550 | 2.4 | 1320 | Work on pleadings for final judgment, review and ed outline for |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | brief, draft brief portion, review cases to see procedures, |
| | | | | draft procedures section, edit section, facts section edit with |
| | | | | transcript, next steps with co-counsel |
| | | | | Appeal |
| | | | | |
| 09/14/2020 | 550 | 1.75 | 962.5 | Work on brief on final judgment, edit sections, draft |
| | | | | and organize brief, issues to address, research issues |
| | | | | on credibility, deference |
| | | | | Appeal |
| | | | | |
| 09/15/2020 | 550 | 1.4 | 770 | Work on brief on motion for judgment on the |
| | | | | record, research and draft and edit a section |
| | | | | Appeal |
| | | | | |
| 09/16/2020 | 550 | 3.2 | 1760 | Edit first final version of proposed facts, add others, |
| | | | | add findings from decision, all working on motion |
| | | | | for judgment |
| | | | | Appeal |
| | | | | |
| 09/17/2020 | 550 | 5.4 | 2970 | Work on motion and brief for final judgment, write |
| | | | | and edit facts. |
| | | | | Appeal |
| | | | | |
| 09/18/2020 | 550 | 3.4 | 1870 | Work on pleadings for final judgment, edit facts, |
| | | | | turn to brief, work and edit each, email to |
| | | | | co-counsel (NC), communicate with client, emails |
| | | | | and communicate with counsel for FCS, issues on |
| | | | | obtaining and reviewing documents.(PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 09/19/2020 | 550 | 3.25 | 1787.5 | Email on status to client, to co-counsel on motions |
| | | | | (NO CHARGE), work on statement of facts and edits, |
| | | | | coordinate with evidence, redraft portion of brief |
| | | | | Appeal |
| | | | | |
| 09/21/2020 | 550 | 3.6 | 1980 | Work on motion for relief, edit facts, review facts |
| | | | | and drafts of documents as to implementation and |
| | | | | IEP, emails on lack of services from client, from |
| | | | | co-counsel, edit pleading on motion for judgment |
| | | | | Appeal |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| 09/22/2020 | 550 | 3.75 | 2062.5 | Work on and finalize last run through of facts, brief, |
| | | | | research and write last brief section, co counsel |
| | | | | discussion and email on pleadings and final, (NO |
| | | | | CHARGE); work on brief again and edit section |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 09/22/2020 | 550 | 0.75 | 412.5 | Emails to and from Ms. Lewis, review records to |
| | | | | show claim is not true, receive and review records, |
| | | | | call to client about records, status and consult on response |
| | | | | Appeal |
| | | | | |
| 09/23/2020 | 550 | 1.1 | 605 | Turn back to work on motion for judgment, review record, edit motion |
| | | | | and documents review with evidence and review of ALJ order |
| | | | | Appeal |
| | | | | |
| 09/23/2020 | 550 | 2.25 | 1237.5 | Final work on motion for comp and stay put, to co-counsel |
| | | | | Appeal |
| | | | | |
| 09/23/2020 | 550 | 1.1 | 605 | Emails to FCSD attorneys, response, email on same, comp. ed., and |
| | | | | implement IEP, review sent records for meeting (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 09/24/2020 | 550 | 6.75 | 3712.5 | Prep and participate in court IEP meeting to try and |
| | | | | complete IEP, claim as to comp. ed., debrief with client, info to client |
| | | | | Appeal |
| | | | | |
| 09/25/2020 | 550 | 2.75 | 1512.5 | Work on final judgment pleadings, review fact |
| | | | | findings, restate additional facts, draft portion of |
| | | | | research for use in claims and brief |
| | | | | Appeal |
| | SUBTOTAL | 67.5 | 32557.5 | |
| | | | | |
| | **SEPTEMBER 2020 to January 2021 - MID CASE WORK AND READY CASE FOR RESOLUTION** | | | |
| | **Motion to Enforce Stay Put; D's Motion for Judgment on the Record** | | | |
| | | | | |
| 09/26/2020 | 550 | 1.4 | 770 | Work on statement of facts |
| | | | | Appeal |
| | | | | |
| 09/28/2020 | 550 | 2.75 | 1512.5 | Draft and edit portions of statement of facts, draft |

DEFENDANTS EXHIBIT  6

| | | | | |
|---|---|---|---|---|
| | | | | and edit motion for final judgment on the record, |
| | | | | draft motion for additional pages for same and |
| | | | | proposed order for same, review docs received from |
| | | | | the court to fed court and what needs to be done to |
| | | | | fix minor issues with record, index |
| | | | | Appeal |
| | | | | |
| 09/28/2020 | 550 | 0.25 | 137.5 | Emails to client and final review of IEP, inadequate |
| | | | | minutes not reflecting request for services per court |
| | | | | order |
| | | | | Appeal |
| | | | | |
| 09/29/2020 | 550 | 1.75 | 962.5 | Work on pleadings on record, edit and transfer |
| | | | | motion for pages, etc., work on statement of fact for |
| | | | | final judgment, revise record stipulations, to use, |
| | | | | email and call with co-counsel (NO CHARGE); |
| | | | | manage brief and citation to same (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 09/30/2020 | 550 | 1.75 | 962.5 | Work on pleadings on record, review record and fact draft |
| | | | | Appeal |
| | | | | |
| 10/01/2020 | 550 | 2.4 | 1320 | Again, continued work on facts and brief for final |
| | | | | judgment, research, drafting, review of ALJ Order |
| | | | | and aspects of it challenged by FCS, edit the same in brief |
| | | | | Appeal |
| | | | | |
| 10/02/2020 | 550 | 2.55 | 1402.5 | Continued work on facts and on brief for final |
| | | | | judgment |
| | | | | Appeal |
| | | | | |
| 10/05/2020 | 550 | 2.2 | 1210 | Continued work on revising, editing and researching |
| | | | | discrete portions of motion and brief on final |
| | | | | judgment, on reducing to page limits, on actual |
| | | | | transcript including ALJ cites and alternative cites for |
| | | | | brief as supplemental authority |
| | | | | Appeal |
| | | | | |
| 10/06/2020 | 550 | 2.75 | 1512.5 | Continued work on facts and on brief for final |
| | | | | judgment |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | Appeal |
| | | | | |
| 10/07/2020 | 550 | 3.4 | 1870 | Work on brief in support of Motion for Judgment on |
| | | | | the Record, review record and write relief section with J.A. write and |
| | | | | edit compensatory and order sections, edit sections |
| | | | | on credibility and deference, work with co-counsel |
| | | | | (NO CHARGE) draft last argument and set up for |
| | | | | reply brief |
| | | | | Appeal |
| | | | | |
| 10/08/2020 | 550 | 2.2 | 1210 | Work on reply, review motion, outline issues, look at |
| | | | | research, look at brief, edit same, conference with |
| | | | | co-counsel (NO CHARGE), edit his section and turn |
| | | | | over |
| | | | | Appeal |
| | | | | |
| 10/09/2020 | 550 | 1.25 | 687.5 | Continued work on motion for judgment, turn over |
| | | | | facts and final edit. |
| | | | | Appeal |
| | | | | |
| 10/13/2020 | 550 | 0.75 | 412.5 | Conference with co-counsel on brief, work on |
| | | | | motion for judgment, work on status of facts |
| | | | | Appeal |
| | | | | |
| 10/14/2020 | 550 | 1.1 | 605 | Work on reply brief, research on parent blame, look to that claim |
| | | | | research on claim |
| | | | | Appeal |
| | | | | |
| 10/15/2020 | 550 | 1.1 | 605 | Work on comp education and on reply brief on |
| | | | | motion for compensatory services |
| | | | | Appeal |
| | | | | |
| 10/18/2020 | 550 | 0.25 | 137.5 | Review next section of brief on review, record issue |
| | | | | and next step with co-counsel (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 10/21/2020 | 550 | 0.15 | 82.5 | Status email from client (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 10/22/2020 | 550 | 0.25 | 137.5 | Review progress report for issues in case, comp. ed., services |
| | | | | Appeal |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| 10/23/2020 | 550 | 0.3 | 165 | Work on and review motion and record, issue with |
| | | | | record |
| | | | | Appeal |
| | | | | |
| 10/26/2020 | 550 | 0.2 | 110 | Procedural motion, review rules, sj included |
| | | | | Appeal |
| | | | | |
| 10/28/2020 | 550 | 1.75 | 962.5 | Continued work on motion and statement of facts |
| | | | | on final judgment, review the same, edit of facts |
| | | | | begun, review motion for filing of record, issue with |
| | | | | extent of record, discussion of stipulation of pages |
| | | | | with plaintiff to unify approach and time |
| | | | | Appeal |
| | | | | |
| 10/29/2020 | 550 | 2.75 | 1512.5 | Continued work on final judgment brief, edit overall |
| | | | | for form and presentation, review motion for pages, |
| | | | | draft after review the motion for seal, response and |
| | | | | acceptance, all to co-counsel |
| | | | | Appeal |
| | | | | |
| 10/30/2020 | 550 | 0.4 | 220 | Review proposal, pleadings filed, demand letter, |
| | | | | email to client |
| | | | | Appeal |
| | | | | |
| 11/02/2020 | 550 | 0.55 | 302.5 | Review edits by co-counsel (NO CHARGE); edit after |
| | | | | research issue, review and respond to procedural |
| | | | | issue, email received and response on record |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 11/02/2020 | 550 | 1.25 | 687.5 | Work on statement of facts, full edit and revision |
| | | | | towards final status |
| | | | | Appeal |
| | | | | |
| 11/03/2020 | 550 | 1.1 | 605 | Participate in review and next steps in case (NO |
| | | | | CHARGE), work on brief and page related issues, edit |
| | | | | for citations and filing with court, review documents |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |

DEFENDANTS EXHIBIT  6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| 11/04/2020 | 550 | 1.25 | 687.5 | Work on edits and final version of dispositive brief, moving section |
| | | | | Appeal |
| | | | | |
| 11/05/2020 | 550 | 0.75 | 412.5 | Pick up and run edit on statement of facts on |
| | | | | summary determination, shorten facts needed, check correctness |
| | | | | Appeal |
| | | | | |
| 11/09/2020 | 550 | 0.2 | 110 | Review IEE response, none, again, email and consult |
| | | | | with clients |
| | | | | Appeal |
| | | | | |
| 11/10/2020 | 550 | 1.75 | 962.5 | Work on case and school, turn to IEEs, failure to pay, |
| | | | | outline emails, and conference and emails on same, |
| | | | | still issue - FCSD will not and has not paid, turn to |
| | | | | complaint and then to motions, look at law on |
| | | | | issues, emails to experts |
| | | | | Appeal |
| | | | | |
| 11/11/2020 | 550 | 1.25 | 687.5 | Emails from Nelson Mullins attorneys on failure to |
| | | | | pay, strange as to issues in case and withholding |
| | | | | and misrepresentation, outline these responses, |
| | | | | draft and consider a reply, email follow-up to |
| | | | | experts. |
| | | | | Appeal |
| | | | | |
| 11/12/2020 | 550 | 1.2 | 660 | Continued work on demand and compensatory ed |
| | | | | issues, with client, with co-counsel, outline demand |
| | | | | and notice, review and edit draft sent from CG, |
| | | | | consider implementation (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 11/13/2020 | 550 | 0.75 | 412.5 | Work on IEEs and refusal to pay by district, client |
| | | | | response email, witness, and position going forward, motion issue |
| | | | | Appeal |
| | | | | |
| 11/23/2020 | 550 | 0.25 | 137.5 | Email on compensatory demand, final demand, |
| | | | | email after review with co-counsel, effort to resolve case and claims |
| | | | | Appeal |
| | | | | |
| 12/07/2020 | 550 | 0.15 | 82.5 | Review response to our compensatory education |
| | | | | demand, again it is meaningless, consult on next |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | step, conference with client, review services and needs |
| | | | | Appeal |
| | | | | |
| 12/08/2020 | 550 | 0.5 | 275 | Work on demand, work on edits, research on |
| | | | | materials and programs, edit the same, email to |
| | | | | co-counsel (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 12/09/2020 | 550 | 0.65 | 357.5 | Work on demand and IEP meeting for Order |
| | | | | implementation, edit response to Samantha Lewis, |
| | | | | work on same, emails to client and next steps |
| | | | | Appeal |
| | | | | |
| 12/10/2020 | 550 | 0.25 | 137.5 | Emails on resolution and offer after finalization of same, to client |
| | | | | Appeal |
| | | | | |
| 12/16/2020 | 550 | 0.2 | 110 | Research issue for claim and motion, review material and new case |
| | | | | Appeal |
| | | | | |
| 01/18/2021 | 550 | 2.1 | 1155 | Conference with co-counsel, work on and finalize |
| | | | | motion, work on and get towards final and final |
| | | | | edits on attachment, and statement of facts, |
| | | | | research issue for statement of facts and brief |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 01/19/2021 | 550 | 2.85 | 1567.5 | Work on revisions and final status and edits on |
| | | | | motion and brief and exhibits on motion for final |
| | | | | judgment, call and emails with co-counsel as to |
| | | | | same |
| | | | | Appeal |
| | | | | |
| 01/20/2021 | 550 | 0.85 | 467.5 | Work on file and post actions on motion for final |
| | | | | judgement |
| | | | | Appeal |
| | | | | |
| 01/21/2021 | 550 | 0.2 | 110 | Meeting issue, scope and implementation on comp ed. |
| | | | | Appeal |
| | | | | |
| | SUBTOTAL | 51.7 | 28435 | |

DEFENDANTS EXHIBIT 6

| | | | | **January 2021 to March 2021: MOVING CASE TO FINAL JUDGMENT**<br>**Cross Motions for Judgment on the Record; All Briefing on Motions** |
|---|---|---|---|---|
| 01/25/2021 | 550 | 1.4 | 770 | Review and start to outline and assess emergency<br>motion from Plaintiff, conference on the same and<br>division of tasks.<br>Appeal |
| 01/26/2021 | 550 | 0.5 | 275 | Further work on response to emergency motion<br>Appeal |
| 01/27/2021 | 550 | 1.1 | 605 | Additional work on brief response (PARTIAL<br>CHARGE)<br>Appeal |
| 01/28/2021 | 550 | 0.5 | 275 | Edit of response brief towards final, ensure claim stated<br>Appeal |
| 02/01/2021 | 550 | 0.5 | 275 | Work on meeting and relief issues, cont. comp. ed., edits and filing of<br>pleading, next step<br>Appeal |
| 02/02/2021 | 550 | 0.25 | 137.5 | Meet with co-counsel on compensatory services and<br>next steps in case, remaining motions and research, claims<br>Appeal |
| 02/03/2021 | 550 | 1.8 | 990 | Review and make notes and response areas on the<br>Defendants motion and brief for final judgment, and<br>then on the response to Plaintiffs motion, short<br>conference to plan response with co-counsel, email<br>to client<br>Appeal |
| 02/04/2021 | 550 | 0.6 | 330 | Meet with co-counsel for final, work on outline of<br>issues for brief, what has been briefed and how to use<br>Appeal |
| 02/05/2021 | 550 | 0.5 | 275 | Work on documents, with client, and then emails for<br>material and missing material, existing conflict<br>Appeal |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| 02/08/2021 | 550 | 0.25 | 137.5 | Work on outline and proposed order on motion |
| | | | | Appeal |
| | | | | |
| 02/08/2021 | 550 | 1.1 | 605 | Work on compensatory meeting, try and get some discussion, get |
| | | | | documents, email and conference with client, question value |
| | | | | Appeal |
| | | | | |
| 02/09/2021 | 550 | 1.75 | 962.5 | Work on exchange and plan, motion, edit motion, |
| | | | | seek Jamir documents for compensatory meeting, |
| | | | | begin research for response to FCSD pleading |
| | | | | Appeal |
| | | | | |
| 02/10/2021 | 550 | 1.1 | 605 | Work on response to Plaintiff motions |
| | | | | Appeal |
| | | | | |
| 02/11/2021 | 550 | 2.75 | 1512.5 | Continued work on response and reply, review |
| | | | | motion pleading by Defendant and outline response |
| | | | | (NO CHARGE), review portions of transcript for |
| | | | | response and add to brief, research on credibility, review FCSD brief |
| | | | | compare to earlier brief, look at its duplication (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/12/2021 | 550 | 3.25 | 1787.5 | Attend compensatory IEP meeting as ordered, |
| | | | | discussion, review documents for meeting and final |
| | | | | communication for compensatory with client |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/15/2021 | 550 | 0.75 | 412.5 | Again, work on response/reply by review of the final |
| | | | | record and sections to brief |
| | | | | Appeal |
| | | | | |
| 02/16/2021 | 550 | 2.2 | 1210 | Work more on response/reply cut and paste issues |
| | | | | and review issues raised, issues without evidence, |
| | | | | draft section with evidence |
| | | | | Appeal |
| | | | | |
| 02/17/2021 | 550 | 1.2 | 660 | Again, turn back to final briefing, status, order, |
| | | | | conference with co-counsel as to same, review list, research and |
| | | | | remaining issues email to client, write introduction to brief (PARTIAL |
| | | | | CHARGE) |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | Appeal |
| 02/18/2021 | 550 | 1.4 | 0 | Review data, claims, email to client, prep for IEP, again comp. (NO CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/18/2021 | 550 | 1.2 | 600 | Work on final briefing, status of order, conference |
| | | | | with co-counsel on issues and division and plan for |
| | | | | brief, research issue for response/reply (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/19/2021 | 550 | 0.3 | 165 | Work on Ford compensatory issue, failure to implement (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/22/2021 | 550 | 0.35 | 192.5 | Issues with compensatory, call to client, email, with |
| | | | | co-counsel (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/22/2021 | 550 | 0.4 | 220 | Work on a specific portion of reply brief |
| | | | | Appeal |
| | | | | |
| 02/23/2021 | 550 | 1.4 | 770 | Continued work on reply brief, review of Court's |
| | | | | order, reframe separate briefs (NO CHARGE); work |
| | | | | on research issue raised by response of Fulton |
| | | | | (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/24/2021 | 550 | 3.5 | 0 | Prep and attend IEP meeting (NO CHARGE) |
| | | | | Appeal |
| | | | | |
| 02/24/2021 | 550 | 1.6 | 880 | Continued work on transcripts and reply brief, |
| | | | | citations to issues raised, look at facts to contest, |
| | | | | drafting the same |
| | | | | Appeal |
| | | | | |
| 02/25/2021 | 550 | 2.2 | 1210 | Work on reply brief, research, review record to get |
| | | | | to issue and actual testimony and admissions by |
| | | | | Fulton witnesses (PARTIAL CHARGE) |
| | | | | Appeal |

DEFENDANTS EXHIBIT 6

| Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/2021 | 550 | 1.1 | 605 | Continued review of outstanding response/reply |
| | | | | issues, research and draft portion for insert into |
| | | | | working brief (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 03/02/2021 | 550 | 0.35 | 192.5 | Work on short section of brief, what was said by |
| | | | | witness, draft and insert into working section of brief |
| | | | | Appeal |
| | | | | |
| 03/03/2021 | 550 | 1.6 | 880 | Work on reply brief, review order, split facts between |
| | | | | two briefs, co-counsel consult (NO |
| | | | | CHARGE);research issue raised by FCS (PARTIAL |
| | | | | CHARGE) |
| | | | | Appeal |
| | | | | |
| 03/05/2021 | 550 | 1.75 | 962.5 | Continued work on response and reply briefs, |
| | | | | coordinate same with co-counsel, review the facts |
| | | | | and review the portions of the documents cited, |
| | | | | cited cases (PARTIAL CHARGE) |
| | | | | Appeal |
| | | | | |
| 03/08/2021 | 550 | 3.2 | 1760 | Work on reply, final edit and cut to last, work on |
| | | | | facts for response |
| | | | | Appeal |
| | SUBTOTAL | 41.85 | 20262.5 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **April 2021 to June 2021** | | | |
| | **Obtaining Relief And Post Judgment Fees/Costs** | | | |
| 04/22/2021 | 550 | 0.75 | 412.5 | Contact and conference with co-counsel, and as to |
| | | | | claims and status of record about the GNETS |
| | | | | Appeal |
| | | | | |
| 05/12/2021 | 550 | 0.2 | 110 | Email with clients and next step, services withheld, needed for J. |
| | | | | Appeal |
| | | | | |
| 06/01/2021 | 550 | 0.3 | 165 | Work on interim and compensatory ed issues, make |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | demand on ESY |
| | | | | Appeal |
| | | | | |
| 06/02/2021 | 550 | 0.25 | 137.5 | Work on services and claims as next step, after ESY |
| | | | | demand and still needing comp. ed., |
| | | | | Appeal |
| | | | | |
| 06/03/2021 | 550 | 2.75 | 1512.5 | Receive and review order and judgment, outline |
| | | | | timetable, email and call to co-counsel, review |
| | | | | impact on outstanding and pending matters, review |
| | | | | next step, prep client and send to client |
| | | | | Appeal |
| | | | | |
| 06/07/2021 | 550 | 0.6 | 330 | Work on fee petitioner, research, rule, review order |
| | | | | and stay and next step |
| | | | | Appeal |
| | | | | |
| 06/08/2021 | 550 | 0.5 | 275 | Work on position and demand, motion from beginning, review to use |
| | | | | Appeal |
| | | | | |
| 06/09/2021 | 550 | 0.75 | 412.5 | Revise motion, review time and fees, review |
| | | | | proposal |
| | | | | Appeal |
| | | | | |
| 06/10/2021 | 550 | 0.25 | 137.5 | Work on fees and motion, draft portions related to new issues |
| | | | | Appeal |
| | | | | |
| 06/21/2021 | 550 | 0.5 | 275 | Work on flushing out petition - check deadlines full 30 days, first |
| | | | | tasks, coordinate, schedule tasks, experts, needed |
| | | | | evidence |
| | | | | Post Order |
| | | | | |
| 06/22/2021 | 550 | 1.6 | 880 | Meet with Co-Counsel, coordinate tasks, receive and |
| | | | | review Plaintiff pleading in opposition to Rule 54 |
| | | | | notice, wonder why this is necessary, determine no |
| | | | | reply, outline issues set out from yesterday, begin |
| | | | | work on petition post judgment |
| | | | | Post Order |
| | | | | |
| 06/23/2021 | 550 | 1.8 | 990 | Work on petition, short task conference with |
| | | | | co-counsel, review DCT hours, work on conversion, |

DEFENDANTS EXHIBIT 6

| | | | | |
|---|---|---|---|---|
| | | | | work on and edit affidavit to update it |
| | | | | Post Order |
| | | | | |
| 06/24/2021 | 550 | 1.25 | 687.5 | Finish review of all pending fee documents from |
| | | | | complaint, of demands and failure to respond by |
| | | | | FCSD, work on petition/brief, edit old document, |
| | | | | research and draft new sections for post-judgment |
| | | | | and district court time, review available time |
| | | | | Post Order |
| | | | | |
| 06/25/2021 | 550 | 2.1 | 1155 | Work on and edit and redraft fee petition and start |
| | | | | on affidavit edits from first, bring up-to-date |
| | | | | Post Order |
| | | | | |
| 06/28/2021 | 550 | 1.5 | 825 | Work on fee petition new edits and new, including affidavits, draft |
| | | | | affidavits, amendment of charts, motion, petition |
| | | | | issues, meet with co-counsel on time, edit summary |
| | | | | chart |
| | | | | Post Order |
| | | | | |
| 06/29/2021 | 550 | 0.3 | 165 | Issues on IEP and ESY, review order and next step |
| | | | | and response |
| | | | | Appeal |
| | | | | |
| 06/29/2021 | 550 | 0.75 | 375 | Work on position and demand, edit affidavit and |
| | | | | charts, check hours |
| | | | | Post Order |
| | | | | |
| | Subtotal | 16.15 | 8845 | |
| | | | | |
| | | | GRAND TOTALS | |
| | | | | |
| | Billable | 246.25 | 127362.5 | |

DEFENDANTS EXHIBIT 6

**EXHIBIT 7**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **FULTON COUNTY SCHOOL DISTRICT,** | ) ) ) | |
| | ) | **Civil Action No.:** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **J.F., BY AND THROUGH J.A.; AND J.A,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF DEVON ORLAND

NOW COMES Devon Orland, Esq. and, after being duly sworn, herein states and declares the following:

1.

I give this declaration based upon my own personal knowledge.

2.

I am an adult citizen of the United States. I am competent to testify as set out herein.

3.

I give this declaration in support of the Defendants' petition for an award of attorney fees and costs after the Court's Final Order and Judgment in behalf of the parents, affirming the Final Decision of the Georgia ALJ.

4.

I have been an active member of the State Bar of Georgia since 1994. I am admitted to practice before the U.S. District Court for the Northern, Middle and Southern Districts of

Georgia, Eleventh Circuit Court of Appeals, United States Supreme Court, Georgia Supreme Court, and the Georgia Court of Appeals.

5.

Currently, I am the litigation director for the Georgia Advocacy Office (GAO). GAO is federally recognized protection and advocacy system for the state of Georgia. GAO is a private non-profit that works with and for people who experience disabilities in Georgia.

6.

As the legal director for the past 4 years, I have handled cases comparable to the instant case insofar as I have litigated complex civil rights issues in state administrative court and in federal court. Such representation requires intensive legal analysis, research and writing, drafting pleadings, motions, and briefs in support of all stages of litigation in administrative, state, and federal courts and attend hearings on behalf of my clients.

6.

Prior to taking the position at GAO, I served in the State of Georgia Office of Attorney General for 18 years. In that position, I represented the State of Georgia and its employees in complex litigation, often times in federal court where fee disputes were litigated and resolved.

7.

As current legal director of the GAO, I am charged with hiring and supervision of staff attorneys that represent students with disabilities in IDEA litigation. As well, I myself represent students in IEP meetings and when disputes arise, in IDEA litigation. My duties in these jobs require that I understand and apply the current laws, rules and regulations with regards to students with disabilities in public schools. These matters are specific and complex and require a comprehensive understanding of the federal law, regulations and state and local rules regarding

providing educational services to children with disabilities. In Georgia, there are very few attorneys competent to accept these cases even in metropolitan Atlanta.

8.

In April 2018, I attended an IEP meeting as the attorney for J.F. and the Family. At that meeting, I advocated for J.F.'s placement at a traditional public school and against the FCSD GNETS placement. I advocated for increased behavioral supports for J.F. in the least restrictive environment, and intensive special education services to address J.F.'s neurological, speech/communication, fine and gross motor, sensory and behavioral challenges. From the positions taken by FCSD, I believed FCSD had already decided that J.F. should be removed from FCSD and placed at GNETS. During the meeting, I did not believe there was any information that FCSD would consider to change their predetermined position that J.F. should be sent to GNETS.

9.

My impressions from the meeting and my interactions with FCSD representatives was that J.F. would not be released from GNETS without a very difficult legal fight. FCSD representatives were combative, dismissive and seemingly uninterested in finding any compromises with respect to J.F.'s educational placement.

10.

I have reviewed the ALJ's Final Order in *J.F. et al. v. FCSD* and the decision by the U.S. District Court affirming the ALJ's Final Order. The relief obtained by counsel for J.F., Craig Goodmark and Jonathan Zimring, includes several of the demands the Family made at the April 2018 IEP meeting, including placement in a traditional educational environment, appropriate educational services to address J.F.'s neurological and sensory challenges, related services to

ensure J.F. can make progress on the goals and objectives in his IEP, and supplementary aids and services that would allow J.F. to be served in the least restrictive environment.

10.

I am aware that special education cases are challenging and expensive. Families cannot afford to fully litigate the matters and schools understand that making resolutions without full litigation difficult. These cases present a premium on knowledge of the system and process. To the extent relevant and the Johnson factors apply, this would make these cases for parent attorneys "undesirable" and support the rates sought in this matter. This has created, and continues to maintain, an unfortunate shortage of attorneys able to take special education cases. Some special education attorneys who represent parents will take cases, but not extend that representation into a hearing or try a case.

11.

I have both worked with Mr. Goodmark and Mr. Zimring, and am aware of their past work, and have reviewed the rates they have charged in this case. I am familiar with their experience, skills and reputations generally, and with efforts in the cases we coordinated on and shared. The rates charged by these attorneys in this matter for the services rendered were reasonable and within the range that attorneys in this practice area have recently charged. As well, the use of paralegals to perform non-attorney tasks was a reasonable and prudent method to manage fees, and the rate sought for such paralegal work is reasonable.

THE AFFIANT/DECLARANT SAYETH FURTHER NOT, this 1st day of July, 2021.

The Affiant certifies that this declaration is true and correct upon pain and penalty of perjury. *See*, 20 U. S.C. § 1746.

Devon Orland
Georgia Bar No. 554301

**EXHIBIT 8**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **FULTON COUNTY SCHOOL DISTRICT,** | ) | |
| | ) | **Civil Action No.:** |
| **Plaintiff,** | ) | |
| | ) | **1:20-CV-01675-ELR** |
| **vs.** | ) | |
| | ) | |
| **J.F., BY AND THROUGH J.A.; AND J.A,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>DECLARATION OF MICHAEL J. TAFELSKI</u>

Michael J. Tafelski, Esq., after being duly sworn, herein states and declares the following:

1.

I give this declaration based upon my own personal knowledge.

2.

I am an adult citizen of the United States. I am competent to testify as set out herein.

3.

I give this declaration in support of the Defendants' petition for an award of attorney fees and costs after the Court's Final Order and Judgment on behalf of the parents, affirming the Final Decision of the Georgia Administrative Law Judge.

4.

I have been an active member of the State Bar of Georgia since July 2007 and the State Bar of Alabama since February 2020. I am admitted to practice before the Supreme Court of Georgia, the Georgia Court of Appeals, all Georgia state trial courts, the Alabama Supreme Court,

the Alabama Court of Appeals, all Alabama state trial courts, and the U.S. Middle District of Alabama. I am a member of the Council of Parent Attorneys and Advocates (COPAA), which is the voluntary private national association for representation of persons in school and special education matters, and many other local, state, and national organizations and coalitions focused on advocating for the educational rights of children. I am the recipient of both the State Bar of Georgia's Dan Bradley award and the Anti-Defamation League's Young Lawyer award for my advocacy on behalf of children.

5.

Currently, I am a senior supervising attorney at the Southern Poverty Law Center (SPLC), based in Montgomery, Alabama. I co-lead the Children's Rights team at SPLC, overseeing litigation and advocacy campaigns across five states in the Deep South. Our work is focused on defending and advocating for the rights of children, commonly students with disabilities. I have litigated complex civil rights issues in state administrative courts, federal courts, and state appellate courts. For the past ten years, I have engaged in education litigation against school districts that violated the educational civil rights of my student clients. I have litigated cases involving a school district's placement of a child in a restrictive placement beyond the maximum extent possible with their non-disabled peers. I have extensively litigated cases involving student discipline and understand the nuances of students with behavioral challenges in public schools.

6.

For more than eleven years prior to working at SPLC, I worked as an attorney for Georgia Legal Services Program. During that time, my practice included representing students and families with respect to their rights in public school disciplinary proceedings. On behalf of a public school student, I successfully argued and litigated the only school discipline case to be decided by the

Supreme Court of Georgia. Through my school discipline advocacy, I have also argued for the rights of my clients under the Individuals with Disabilities Education Act, Section 504 of the Vocational Rehabilitation Act, and the Americans with Disabilities Act. I have directly litigated and supervised associate counsel in special education matters. Such representation requires intensive legal analysis, research and writing, drafting pleadings, motions, and briefs in support of all stages of litigation in administrative, state, and federal courts. Attending hearings and the necessary preparation requires significant time even for the most experienced and specialized attorneys in this field.

7.

I have litigated or associated with a team of attorneys in both general civil rights matters and other education matters. Some of these include, but are not limited to:

A.  *A.A., et al., v. Buckner,* 2:21-CV-00367-ECM-SRW (M.D. Ala 2021);

B.  *NAACP, et al., v. DeVos,* 20-CV-1996-DLF (D.D.C. 2020);

C.  *Henry County Board of Education v. S.G.*, 301 Ga. 794 (2017).

8.

As an attorney in the non-profit setting, I have had occasion to partner with counsel in the private bar on education related cases. These matters, specifically matters involving special education law, require a comprehensive understanding of federal law, regulations, and state and local rules.  In Georgia, there are very few attorneys competent to accept these cases.

9.

Special education cases are expensive to litigate and school districts understand that very few families can afford to fully litigate these cases. The cases are also challenging because the schools control the evidence and records, and it can be very difficult for families to gain full access

to this information without significant time and expense from a lawyer. These cases present a premium on knowledge of the system and process, and these cases present as "undesirable" for parent attorneys and support the rates sought in this matter. This has created, and continues to maintain, an unfortunate shortage of attorneys able to take special education cases. Some special education attorneys will accept cases and advise parents, but they will not extend that representation to litigation because of the complexity and time-consuming nature of these cases.

10.

I have reviewed the billing summaries submitted by Mr. Goodmark's and Mr. Zimring's firms in this case and believe these represent reasonable time and costs expended and necessary to perform the tasks identified. I have worked with Mr. Goodmark and Mr. Zimring in cases concerning the rights of students for more than a decade. I am familiar with their experience, skills and reputations generally, and with efforts in the cases we shared. Mr. Goodmark and Mr. Zimring are widely known as two of the most competent, qualified, and experienced special education attorneys in the country. The rates charged for the services rendered were reasonable and within the range that attorneys in this practice area have recently charged. As well, their use of paralegals to perform non-attorney tasks was a reasonable and prudent method to manage fees, and the rate sought for such paralegal work is reasonable.

THE AFFIANT/DECLARANT SAYETH FURTHER NOT, this 5th day of July, 2021.

The Affiant certifies that this declaration is true and correct upon pain and penalty of perjury. *See*, 20 U. S.C. § 1746.

*Michael J. Tafelski*
_____
Michael J. Tafelski
Georgia Bar No. 507007

**EXHIBIT 9**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **FULTON COUNTY SCHOOL** | ) | |
| **DISTRICT,** | ) | |
| | ) | **Civil Action No.:** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **J.F., BY AND THROUGH** | ) | |
| **J.A.; AND J.A,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF DAWN R. SMITH

NOW COMES Dawn R. Smith, Esq. and, after being duly sworn, herein states and declares the following:

1.

I give this declaration based upon my own personal knowledge.

2.

I am an adult citizen of the United States. I am competent to testify as set out herein.

3.

I give this declaration in support of the Defendants' petition for an award of attorney fees and costs after the Court's Final Order and Judgment in behalf of the parents, affirming the Final Decision of the Georgia ALJ.

4.

I have been an active member of the State Bar of Georgia since 1989. I am admitted to practice before the U.S. District Court for the Middle and Northern Districts of Georgia, the

Georgia Supreme Court, and the Georgia Court of Appeals.  I am a member of the Council of

Parent Attorneys and Advocates (COPAA), which is the voluntary private national association

for representation of persons in school and special education matters.

5.

Currently, I am a private attorney in Atlanta, Georgia practicing family law and

educational civil rights.  I have handled cases comparable to the instant case insofar as I have

litigated complex educational civil rights issues in state administrative court and in federal court.

For the past 25 years I have engaged in special education litigation claiming generally that the

school district failed to provide a free and appropriate education in the least restrictive

environment.  I have litigated many cases involving a school district's placement of a child in a

restrictive placement over his or her being educated to the maximum extent possible with their

non-disabled peers.

6.

Over the years, much of my practice has involved representing students and families with

respect to claims brought under the Individuals with Disabilities Education Act, Section 504 of

the Vocational Rehabilitation Act and the Americans with Disabilities Act.  I have litigated

special education matters in administrative hearings and federal court.  Such representation

requires intensive legal analysis, research and writing, drafting pleadings, motions, and briefs in

support of all stages of litigation in administrative, state, and federal courts and attend hearings

on behalf of my clients.

7.

I have litigated or associated with a team of attorneys in both general education civil

rights matters and special education matters in the United States District Court and through the

Eleventh Circuit. These include but are not limited to: *Walker County School District v. Bennett*, 203 F.3d. 1293 (11th Cir.), *cert denied*, 121 S.Ct. 670 (2000) (procedure for the trial of IDEA cases); *Loren F. ex rel Fisher v. Atlanta Ind. Sch. System*, 349 F.3d 1309 (11th Cir. 2003); *Draper v. Atlanta Indep. School Sys.,* 518 F.3d 1275, 1290 (11th Cir. 2008

8.

I am formerly the Chair of the Board of the Council of Parent Attorneys and Advocates (COPAA), which is the voluntary private national association for representation of persons in school and special education matters.  In addition, I train attorneys on a yearly basis in the basics of federal and state special education law.  I have worked in private practice and the non-profit world to promote the rights of student with disabilities and to litigate claims on their behalf.  I have also served as an administrative law judge for the Office of State Administrative Hearings where I heard, among other things, cases involving the rights of students with disabilities.

9.

My duties in these jobs require that I understand and apply the current laws, rules and regulations with regards to students with disabilities in public schools. These matters are specific and complex and require a comprehensive understanding of the federal law, regulations and state and local rules regarding providing educational services to children with disabilities.  In Georgia, there are very few attorneys competent to accept these cases even in metropolitan Atlanta.

10.

Special education cases are challenging.  Families cannot afford to fully litigate the matters and the balance of power between the two parties is so disparate that resolutions without full litigation can be difficult. This imbalance includes that the IDEA fee provisions have been held not to allow reimbursement for the costs of expert witnesses whereas such witnesses are

readily available in many districts with their staff, and here as augmented by the GNET staff. The cases are also difficult as districts such as FCSD often, like here, control much of the evidence and records, and provide it only reluctantly. These cases present a premium on knowledge of the system and process. To the extent relevant and the *Johnson* factors apply, this would make these cases for parent attorneys "undesirable" and support the rates sought in this matter. This has created, and continues to maintain, an unfortunate shortage of attorneys able to take special education cases. Some special education attorneys who represent parents will take cases, but not extend that representation into a hearing or try a case.

11.

I have reviewed the billing summaries submitted by Mr. Goodmark's and Mr. Zimring's firms in the instant action and believe these represent reasonable time and costs expended and necessary to perform the tasks identified. I have worked with both Mr. Goodmark and Mr. Zimring in many cases over the past 20 years in the Northern District of Georgia concerning the rights of students. I am familiar with their experience, skills and reputations generally, and with efforts in the cases we shared. The rates charged for the services rendered were reasonable and within the range that attorneys in this practice area have recently charged as is the use of paralegals to perform non-attorney tasks. This manages the case more efficiently and results in lower total fees for the client.

THE AFFIANT/DECLARANT SAYETH FURTHER NOT, this 25th day of June, 2021.

The Affiant certifies that this declaration is true and correct upon pain and penalty of perjury. *See*, 20 U. S.C. § 1746.

Dawn R. Smith
Georgia Bar No. 655595